# COMPOSITE EXHIBIT A

6-152

| Issuer:<br>T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商　业　发　票<br>**COMMERCIAL INVOICE** | |
|---|---|---|
| To:<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | No.<br>TT17535-1 | Date:<br>JUNE.09,2017 |
| Transport details:<br>FROM SHANGHAI, CHINA TO LOS ANGELES,CA,USA BY<br>SEA. | Terms of payment<br>O/A 60DAYS FROM B/L DATE | ORDER No. |

| Marks and<br>Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
|---|---|---|---|---|
| N/M | R32 IN 17000KG ISOTANK | 17000KGS | @USD4.95/KG | USD84150.00<br>FOB SHANGHAI,CHINA |

For and on behalf of
T.T. INTERNATIONAL CO., LIMITED

Authorized Signature(s)

| **Issuer:**<br>T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商　业　发　票<br>**COMMERCIAL INVOICE** | |
|---|---|---|
| **To:**<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | **No.**<br>TT17535-2 | **Date:**<br>JUNE.09,2017 |
| **Transport details:**<br>FROM SHANGHAI, CHINA TO LOS ANGELES,CA,USA BY<br>SEA. | **Terms of payment**<br>O/A 60DAYS FROM B/L DATE | **ORDER No.** |

| **Marks and Numbers** | **Number and kind of packages; description of goods** | **Quantity** | **Unit price** | **Amount** |
|---|---|---|---|---|
| N/M | R32 IN 17000KG ISOTANK | 17000KGS | @USD4.95/KG | USD84150.00<br>FOB SHANGHAI,CHINA |

For and on behalf of
T.T. INTERNATIONAL CO., LIMITED

...........................................
Authorized Signature(s)

| Issuer:<br>T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商　业　发　票<br>**COMMERCIAL INVOICE** | |
|---|---|---|
| **To:**<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | **No.**<br>TT17558 | **Date:**<br>JUNE.15,2017 |
| **Transport details:**<br>FROM SHANGHAI, CHINA TO TAMPA,USA BY SEA. | **Terms of payment**<br>O/A 60DAYS FROM B/L DATE | **ORDER No.** |

| Marks and Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
|---|---|---|---|---|
| N/M | R125 IN 18000KG ISOTANK | 18000KGS | @USD14.98/KG | USD269640.00<br>FOB SHANGAI,CHINA |

For and on behalf of
T.T. INTERNATIONAL CO., LIMITED

............................................. Authorized Signature(s)

6—177

| Issuer:<br>T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商　业　发　票<br>**COMMERCIAL INVOICE** | |
|---|---|---|
| **To:**<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | **No.**<br>TT17559 | **Date:**<br>JUNE.09,2017 |
| **Transport details:**<br>FROM SHANGHAI, CHINA TO LOS ANGELES,CA,USA BY<br>SEA. | **Terms of payment**<br>O/A 60DAYS FROM B/L DATE | **ORDER No.** |

| Marks and Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
|---|---|---|---|---|
| N/M | R125 IN 18000KG ISOTANK | 36000KGS | @USD14.98/KG | USD539280.00<br>FOB SHANGHAI,CHINA |

*For and on behalf of*
T.T. INTERNATIONAL CO., **LIMITED**

.......................................................
*Authorized Signature(s)*

6—178

| Issuer:<br>T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商　业　发　票<br>**COMMERCIAL INVOICE** | |
| --- | --- | --- |
| To:<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | No.<br>TT17560 | Date:<br>JUNE.16,2017 |
| Transport details:<br>FROM QINGDAO, CHINA TO LONG BEACH,USA BY SEA. | Terms of payment<br>O/A 60DAYS FROM B/L DATE | ORDER No. |

| Marks and Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
| --- | --- | --- | --- | --- |
| N/M | R32 IN 18000KG ISOTANK | 36000KGS | @USD4.95/KG | USD178200.00<br>FOB QINGDAO,CHINA |

For and on behalf of
T.T. INTERNATIONAL CO., LIMITED

Authorized Signature(s)

| Issuer:<br>T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商　业　发　票<br>**COMMERCIAL INVOICE** | |
|---|---|---|
| To:<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | No.<br>TT17561 | Date:<br>JUNE.16,2017 |
| Transport details:<br>FROM QINGDAO, CHINA TO TAMPA,USA BY SEA. | Terms of payment<br>O/A 60DAYS FROM B/L DATE | ORDER No. |

| Marks and Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
|---|---|---|---|---|
| N/M | R32 IN 18000KG ISOTANK | 18000KGS | @USD4.95/KG | USD89100.00<br>FOB QINGDAO,CHINA |

For and on behalf of
T.T. INTERNATIONAL CO., LIMITED

*Authorized Signature(s)*

| Issuer; | |
|---|---|
| T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商　业　发　票<br>**COMMERCIAL INVOICE** |
| **To:**<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | **No.**<br>TT17562-1      **Date:**<br>JUNE.13,2017 |
| **Transport details:**<br>FROM NINGBO, CHINA TO TAMPA,USA BY SEA. | **Terms of payment**<br>O/A 60DAYS FROM B/L DATE    **ORDER No.** |

| Marks and Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
|---|---|---|---|---|
| N/M | EMPTY CYLINDERS | 10500CYLS | @USD27.35/CYL | USD287175.00<br>FOB NINGBO,CHINA |

