# EXHIBIT E

| 日期 | 期间 | 凭证字号 | 摘要 | 借方 | 贷方 | | 余额 |
|---|---|---|---|---|---|---|---|
| | 2018.6 | | 期初余额 | | | 平 | |
| 2018-06-01 | 2018.6 | 记 - 90 | 销售，TT18520 | 477,000.00 | | 借 | 477,000.00 |
| 2018-06-01 | 2018.6 | 记 - 91 | 销售，TT18521 | 243,900.00 | | 借 | 720,900.00 |
| 2018-06-01 | 2018.6 | 记 - 97 | 销售，TT18528 | 477,000.00 | | 借 | 1,197,900.00 |
| 2018-06-01 | 2018.6 | 记 - 98 | 销售，TT18529 | 243,900.00 | | 借 | 1,441,800.00 |
| 2018-06-01 | 2018.6 | 记 - 102 | 销售，TT18562 | 477,000.00 | | 借 | 1,918,800.00 |
| 2018-06-01 | 2018.6 | 记 - 103 | 销售，TT18563 | 243,900.00 | | 借 | 2,162,700.00 |
| 2018-06-01 | 2018.6 | 记 - 109 | 销售，TT18604 | 570.00 | | 借 | 2,163,270.00 |
| | 2018.6 | | 本期合计 | 2,163,270.00 | | 借 | 2,163,270.00 |
| | 2018.6 | | 本年累计 | 2,163,270.00 | | 借 | 2,163,270.00 |
| 2018-07-01 | 2018.7 | 记 - 59 | 销售，TT18576 | 477,000.00 | | 借 | 2,640,270.00 |
| 2018-07-01 | 2018.7 | 记 - 60 | 销售，TT18577 | 243,900.00 | | 借 | 2,884,170.00 |
| 2018-07-01 | 2018.7 | 记 - 71 | 销售，TT18596 | 102,240.00 | | 借 | 2,986,410.00 |
| 2018-07-01 | 2018.7 | 记 - 81 | 销售，TT18615 | 414,000.00 | | 借 | 3,400,410.00 |
| 2018-07-01 | 2018.7 | 记 - 82 | 销售，TT18616 | 255,600.00 | | 借 | 3,656,010.00 |
| 2018-07-01 | 2018.7 | 记 - 83 | 销售，TT18617 | 153,360.00 | | 借 | 3,809,370.00 |
| 2018-07-21 | 2018.7 | 记 - 169 | 收款，IGAS | | 1,000,000.00 | 借 | 2,809,370.00 |
| | 2018.7 | | 本期合计 | 1,646,100.00 | 1,000,000.00 | 借 | 2,809,370.00 |
| | 2018.7 | | 本年累计 | 3,809,370.00 | 1,000,000.00 | 借 | 2,809,370.00 |
| 2018-08-01 | 2018.8 | 记 - 40 | 销售，TT18645 | 391,500.00 | | 借 | 3,200,870.00 |
| 2018-08-10 | 2018.8 | 记 - 102 | 收款，IGAS | | 500,000.00 | 借 | 2,700,870.00 |
| 2018-08-21 | 2018.8 | 记 - 148 | 收款，IGAS | | 500,000.00 | 借 | 2,200,870.00 |
| 2018-08-22 | 2018.8 | 记 - 153 | 收款，IGAS | | 500,000.00 | 借 | 1,700,870.00 |
| | 2018.8 | | 本期合计 | 391,500.00 | 1,500,000.00 | 借 | 1,700,870.00 |
| | 2018.8 | | 本年累计 | 4,200,870.00 | 2,500,000.00 | 借 | 1,700,870.00 |
| 2018-10-13 | 2018.10 | 记 - 110 | 收款，IGAS | | 500,000.00 | 借 | 1,200,870.00 |
| | 2018.10 | | 本期合计 | | 500,000.00 | 借 | 1,200,870.00 |
| | 2018.10 | | 本年累计 | 4,200,870.00 | 3,000,000.00 | 借 | 1,200,870.00 |