**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| T.T. INTERNATIONAL CO., LTD, <br><br> Plaintiffs, <br><br> v. <br><br> BMP INTERNATIONAL INC., <br> BMP USA, INC., AND IGAS USA, INC. <br><br> Defendants. | No. 8:19-cv-02044 |

**APPLICATION FOR SPECIAL**
**ADMISSION OF MARK G. TRIGG**

Pursuant to Local Rule 2.02, the undersigned counsel for T.T. International Co., LTD ("T.T."), respectfully file this Application for the Special Admission of Mark G. Trigg on the grounds set forth below.

1. David B. Weinstein, a shareholder of Greenberg Traurig PA, is a member in good standing of The Florida Bar, the New York Bar, and the District of Columbia Bar, and is admitted to practice in the United States District Court for the Middle District of Florida, the Court of Appeals for the Eleventh Circuit, the United States Supreme Court, and twelve other federal courts. There are no pending disciplinary proceedings against Mr. Weinstein in any state or federal court.

2. Mark G. Trigg is a partner of Dentons US LLP, a member in good standing of the Georgia Bar, and admitted to practice in the United States District Court for the Northern District of Georgia. There are no disciplinary proceedings pending against Mr. Trigg in any state or federal court.

3. Mr. Trigg is not a resident of Florida and does not maintain a regular practice of law within this State.

4. Mr. Trigg has agreed to be familiar with and bound by the Local Rules for the Middle District of Florida, the Rules of Professional Conduct, and other requirements governing the professional behavior of members of The Florida Bar. Mr. Trigg is submitting the Middle's District's Attorney Special Admission Fee to the Clerk contemporaneously with this Application, and Mr. Trigg will register for CM/ECF and obtain a password within twenty days of an order granting this application.

5. Attached as **Exhibit A** is the Written Designation and Consent to Act required by Local Rule 2.02(a), designating David B. Weinstein as local counsel who will be responsible for the progress of the action as set forth in the Local Rules.

6. Attached as **Exhibit B** is a copy of Mr. Trigg's Special Admission Attorney Certification, which is being filed with the Clerk contemporaneously with this Application.

7. Attached as **Exhibit C** is a copy of an August 20, 2019 Certificate of Good Standing for Mr. Trigg from the Clerk of the United States District Court for the Northern District of Georgia, which is being filed with the Clerk contemporaneously with this Application.

Accordingly, the undersigned counsel respectfully request that the Court enter an order permitting Mark G. Trigg to appear specially as counsel of record for T.T. in this action.

**RULE 3.01(g) CERTIFICATION**

As of this application, no lawyer has appeared for any of the Defendants. Thus, counsel for T.T. has been unable to consult with the Defendants. If defense counsel appears prior to a ruling on this application, T.T.'s counsel will consult with him or her and will promptly advise this Court on the outcome.

Dated: August 27, 2019

Respectfully submitted,

/s/ David B. Weinstein
David B. Weinstein
Florida Bar No. 604410
weinsteind@gtlaw.com
**GREENBERG TRAURIG, P.A.**
101 E. Kennedy Blvd., Ste. 1900
Tampa, Florida 33602
Telephone: (813) 318-5700
Facsimile: (813) 318-5900

/s/ Mark G. Trigg
Mark G. Trigg
**DENTONS US LLP**
303 Peachtree Street, NE
Suite 5300
Atlanta, Georgia 30308
Telephone: (404) 527-4104
Facsimile: (404) 527-4198
mark.trigg@dentons.com

*Attorneys for Plaintiff T.T. International, Co., LTD*

**CERTIFICATE OF SERVICE**

I certify that on August 27, 2019, I electronically filed this Application for Special Admission of Mark G. Trigg with the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, using the CM/ECF system, which will send a notice of electronic filing. I also certify that a copy of this application will be sent today by U.S. Mail and registered email to Xianbin Meng, the registered agent for each of the Defendants.

/s/ David B. Weinstein