# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

T.T. INTERNATIONAL CO., LTD,

     Plaintiffs,

v.

BMP INTERNATIONAL, INC.,
BMP USA, INC. IGAS USA, INC.,

     Defendants.

No. 8:19-cv-02044

## WRITTEN DESIGNATION AND CONSENT TO ACT

Pursuant to Local Rule 2.02, the undersigned counsel for T.T. International Co., LTD ("T.T."), respectfully submit this Written Designation and Consent to Act in support of the Application for Special Admission of Mark G. Trigg and state as follows:

1.    David B. Weinstein is a shareholder of Greenberg Traurig PA, a resident of this State, a member in good standing of The Florida Bar, and admitted to practice in the United States District Court for the Middle District of Florida. There are no pending disciplinary proceedings against Mr. Weinstein in any state or federal court.

2.    Mark G. Trigg, is a partner of Dentons US LLP, a member in good standing of the Georgia Bar, and admitted to practice in the United States District Court for the Northern District of Georgia. There are no disciplinary proceedings pending against Mr. Trigg in any state or federal court.

3.     Mr. Trigg designates David B. Weinstein as local counsel in this action upon whom all notices and papers may be served and who will be responsible for the progress of the action as set forth in the Local Rules.

4.     David B. Weinstein understands his obligations under Local Rule 2.02, and he will be responsible for the progress of the action as set forth in the Local Rules.

Dated: August 27, 2019

Respectfully submitted,

/s/ David B. Weinstein
David B. Weinstein
Florida Bar No. 604410
weinsteind@gtlaw.com
**GREENBERG TRAURIG, P.A.**
101 E. Kennedy Blvd., Ste. 1900
Tampa, Florida 33602
Telephone: (813) 318-5700
Facsimile: (813) 318-5900

/s/ Mark G. Trigg
Mark G. Trigg
**DENTONS US LLP**
303 Peachtree Street, NE
Suite 5300
Atlanta, Georgia 30308
Telephone: (404) 527-4104
Facsimile: (404) 527-4198
mark.trigg@dentons.com

*Attorneys for Plaintiff T.T. International Co., LTD*