# EXHIBIT B

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

SPECIAL ADMISSION
ATTORNEY CERTIFICATION

This attorney certification form and the information contained herein neither replaces nor supplements the filing and service of pleadings, motions, or other papers as required by law, rule, or court order. This form is required for use by the Clerk of Court in furtherance of the Guidelines and Plan Administration of Non-Appropriated Funds as adopted by this Court and this form will not be handled as a pleading, motion, or other paper filed in a case before the Court.

T.T. INTERNATIONAL CO., LTD.

Plaintiff(s)/Petitioner(s),

v.

BMP INTERNATIONAL, INC., BMP USA, INC., and IGAS USA, INC.,

Defendant(s)/Respondent(s)

CASE NO. 8:19-CV-02044

I, Mark G. Trigg (pro hac vice counsel), hereby submit this attorney certification form to the Court on behalf of T.T. International Co., Ltd. (party represented).

**ATTORNEY INFORMATION**

Firm Name: Dentons US LLP
Address: 303 Peachtree St., N.E., Suite 5300
City: Atlanta   State: GA   Zip: 30308 - 3265
Firm/Business Phone: 404 - 527 - 4000   Alternate Phone: 404 - 527 - 4070
Firm/Business Fax: 404 - 527 - 4198
E-mail Address: mark.trigg@dentons.com

**ATTORNEY CERTIFICATION**

I certify that:

1. To my knowledge there are NO disciplinary or suspension proceedings pending against me in any Court of the United States or of any State, Territory, or Possession of the United States. **NOTE:** If proceedings ARE pending at this time, please explain at the bottom or back of this form.
2. I am not a resident of the State of Florida.
3. I do not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.
4. Within the twelve (12) month period preceding the date of this attorney certification, I have read the most current version of the Local Rules of the United States District Court for the Middle District of Florida.

I declare under penalty of perjury that the foregoing is true and correct.

Signature: [signed]   Date: 8/20/19

Revised 01/01/15   Page 1 of 2