# EXHIBIT C



## CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**  }
}  ss.
**NORTHERN DISTRICT OF GEORGIA**  }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **MARK GERALD TRIGG, State Bar No. 716295,** was duly admitted to practice in said Court on 06/23/1986 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 20th day of August, 2019.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Beverly Gutting
Deputy Clerk

