# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

T.T. INTERNATIONAL CO., LTD,

   Plaintiffs,

   v.

BMP INTERNATIONAL INC.,
BMP USA, INC., AND IGAS USA, INC.

   Defendants.

No. 8:19-cv-02044

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action—including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

**T.T. International Co. LTD., Plaintiff, a company incorporated in Hong Kong, China with a primary place of business in Dalian, China**

**Greenberg Traurig, PA – counsel for Plaintiff (David B. Weinstein and Ryan T. Hopper)**

**Dentons US, LLP – counsel for Plaintiff (Mark G. Trigg and Roy Xiao)**

**Syncoolgas Technology Co., LTD., a British Virgin Islands corporation, which owns 100% of T.T. International Co., LTD.**

**Tianli Zhang, a Chinese citizen who owns 100% of Syncoolgas Technology Co., LTD.**

**BMP International, Inc., Defendant, a company incorporated in Florida, with a principal place of business in Tampa, Florida.**

**BMP USA, Inc., Defendant, a company incorporated in Florida, with a principal place of business in Tampa, Florida.**

**iGas USA, Inc., Defendant, a company incorporated in Florida, with a principal place of business in Tampa, Florida.**

**Xianbin Meng, a U.S. citizen believed to have an ownership interest in BMP International, Inc., BMP USA, Inc., and iGas USA, Inc.**

2) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**None known**.

3) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**It is likely that LM Supply, Inc., R Lines, Assured Comfort AC, Inc., and Coolmaster USA, Inc.—all suspected affiliates of BMP International, BMP USA, and or iGas USA—will be involved in this case in some capacity.**

**It is also possible that Materiales Electricos de Const. y Refrig., S.A, Lenz Sales & Distribution, Inc., and Puremann, Inc.—all customers or suppliers of BMP International, BMP USA, and or iGas USA—could be involved in this case in some capacity.**

4) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**None known other than allegations made by Plaintiff.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interested involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

[Attorney's Signature Appears on Following Page]

| | |
|---|---|
| Dated this 30th day of August 2019 | /s/ David B. Weinstein |

David B. Weinstein (FBN 604410)
weinsteind@gtlaw.com
Ryan T. Hopper (FBN 0107347)
hopperr@gtlaw.com
**GREENBERG TRAURIG, P.A.**
101 East Kennedy Blvd., Suite 1900
Tampa, Florida 33602
(813) 318-5700 - telephone
(813) 318-5900 - facsimile

*and*

Mark G. Trigg
*Application for Special Admission will be submitted*
Roy Xiao
*Application for Special Admission will be submitted*
**DENTONS US LLP**
303 Peachtree Street, NE, Suite 5300
Atlanta, GA 30308
(404) 527-4000 - telephone
(404) 527-4198 - facsimile
mark.trigg@dentons.com
roy.xiao@dentons.com

*Counsel for T.T. International Co., LTD.*

## CERTIFICATE OF SERVICE

I certify that on August 30, 2019, I electronically filed this Certificate of Interested Parties with the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, using the CM/ECF system, which will send a notice of electronic filing. I also certify that a copy of this application will be sent today by U.S. Mail and registered email to Xianbin Meng, the registered agent for each of the Defendants.

/s/ David B. Weinstein
David B. Weinstein