UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

T.T. INTERNATIONAL CO., LTD,

    Plaintiff,

v.                                  Case No: 8:19-cv-2044-T-36AEP

BMP INTERNATIONAL, INC., BMP
USA, INC. and IGAS USA, INC.,

    Defendants.
_____/

## DEFENDANT, BMP INTERNATIONAL, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant, BMP INTERNATIONAL, INC. (hereinafter referred to as "BMP INTERNATIONAL"), a Florida corporation, by and through its undersigned counsel, hereby files its Certificate of Interested Persons and Corporate Disclosure Statement, and states:

I hereby disclose the following pursuant to this Court's interested persons order:

1.     The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case.

    **ANSWER:**

    **BMP International, Inc., Defendant, a company incorporated in Florida, with a principal place of business in Tampa, Florida.**

    **BMP USA, Inc., Defendant, a company incorporated in Florida, with a principal place of business in Tampa, Florida.**

    **iGas USA, Inc., Defendant, a company incorporated in Florida, with a principal place of business in Tampa, Florida.**

    **Xianbin Meng, a U.S. citizen, who has an ownership interest in BMP International,**

**Inc., BMP USA, Inc., and iGas USA, Inc., and is their respective President.**

**Linna Shi, a U.S. citizen, who is Vice President of BMP International, Inc. and BMP USA, Inc., respectively.**

**Neilsen Law Group, P.A. – counsel for Defendants (Eric W. Neilsen)**

**T.T. International Co. LTD., Plaintiff, a company incorporated in Hong Kong, China with a primary place of business in Dalian, China**

**Greenberg Traurig, PA – counsel for Plaintiff (David B. Weinstein and Ryan T. Hopper)**

**Dentons US, LLP – counsel for Plaintiff (Mark G. Trigg and Roy Xiao)**

**Syncoolgas Technology Co., LTD., a British Virgin Islands corporation, which owns 100% of T.T. International Co., LTD.**

**Tianli Zhang, a Chinese citizen who owns 100% of Syncoolgas Technology Co., LTD.**

2.  The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings.

**ANSWER:**

**None known.**

3.  The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases.

**ANSWER:**

**None known.**

4.  The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution.

**ANSWER:**

**None known.**

-3-

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

**/s/ Eric W. Neilsen**
Eric W. Neilsen, Esquire
FBN: 476757
**NEILSEN LAW GROUP, P.A.**
100 2nd Avenue N., Suite 240
St. Petersburg, FL 33701
Phone: (727) 350-3240
Facsimile: (727) 499-7166
Email: eneilsen@neilsenlawgroup.com
Counsel for Defendants, BMP INTERNATIONAL, INC., BMP USA, INC., and IGAS USA, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **September 16, 2019**, a true and correct copy of the above and foregoing was filed via CM/EMF, which will provide service to: Mark G. Trigg, Esq. and Roy Xiao, Esq, Dentons US LLP, 303 Peachtree Street, NE, Ste. 5300, Atlanta, GA 30308 (mark.trigg@dentons.com; roy.xiao@dentons.com) and Ryan Thomas Hopper, Esq. and David Barnett Weinstein, Esq., Greenberg Traurig, P.A., 101 E Kennedy Blvd., Ste. 1900, Tampa, FL 33602-5148 (hopperr@gtlaw.com; WeinsteinD@GTlaw.com) *counsel for Plaintiff.*

/s/ Eric W. Neilsen
Eric W. Neilsen, Esquire
FBN: 476757
**NEILSEN LAW GROUP, P.A.**
100 2nd Avenue N., Suite 240
St. Petersburg, FL 33701
Phone: (727) 350-3240
Facsimile: (727) 499-7166
Email: eneilsen@neilsenlawgroup.com
Counsel for Defendants, BMP INTERNATIONAL, INC., BMP USA, INC., and IGAS USA, INC.

C:\Users\Eric\Documents\~ 1 Cases\TT International v iGAS USA\BMP International -- Certificate of Interested Persons.doc