UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| T.T. INTERNATIONAL CO., LTD, <br><br> Plaintiffs, <br><br> v. <br><br> BMP INTERNATIONAL, INC., <br> BMP USA, INC. IGAS USA, INC., <br><br> Defendants. | No. 8:19-cv-02044 |

**JOINT MOTION TO DROP IGAS USA, INC. AS A DEFENDANT**

Pursuant to Federal Rule of Civil Procedure 21 and Local Rule 3.08, Plaintiff T.T. International Co., LTD and Defendants BMP International, Inc., BMP USA, Inc., and iGas USA, Inc. (collectively, the "Parties") jointly move for an order dropping iGas USA as a Defendant in this action.

On October 13, 2020, T.T. and iGas USA executed a Release pursuant to which iGas USA agreed to pay T.T. a settlement payment in exchange for T.T.'s agreement to drop iGas USA as a Defendant in this action. iGas USA has timely made its payment as required by the Release. Accordingly, the Parties respectfully request that this Court enter an order dropping iGas USA as a Defendant. *See* Fed. R. Civ. P. 21 ("On motion or on its own, the court may at any time, on just terms, add or drop a party."). No Party will suffer any prejudice from such an order. T.T.'s claims against Defendants BMP International and BMP USA have not been resolved and are therefore unaffected by the Release. T.T. will continue to prosecute its claims against the remining Defendants.

WHEREFORE, the Parties respectfully request that the Court grant this Motion and enter an order dropping iGas USA as a Defendant in this matter.

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for both parties conferred and jointly request the relief requested in this Motion.

Dated: October 21, 2020

*/s/ Eric W. Neilsen*
Eric W. Neilsen
FBN: 476757
**Neilsen Law Group, P.A.**
100 2nd Ave. N., Suite 240
St. Petersburg, FL 33701
Phone: (727) 350-3240
Facsimile: (727) 499-7166
Email: eneilsen@neilsenlawgroup.com

Gavin D. Magaziner
FBN: 012016
Clay C. Schuett
FBN: 004080
**Schuett Law Group**
8200 113th Street North, Suite 101
Seminole, Florida 33772
Phone: (727) 712-3663
Email: Info@schuett-law.com

*Attorney for Defendants*

Jointly submitted,

*/s/ David B. Weinstein*
David B. Weinstein – FBN 604410
E-mail: wesinsteind@gtlaw.com
Joseph H. Picone – FBN 118381
E-mail: piconej@gtlaw.com
**GREENBERG TRAURIG, P.A.**
101 E. Kennedy Blvd., Ste. 1900
Tampa, FL 33602
Telephone: (813) 318-5700
Facsimile: (813) 318-5900

*Attorneys for T.T. International Co., LTD*

## CERTIFICATE OF SERVICE

I certify that on October 21, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ David B. Weinstein
*Counsel for T.T. International Co., LTD*
