Page 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA,
TAMPA DIVISION

CASE NO. 8:19-cv-02044

T.T. INTERNATIONAL CO., LTD,

       Plaintiffs,

-vs-

BMP INTERNATIONAL, INC.,; and
BMP USA, INC.,

       Defendants.

_____

VIDEOTAPED TELECONFERENCE DEPOSITION OF
WENDY WANG

April 29, 2021
MAGNA LEGAL VISION
Aventura, Florida 33180
10:30 a.m. - 2:41 p.m.

Melanie Stinson-Konstantinidis, RPR



Page 2

```
 1
 2
 3            A P P E A R A N C E S:
 4
       On behalf of the Plaintiff:
 5         JOSEPH H. PICONE, ESQUIRE
           GREENBERG TRAURIG, P.A.
 6         101 East Kennedy Boulevard, Suite 1900
           Tampa, Florida 33602
 7         piconej@gtlaw.com

 8     On behalf of the Defendants:
           ERIC W. NEILSEN, ESQUIRE
 9         NEILSEN LAW GROUP, P.A.
           100 2nd Avenue N., Suite 240
10         St. Petersburg, Florida
           eneilsen@neilsenlawgroup.com
11

12

13     On behalf of the Defendants:
           CLAY C. SCHUETT, ESQUIRE
14         SCHUETT LAW GROUP
           8200 113th Street Information Commons,
15         Seminole, Florida 33772

16

17

18

19   PRESENT:

20         MIKE STINGO, VIDEOGRAPHER

21         BEN MENG

22         JULIE BURNS

23

24

25
```



```
                                                              Page 3
 1
 2                         W I T N E S S
 3
 4          WENDY WANG                                             6
 5
 6   DIRECT EXAMINATION BY MR. PICONE                              6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



Page 76

```
 1   sorry?
 2        A.   That's the only job -- yeah, that's the
 3   only job I do with T.T.
 4        Q.   So you had no involvement with purchasing
 5   product from T.T.?
 6        A.   No.
 7        Q.   Who would?
 8        A.   Ben Meng.
 9        Q.   By himself?
10        A.   Yes.
11        Q.   Is your answer the same for BMP USA?
12        A.   Yes.
13        Q.   And BMP International, right?
14        A.   Yes.
15        Q.   So do you have any knowledge of the
16   process of which BMP International or BMP USA
17   placed orders with T.T.?
18        A.   I do not.
19        Q.   And the only person that you're aware of
20   that would know that is Ben?
21        A.   Yes.
22        Q.   Do you know if Ben kept any records
23   specifically as it relates to T.T. for products
24   that he purchased from them?
25        A.   I don't know.
```



```
                                                              Page 77
 1        Q.    How about any payments that were made
 2   from BMP to T.T., who was in charge of that?
 3        A.    Ben Meng.
 4        Q.    Ben Meng?
 5        A.    Yes.
 6        Q.    By himself?
 7        A.    Yes.
 8        Q.    That's the same for BMP International and
 9   BMP USA, right?
10        A.    Yes, the same.
11        Q.    Do you know if he kept any records
12   showing payments that were owed or payments that
13   were made to T.T.?
14        A.    I don't know.
15        Q.    And only Ben Meng would know that?
16        A.    Yes.
17              Can we have a break, please?
18        Q.    Yes.  How long do you need?
19        A.    Five minutes?
20        Q.    That works for me, if that works for
21   everyone else.
22              MR. NEILSEN:  That's fine.  We'll go off
23         the record for five minutes and take a break.
24              THE VIDEOGRAPHER:  Off the record at
25         12:08 p.m.
```

