| | |
|---|---|
| **From:** | Picone, Joseph H. (Assoc-TPA-LT) |
| **To:** | "Eric W. Neilsen"; Clay@schuett-law.com |
| **Cc:** | Weinstein, David B. (Shld-TPA-LT-Env); Roy.Xiao@clydeco.us; White, Christopher R. (Assoc-TPA-LT); juli@schuett-law.com |
| **Subject:** | TT v. BMP - depositions |
| **Date:** | Thursday, May 6, 2021 6:10:00 PM |
| **Attachments:** | image001.png |

Eric,

We would like to depose Ben Meng, BMP USA's corporate representative, and BMP International's corporate representative.  Please provide available dates for their depositions.

Thank you,

Joe

**Joseph H. Picone**
Associate
Greenberg Traurig, P.A. | 101 East Kennedy Boulevard
Suite 1900 | Tampa, Florida 33602
Tel +1 813.318.5719
piconej@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



**LOCAL PRESENCE, GLOBAL REACH**

**Please consider the environment before printing this email.**