*For and on behalf of*
T.T. INTERNATIONAL CO., LIMITED

.........................................................
Authorized Signature(s)

| Issuer:<br>T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商　业　发　票<br>**COMMERCIAL INVOICE** | |
|---|---|---|
| To:<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | No.<br>TT17562-2 | Date:<br>JUNE.13,2017 |
| Transport details:<br>FROM NINGBO, CHINA TO TAMPA,USA BY SEA. | Terms of payment<br>O/A 60DAYS FROM B/L DATE | ORDER No. |

| Marks and Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
|---|---|---|---|---|
| N/M | EMPTY CYLINDERS | 10500CYLS | @USD27.35/CYL | USD287175.00<br>FOB NINGBO,CHINA |

*For and on behalf of*
T.T. INTERNATIONAL CO., LIMITED

....................................................
*Authorized Signature(s)*

| Issuer:<br>T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商　业　发　票<br>**COMMERCIAL INVOICE** | | |
|---|---|---|---|
| **To:**<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | **No.**<br>TT17563-1 | | **Date:**<br>JUNE.13,2017 |
| **Transport details:**<br>FROM NINGBO, CHINA TO TAMPA,USA BY SEA. | **Terms of payment**<br>O/A 60DAYS FROM B/L DATE | | **ORDER No.** |

| Marks and Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
|---|---|---|---|---|
| N/M | EMPTY CYLINDERS | 10500CYLS | @USD26.65/CYL | USD279825.00<br>FOB NINGBO,CHINA |

For and on behalf of
T.T. INTERNATIONAL CO., LIMITED

............................... Signature(s)

| Issuer:<br>T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商　业　发　票<br>**COMMERCIAL INVOICE** | |
|---|---|---|
| **To:**<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | **No.**<br>TT17563-2 | **Date:**<br>JUNE.22,2017 |
| **Transport details:**<br>FROM NINGBO, CHINA TO TAMPA,USA BY SEA. | **Terms of payment**<br>O/A 60DAYS FROM B/L DATE | **ORDER No.** |

| Marks and Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
|---|---|---|---|---|
| N/M | EMPTY CYLINDERS | 10500CYLS | @USD26.65/CYL | USD279825.00<br>FOB NINGBO,CHINA |

For and on behalf of
T.T. INTERNATIONAL CO., LIMITED

Signature(s)

6-184

| Issuer:<br>T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商　业　发　票<br>**COMMERCIAL INVOICE** | |
|---|---|---|
| **To:**<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | **No.**<br>TT17564 | **Date:**<br>JUNE.13,2017 |
| **Transport details:**<br>FROM NINGBO, CHINA TO TAMPA,USA BY SEA. | **Terms of payment**<br>O/A 60DAYS FROM B/L DATE | **ORDER No.** |

| Marks and<br>Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
|---|---|---|---|---|
| N/M | EMPTY CYLINDERS | 10500CYLS | @USD26.65/CYL | USD279825.00<br>FOB NINGBO,CHINA |

*For and on behalf of*
T.T. INTERNATIONAL CO., LIMITED

............................................
Authorized Signature(s)

6-185

| Issuer:<br>T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商　业　发　票<br>**COMMERCIAL INVOICE** | |
|---|---|---|
| **To:**<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | **No.**<br>TT17565-1 | **Date:**<br>JUNE.22,2017 |
| **Transport details:**<br>FROM NINGBO, CHINA TO TAMPA,USA BY SEA. | **Terms of payment**<br>O/A 60DAYS FROM B/L DATE | **ORDER No.** |

| Marks and Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
|---|---|---|---|---|
| N/M | EMPTY CYLINDERS | 10500CYLS | @USD27.35/CYL | USD287175.00<br>FOB NINGBO,CHINA |

For and on behalf of
T.T. INTERNATIONAL CO., LIMITED

............................................
Authorized Signature(s)

6-186

| Issuer:<br>T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商　业　发　票<br>**COMMERCIAL INVOICE** | |
|---|---|---|
| To:<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | No.<br>TT17565-2 | Date:<br>JUNE.22,2017 |
| Transport details:<br>FROM NINGBO, CHINA TO TAMPA,USA BY SEA. | Terms of payment<br>O/A 60DAYS FROM B/L DATE | ORDER No. |

| Marks and Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
|---|---|---|---|---|
| N/M | EMPTY CYLINDERS | 10500CYLS | @USD27.35/CYL | USD287175.00<br>FOB NINGBO,CHINA |

*For and on behalf of*
T.T. INTERNATIONAL CO., LIMITED

·····················*Authorized Signature(s)*

| Issuer:<br>T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商　业　发　票<br>**COMMERCIAL INVOICE** | |
|---|---|---|
| **To:**<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | **No.**<br>TT17561-1 | **Date:**<br>JUNE.26,2017 |
| **Transport details:**<br>FROM QINGDAO, CHINA TO TAMPA,USA BY SEA. | **Terms of payment**<br>O/A 60DAYS FROM B/L DATE | **ORDER No.** |

| Marks and Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
|---|---|---|---|---|
| N/M | R32 IN 18000KG ISOTANK | 18000KGS | @USD4.95/KG | USD89100.00<br>FOB QINGDAO,CHINA |

For and on behalf of
T.T. INTERNATIONAL CO., LIMITED

·················· Authorized Signature(s)

7-20

| Issuer: | | | |
|---|---|---|---|
| T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | | 商　业　发　票<br>**COMMERCIAL INVOICE** | |
| **To:**<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | | **No.**<br>TT17573-1 | **Date:**<br>JUNE.29,2017 |
| **Transport details:**<br>FROM NINGBO, CHINA TO LOS ANGELES.USA BY SEA. | | **Terms of payment**<br>O/A 60DAYS FROM B/L DATE | **ORDER No.** |

| Marks and Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
|---|---|---|---|---|
| N/M | EMPTY CYLINDERS | 10500CYLS | @USD27.35/CYL | USD287175.00<br>FOB NINGBO,CHINA |

For and on behalf of
T.T. INTERNATIONAL CO., LIMITED

·····································
Authorized Signature(s)

| Issuer:<br>T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商　业　发　票<br>**COMMERCIAL INVOICE** | |
| --- | --- | --- |
| To:<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | No.<br>TT17573-2 | Date:<br>JUNE.29,2017 |
| Transport details:<br>FROM NINGBO, CHINA TO LOS ANGELES,USA BY SEA. | Terms of payment<br>O/A 60DAYS FROM B/L DATE | ORDER No. |

| Marks and Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
| --- | --- | --- | --- | --- |
| N/M | EMPTY CYLINDERS | 10500CYLS | @USD27.35/CYL | USD287175.00<br>FOB NINGBO,CHINA |

For and on behalf of
T.T. INTERNATIONAL CO., LIMITED

................................................
Authorized Signature(s)

7-22

| Issuer:<br>T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商 业 发 票<br>**COMMERCIAL INVOICE** | |
|---|---|---|
| To:<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | No.<br>TT17574 | Date:<br>JUNE.28,2017 |
| Transport details:<br>FROM NINGBO, CHINA TO TAMPA,USA BY SEA. | Terms of payment<br>O/A 60DAYS FROM B/L DATE | ORDER No. |

| Marks and Numbers<br>N/M | Number and kind of packages; description of goods<br>R143A IN 18000KG ISOTANK | Quantity<br>36000KGS | Unit price<br>@USD4.80/KG | Amount<br>USD172800.00<br>FOB NINGBO,CHINA |
|---|---|---|---|---|

*For and on behalf of*
T.T. INTERNATIONAL CO., LIMITED

*Authorized Signature(s)*

7-27

| Issuer:<br>T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商　业　发　票<br>**COMMERCIAL INVOICE** | |
|---|---|---|
| **To:**<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | **No.**<br>TT17581 | **Date:**<br>JUNE.26,2017 |
| **Transport details:**<br>FROM QINGDAO, CHINA TO TAMPA,USA BY SEA. | **Terms of payment**<br>O/A 60DAYS FROM B/L DATE | **ORDER No.** |

| Marks and Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
|---|---|---|---|---|
| N/M | R32 IN 18000KG ISOTANK | 54000KGS | @USD4.95/KG | USD267300.00<br>FOB QINGDAO,CHINA |

For and on behalf of
T.T. INTERNATIONAL CO., LIMITED

Authorized Signature(s)

7-33

| Issuer:<br>T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商　业　发　票<br>**COMMERCIAL INVOICE** | |
|---|---|---|
| **To:**<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | **No.**<br>TT17587 | **Date:**<br>JULY.03,2017 |
| **Transport details:**<br>FROM NINGBO, CHINA TO LONG BEACH,CA,USA BY SEA. | **Terms of payment**<br>O/A 60DAYS FROM B/L DATE | **ORDER No.** |

| Marks and Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
|---|---|---|---|---|
| N/M | R125 IN 16700KG ISOTANK | 33400KGS | @USD14.98/KG | USD500332.00<br>FOB NINGBO,CHINA |

For and on behalf of
T.T. INTERNATIONAL CO., LIMITED

........................................
Authorized Signature(s)

| Issuer:<br>T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商　业　发　票<br>**COMMERCIAL INVOICE** | |
| --- | --- | --- |
| To:<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | **No.**<br>TT17589-1 | **Date:**<br>JUNE.28,2017 |
| Transport details:<br>FROM NINGBO, CHINA TO TAMPA,USA BY SEA. | Terms of payment<br>O/A 60DAYS FROM B/L DATE | ORDER No. |

| Marks and Numbers<br>N/M | Number and kind of packages; description of goods<br><br>EMPTY CYLINDERS | Quantity<br><br>10500CYLS | Unit price<br><br>@USD27.35/CYL | Amount<br><br>USD287175.00<br>FOB NINGBO,CHINA |
| --- | --- | --- | --- | --- |

For and on behalf of
T.T. INTERNATIONAL CO., LIMITED

...........................................
Authorized Signature(s)

7-35

| Issuer:<br>T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商　业　发　票<br>**COMMERCIAL INVOICE** | |
|---|---|---|
| To:<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | No.<br>TT17589-2 | Date:<br>JUNE.28,2017 |
| Transport details:<br>FROM NINGBO, CHINA TO TAMPA,USA BY SEA. | Terms of payment<br>O/A 60DAYS FROM B/L DATE | ORDER No. |

| Marks and Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
|---|---|---|---|---|
| N/M | EMPTY CYLINDERS | 10500CYLS | @USD27.35/CYL | USD287175.00<br>FOB NINGBO,CHINA |

For and on behalf of
T.T. INTERNATIONAL CO., LIMITED

........................................
Authorized Signature(s)

7-36

| Issuer:<br>T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商　业　发　票<br>**COMMERCIAL INVOICE** | |
|---|---|---|
| **To:**<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | **No.**<br>TT17590-1 | **Date:**<br>JULY.05,2017 |
| **Transport details:**<br>FROM NINGBO, CHINA TO LOS ANGELES,CA,USA BY SEA. | **Terms of payment**<br>O/A 60DAYS FROM B/L DATE | **ORDER No.** |

| Marks and Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
|---|---|---|---|---|
| N/M | EMPTY CYLINDERS | 10500CYLS | @USD27.35/CYL | USD287175.00<br>FOB NINGBO,CHINA |

*For and on behalf of*
T.T. INTERNATIONAL CO., LIMITED

........................................
*Authorized Signature(s)*

7-37

| Issuer:<br>T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商　业　发　票<br>**COMMERCIAL INVOICE** | |
|---|---|---|
| **To:**<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | No.<br>TT17590-2 | Date:<br>JULY.05,2017 |
| **Transport details:**<br>FROM NINGBO, CHINA TO LOS ANGELES,CA,USA BY SEA. | Terms of payment<br>O/A 60DAYS FROM B/L DATE | ORDER No. |

| Marks and Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
|---|---|---|---|---|
| N/M | EMPTY CYLINDERS | 10500CYLS | @USD27.35/CYL | USD287175.00<br>FOB NINGBO,CHINA |

*For and on behalf of*
**T.T. INTERNATIONAL CO., LIMITED**

*Authorized Signature(s)*

7-39

| Issuer: | | | |
|---|---|---|---|
| T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | | | |
| To:<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | 商 业 发 票<br>**COMMERCIAL INVOICE** | | |
| | No.<br>TTI7592 | | Date:<br>JUNE.26,2017 |
| Transport details:<br>FROM SHANGHAI, CHINA TO TAMPA,USA BY AIR. | Terms of payment<br>O/A 60DAYS FROM B/L DATE | | ORDER No. |

| Marks and Numbers<br>N/M | Number and kind of packages; description of goods<br>GAS MIXING AND FILING EQUIPMENT | Quantity<br>1SET | Unit price<br>@USD1250.00/SET | Amount<br>USD1250.00<br>FOB SHANGHAI,CHINA |
|---|---|---|---|---|

*For and on behalf of*
T.T. INTERNATIONAL CO., LIMITED

............................................
*Authorized Signature(s)*

| Issuer:<br>T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商　业　发　票<br>**COMMERCIAL INVOICE** | |
|---|---|---|
| **To:**<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | **No.**<br>TT17600 | **Date:**<br>JULY.05,2017 |
| **Transport details:**<br>FROM NINGBO, CHINA TO TAMPA,USA BY SEA. | **Terms of payment**<br>O/A 60DAYS FROM B/L DATE | **ORDER No.** |

| Marks and Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
|---|---|---|---|---|
| N/M | R32 IN 18000KG ISOTANK | 36000KGS | @USD4.95/KG | USD178200.00<br>FOB NINGBO,CHINA |

*For and on behalf of*
T.T. INTERNATIONAL CO., LIMITED

............................................
*Authorized Signature(s)*

| Issuer:<br>T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商　业　发　票<br>**COMMERCIAL INVOICE** | |
|---|---|---|
| To:<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | No.<br>TT17601 | Date:<br>JULY.05,2017 |
| Transport details:<br>FROM NINGBO, CHINA TO TAMPA,USA BY SEA. | Terms of payment<br>O/A 60DAYS FROM B/L DATE | ORDER No. |

| Marks and Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
|---|---|---|---|---|
| N/M | R125 IN 18000KG ISOTANK | 36000KGS | @USD14.98/KG | USD539280.00<br>FOB NINGBO,CHINA |

For and on behalf of
T.T. INTERNATIONAL CO., LIMITED

*Authorized Signature(s)*

| Issuer: T. T. INTERNATIONAL CO. LTD. ROOM 2911 MANHATTAN BUILDING 105 YOUHAO ROAD DALIAN 116001 CHINA | 商　业　发　票 **COMMERCIAL INVOICE** | |
|---|---|---|
| **To:** BMP INTERNATIONAL INC 5139 WEST IDLEWILD AVE,TAMPA,FL 33634 PH:001-813-298-8101 | **No.** TT17602 | **Date:** JULY.03,2017 |
| **Transport details:** FROM QINGDAO, CHINA TO TAMPA,USA BY SEA. | **Terms of payment** O/A 60DAYS FROM B/L DATE | **ORDER No.** |

| Marks and Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
|---|---|---|---|---|
| N/M | R32 IN 18000KG ISOTANK | 18000KGS | @USD4.95/KG | USD89100.00 FOB QINGDAO,CHINA |

For and on behalf of
T.T. INTERNATIONAL CO., LIMITED

...................................................
Authorized Signature(s)

7-50

| Issuer:<br>T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商　业　发　票<br>**COMMERCIAL INVOICE** | | |
|---|---|---|---|
| To:<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | No.<br>TT17607 | | Date:<br>JULY.06,2017 |
| Transport details:<br>FROM SHANGHAI, CHINA TO TAMPA,FL,USA BY SEA. | Terms of payment<br>O/A 60DAYS FROM B/L DATE | | ORDER No. |

| Marks and Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
|---|---|---|---|---|
| N/M | R125 IN 18000KG ISOTANK | 90000KGS | @USD14.98/KG | USD1348200.00<br>FOB SHANGHAI,CHINA |

For and on behalf of
T.T. INTERNATIONAL CO., LIMITED

Authorized Signature(s)

7-51

| Issuer:<br>T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商　业　发　票<br>**COMMERCIAL INVOICE** | |
|---|---|---|
| To:<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | **No.**<br>TT17608 | **Date:**<br>JULY.14,2017 |
| Transport details:<br>FROM SHANGHAI, CHINA TO LOS ANGELES,CA,USA BY<br>SEA. | **Terms of payment**<br>O/A 60DAYS FROM B/L DATE | **ORDER No.** |

| Marks and Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
|---|---|---|---|---|
| N/M | R125 IN 18000KG ISOTANK | 54000KGS | @USD14.98/KG | USD808920.00<br>FOB SHANGHAI,CHINA |

For and on behalf of
T.T. INTERNATIONAL CO., LIMITED

Authorized Signature(s)

7-52

| Issuer:<br>T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商　业　发　票<br>**COMMERCIAL INVOICE** | |
|---|---|---|
| **To:**<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | **No.**<br>TT17609 | **Date:**<br>JULY.07,2017 |
| **Transport details:**<br>FROM QINGDAO, CHINA TO LOS ANGELES,CA,USA BY<br>SEA. | **Terms of payment**<br>O/A 60DAYS FROM B/L DATE | **ORDER No.** |

| Marks and Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
|---|---|---|---|---|
| N/M | R32 IN 18000KG ISOTANK | 54000KGS | @USD4.05/KG | USD218700.00<br>FOB QINGDAO,CHINA |

For and on behalf of
T.T. INTERNATIONAL CO., LIMITED

Authorized Signature(s)

7-53

| Issuer:<br>T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商　业　发　票<br>**COMMERCIAL INVOICE** | |
|---|---|---|
| **To:**<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | **No.**<br>TT17610 | **Date:**<br>JULY.10,2017 |
| **Transport details:**<br>FROM NINGBO, CHINA TO LONG BEACH,CA,USA BY SEA. | **Terms of payment**<br>O/A 60DAYS FROM B/L DATE | **ORDER No.** |

| Marks and Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
|---|---|---|---|---|
| N/M | R125 IN 18000KG ISOTANK | 18000KGS | @USD12.00/KG | USD216000.00<br>FOB NINGBO,CHINA |

*For and on behalf of*
T.T. INTERNATIONAL CO., LIMITED

*Authorized Signature(s)*

7-54

| Issuer:<br>T. T.  INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商　业　发　票<br>**COMMERCIAL INVOICE** | |
|---|---|---|
| **To:**<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | **No.**<br>TT17611 | **Date:**<br>JULY.10,2017 |
| **Transport details:**<br>FROM QINGDAO, CHINA TO TAMPA,USA BY SEA. | **Terms of payment**<br>O/A 60DAYS FROM B/L DATE | **ORDER No.** |

| Marks and<br>Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
|---|---|---|---|---|
| N/M | R32 IN 18000KG ISOTANK | 54000KGS | @USD4.05/KG | USD218700.00<br>FOB QINGDAO,CHINA |

For and on behalf of
T.T. INTERNATIONAL CO., LIMITED

Authorized Signature(s)

7-55

| Issuer:<br>T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商　业　发　票<br>**COMMERCIAL INVOICE** | |
|---|---|---|
| To:<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | No.<br>TT17612-1 | Date:<br>JULY.05,2017 |
| Transport details:<br>FROM NINGBO, CHINA TO TAMPA,USA BY SEA. | Terms of payment<br>O/A 60DAYS FROM B/L DATE | ORDER No. |

| Marks and Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
|---|---|---|---|---|
| N/M | EMPTY CYLINDERS | 10500CYLS | @USD10.80/CYL | USD113400.00<br>FOB NINGBO,CHINA |

*For and on behalf of*
T.T. INTERNATIONAL CO., LIMITED

............................... Authorized Signature(s)

7-56

| Issuer:<br>T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商　业　发　票<br>**COMMERCIAL INVOICE** | | |
|---|---|---|---|
| **To:**<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | **No.**<br>TT17612-2 | | **Date:**<br>JULY.12,2017 |
| **Transport details:**<br>FROM NINGBO, CHINA TO TAMPA,USA BY SEA. | **Terms of payment**<br>O/A 60DAYS FROM B/L DATE | | **ORDER No.** |

| Marks and Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
|---|---|---|---|---|
| N/M | EMPTY CYLINDERS | 10500CYLS | @USD10.80/CYL | USD113400.00<br>FOB NINGBO,CHINA |

*For and on behalf of*
T.T. INTERNATIONAL CO., LIMITED

·············································
*Authorized Signature(s)*

7-57

| Issuer:<br>T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商　　业　　发　　票<br>**COMMERCIAL INVOICE** | |
|---|---|---|
| **To:**<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | **No.**<br>TT17613-1 | **Date:**<br>JULY.12,2017 |
| **Transport details:**<br>FROM NINGBO, CHINA TO LOS ANGELES,CA,USA BY SEA. | **Terms of payment**<br>O/A 60DAYS FROM B/L DATE | **ORDER No.** |

| Marks and Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
|---|---|---|---|---|
| N/M | EMPTY CYLINDERS | 10500CYLS | @USD10.80/CYL | USD113400.00<br>FOB NINGBO,CHINA |

For and on behalf of
T.T. INTERNATIONAL CO., LIMITED

...............................................
Authorized Signature(s)

| **Issuer:**<br>T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商　业　发　票<br>**COMMERCIAL INVOICE** | |
|---|---|---|
| **To:**<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | **No.**<br>TT17613-2 | **Date:**<br>JULY.12,2017 |
| **Transport details:**<br>FROM NINGBO, CHINA TO LOS ANGELES,CA,USA BY SEA. | **Terms of payment**<br>O/A 60DAYS FROM B/L DATE | **ORDER No.** |

| Marks and<br>Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
|---|---|---|---|---|
| N/M | EMPTY CYLINDERS | 10500CYLS | @USD10.80/CYL | USD113400.00<br>FOB NINGBO,CHINA |

For and on behalf of
T.T. INTERNATIONAL CO., LIMITED

.............................................
Authorized Signature(s)

7-61

| Issuer:<br>T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商　业　发　票<br>**COMMERCIAL INVOICE** | |
|---|---|---|
| **To:**<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | **No.**<br>TT17617 | **Date:**<br>JULY.12,2017 |
| **Transport details:**<br>FROM NINGBO, CHINA TO TAMPA,USA BY SEA. | **Terms of payment**<br>O/A 60DAYS FROM B/L DATE | **ORDER No.** |

| Marks and Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
|---|---|---|---|---|
| N/M | R125 IN 18000KG ISOTANK | 54000KGS | @USD12.00/KG | USD648000.00<br>FOB NINGBO,CHINA |

For and on behalf of
T.T. INTERNATIONAL CO., LIMITED

....................................
*Authorized  Signature(s)*

7-62

| Issuer:<br>T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商　业　发　票<br>**COMMERCIAL INVOICE** | |
|---|---|---|
| To:<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | **No.**<br>TT17618 | **Date:**<br>JULY.17,2017 |
| Transport details:<br>FROM QINGDAO, CHINA TO TAMPA,USA BY SEA. | **Terms of payment**<br>O/A 60DAYS FROM B/L DATE | **ORDER No.** |

| Marks and Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
|---|---|---|---|---|
| N/M | R32 IN 18000KG ISOTANK | 54000KGS | @USD4.05/KG | USD218700.00<br>FOB QINGDAO,CHINA |

For and on behalf of
T.T. INTERNATIONAL CO., LIMITED

Authorized Signature(s)

| Issuer:<br>T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商　业　发　票<br>**COMMERCIAL INVOICE** | |
|---|---|---|
| **To:**<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | **No.**<br>TT17619 | **Date:**<br>JULY.14,2017 |
| **Transport details:**<br>FROM SHANGHAI, CHINA TO LOS ANGELES,CA,USA BY SEA. | **Terms of payment**<br>O/A 60DAYS FROM B/L DATE | **ORDER No.** |

| Marks and Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
|---|---|---|---|---|
| N/M | R125 IN 18000KG ISOTANK | 36000KGS | @USD12.00/KG | USD432000.00<br>FOB SHANGHAI,CHINA |

For and on behalf of
T.T. INTERNATIONAL CO., LIMITED

Authorized Signature(s)

| Issuer:<br>T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商　业　发　票<br>**COMMERCIAL INVOICE** | |
|---|---|---|
| **To:**<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | **No.**<br>TT17620 | **Date:**<br>JULY.14,2017 |
| **Transport details:**<br>FROM QINGDAO, CHINA TO LONG BEACH,USA BY SEA. | **Terms of payment**<br>O/A 60DAYS FROM B/L DATE | **ORDER No.** |

| Marks and Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
|---|---|---|---|---|
| N/M | R32 IN 18000KG ISOTANK | 36000KGS | @USD4.05/KG | USD145800.00<br>FOB QINGDAO,CHINA |

For and on behalf of
T.T. INTERNATIONAL CO., LIMITED

Authorized Signature(s)

7-65

| Issuer: | |
|---|---|
| T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商 业 发 票<br>**COMMERCIAL INVOICE** |

| To: | | |
|---|---|---|
| BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | **No.**<br>TT17621 | **Date:**<br>JULY.12,2017 |

| Transport details: | Terms of payment | ORDER No. |
|---|---|---|
| FROM NINGBO, CHINA TO LOS ANGELES,CA,USA BY SEA. | O/A 60DAYS FROM B/L DATE | |

| Marks and Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
|---|---|---|---|---|
| N/M | R125 IN 18000KG ISOTANK | 18000KGS | @USD12.00/KG | USD216000.00<br>FOB NINGBO,CHINA |

*For and on behalf of*
T.T. INTERNATIONAL CO., LIMITED

*Authorized Signature(s)*

| Issuer:<br>T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商　业　发　票<br>**COMMERCIAL INVOICE** | |
|---|---|---|
| **To:**<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | **No.**<br>TT17622 | **Date:**<br>JULY.10,2017 |
| **Transport details:**<br>FROM NINGBO, CHINA TO LONG BEACH,CA,USA BY SEA. | **Terms of payment**<br>O/A 60DAYS FROM B/L DATE | **ORDER No.** |

| Marks and Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
|---|---|---|---|---|
| N/M | R32 IN 18000KG ISOTANK | 18000KGS | @USD4.05/KG | USD72900.00<br>FOB NINGBO,CHINA |

*For and on behalf of*
T.T. INTERNATIONAL CO., LIMITED

.................................
*Authorized Signature(s)*

7-68

| Issuer:<br>T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商　业　发　票<br>**COMMERCIAL INVOICE** | |
|---|---|---|
| **To:**<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | **No.**<br>TT17631 | **Date:**<br>JULY.20,2017 |
| **Transport details:**<br>FROM SHANGHAI, CHINA TO TAMPA,USA BY SEA. | **Terms of payment**<br>O/A 60DAYS FROM B/L DATE | **ORDER No.** |

| Marks and<br>Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
|---|---|---|---|---|
| N/M | R125 IN 18000KG ISOTANK | 54000KGS | @USD12.00/KG | USD648000.00<br>FOB SHANGHAI,CHINA |

*For and on behalf of*
**T.T. INTERNATIONAL CO., LIMITED**

........................................
*Authorized Signature(s)*

7-69

| Issuer:<br>T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商　业　发　票<br>**COMMERCIAL INVOICE** | |
|---|---|---|
| To:<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | No.<br>TT17632 | Date:<br>JULY.24,2017 |
| Transport details:<br>FROM QINGDAO, CHINA TO TAMPA,USA BY SEA. | Terms of payment<br>O/A 60DAYS FROM B/L DATE | ORDER No. |

| Marks and Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
|---|---|---|---|---|
| N/M | R32 IN 18000KG ISOTANK | 54000KGS | @USD4.05/KG | USD218700.00<br>FOB QINGDAO,CHINA |

*For and on behalf of*
**T.T. INTERNATIONAL CO., LIMITED**

............................................
*Authorized Signature(s)*

| Issuer:<br>T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商　业　发　票<br>**COMMERCIAL INVOICE** | |
|---|---|---|
| **To:**<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | **No.**<br>TT17633-1 | **Date:**<br>JULY.18,2017 |
| **Transport details:**<br>FROM NINGBO, CHINA TO TAMPA,USA BY SEA. | **Terms of payment**<br>O/A 60DAYS FROM B/L DATE | **ORDER No.** |

| Marks and Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
|---|---|---|---|---|
| N/M | EMPTY CYLINDERS | 10500CYLS | @USD10.80/CYL | USD113400.00<br>FOB NINGBO,CHINA |

For and on behalf of
T.T. INTERNATIONAL CO., LIMITED

..................................................
Authorized Signature(s)

| Issuer:<br>T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商　业　发　票<br>**COMMERCIAL INVOICE** | |
|---|---|---|
| To:<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | No.<br>TT17633-2 | Date:<br>JULY.18,2017 |
| Transport details:<br>FROM NINGBO, CHINA TO TAMPA,USA BY SEA. | Terms of payment<br>O/A 60DAYS FROM B/L DATE | ORDER No. |

| Marks and Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
|---|---|---|---|---|
| N/M | EMPTY CYLINDERS | 10500CYLS | @USD10.80/CYL | USD113400.00<br>FOB NINGBO,CHINA |

*For and on behalf of*
T.T. INTERNATIONAL CO., LIMITED

*Authorized Signature(s)*

7-72

| Issuer:<br>T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商　业　发　票<br>**COMMERCIAL INVOICE** | | |
|---|---|---|---|
| **To:**<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | **No.**<br>TT17634-1 | | **Date:**<br>JULY.17,2017 |
| **Transport details:**<br>FROM NINGBO, CHINA TO LOS ANGELES,USA BY SEA. | **Terms of payment**<br>O/A 60DAYS FROM B/L DATE | | **ORDER No.** |

| Marks and Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
|---|---|---|---|---|
| N/M | EMPTY CYLINDERS | 10500CYLS | @USD10.80/CYL | USD113400.00<br>FOB NINGBO,CHINA |

*For and on behalf of*
T.T. INTERNATIONAL CO., LIMITED

..................................................
Authorized Signature(s)

7—73

| Issuer:<br>T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商　业　发　票<br>**COMMERCIAL INVOICE** | |
|---|---|---|
| To:<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | No.<br>TT17634-2 | Date:<br>JULY.17,2017 |
| Transport details:<br>FROM NINGBO, CHINA TO LOS ANGELES,USA BY SEA. | Terms of payment<br>O/A 60DAYS FROM B/L DATE | ORDER No. |

| Marks and Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
|---|---|---|---|---|
| N/M | EMPTY CYLINDERS | 10500CYLS | @USD10.80/CYL | USD113400.00<br>FOB NINGBO,CHINA |

For and on behalf of
T.T. INTERNATIONAL CO., LIMITED

.................... Authorized Signature(s)

7-76

| Issuer:<br>T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商　业　发　票<br>**COMMERCIAL INVOICE** | |
|---|---|---|
| **To:**<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | **No.**<br>TT17640 | **Date:**<br>JULY.24,2017 |
| **Transport details:**<br>FROM QINGDAO, CHINA TO TAMPA,USA BY SEA. | **Terms of payment**<br>O/A 60DAYS FROM B/L DATE | **ORDER No.** |

| Marks and<br>Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
|---|---|---|---|---|
| N/M | R32 IN 18000KG ISOTANK | 18000KGS | @USD3.75/KG | USD67500.00<br>FOB QINGDAO,CHINA |

*For and on behalf of*
T.T. INTERNATIONAL CO., LIMITED

Authorized Signature(s)

8-12

| Issuer:<br>T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商　业　发　票<br>**COMMERCIAL INVOICE** | |
| --- | --- | --- |
| **To:**<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | **No.**<br>TT17610-1 | **Date:**<br>JULY.25,2017 |
| **Transport details:**<br>FROM NINGBO, CHINA TO LONG BEACH,CA.USA BY SEA. | **Terms of payment**<br>O/A 60DAYS FROM B/L DATE | **ORDER No.** |

| Marks and Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
| --- | --- | --- | --- | --- |
| N/M | R125 IN 18000KG ISOTANK | 36000KGS | @USD12.00/KG | USD432000.00<br>FOB NINGBO,CHINA |

For and on behalf of
T.T. INTERNATIONAL CO., LIMITED

Authorized Signature(s)

**Issuer:**
T. T. INTERNATIONAL CO. LTD.
ROOM 2911 MANHATTAN BUILDING 105 YOUHAO
ROAD DALIAN 116001 CHINA

商　业　发　票
**COMMERCIAL INVOICE**

**To:**
BMP INTERNATIONAL INC
5139 WEST IDLEWILD AVE,TAMPA,FL 33634
PH:001-813-298-8101

**No.**
TT17643

**Date:**
JULY.28,2017

**Transport details:**
FROM SHANGHAI, CHINA TO TAMPA,USA BY SEA.

**Terms of payment**
O/A 60DAYS FROM B/L DATE

**ORDER No.**

| Marks and Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
|---|---|---|---|---|
| N/M | R125 IN 18000KG ISOTANK | 72000KGS | @USD10.85/KG | USD781200.00 FOB SHANGHAI,CHINA |

*For and on behalf of*
T.T. INTERNATIONAL CO., LIMITED

Authorized Signature(s)

| Issuer:<br>T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商　业　发　票<br>**COMMERCIAL INVOICE** | |
|---|---|---|
| **To:**<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | **No.**<br>TT17645-1 | **Date:**<br>JULY.27,2017 |
| **Transport details:**<br>FROM NINGBO, CHINA TO TAMPA,USA BY SEA. | **Terms of payment**<br>O/A 60DAYS FROM B/L DATE | **ORDER No.** |

| Marks and Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
|---|---|---|---|---|
| N/M | EMPTY CYLINDERS | 10500CYLS | @USD10.80/CYL | USD113400.00<br>FOB NINGBO,CHINA |

For and on behalf of
T.T. INTERNATIONAL CO., LIMITED

Authorized Signature(s)

8-22

| Issuer:<br>T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商　业　发　票<br>**COMMERCIAL INVOICE** | |
|---|---|---|
| To:<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | No.<br>TT17645-2 | Date:<br>JULY.27,2017 |
| Transport details:<br>FROM NINGBO, CHINA TO TAMPA,USA BY SEA. | Terms of payment<br>O/A 60DAYS FROM B/L DATE | ORDER No. |

| Marks and Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
|---|---|---|---|---|
| N/M | EMPTY CYLINDERS | 10500CYLS | @USD10.80/CYL | USD113400.00<br>FOB NINGBO,CHINA |

For and on behalf of
T.T. INTERNATIONAL CO., LIMITED

Authorized Signature(s)

8-23

| Issuer:<br>T. T. INTERNATIONAL CO. LTD.<br>ROOM 2911 MANHATTAN BUILDING 105 YOUHAO<br>ROAD DALIAN 116001 CHINA | 商　业　发　票<br>**COMMERCIAL INVOICE** | |
|---|---|---|
| **To:**<br>BMP INTERNATIONAL INC<br>5139 WEST IDLEWILD AVE,TAMPA,FL 33634<br>PH:001-813-298-8101 | **No.**<br>TT17646-1 | **Date:**<br>AUG.01,2017 |
| **Transport details:**<br>FROM NINGBO, CHINA TO LOS ANGELES,CA,USA BY SEA. | **Terms of payment**<br>O/A 60DAYS FROM B/L DATE | **ORDER No.** |

| Marks and Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
|---|---|---|---|---|
| N/M | EMPTY CYLINDERS | 10500CYLS | @USD10.80/CYL | USD113400.00<br>FOB NINGBO,CHINA |

For and on behalf of
T.T. INTERNATIONAL CO., LIMITED

Authorized Signature(s)