| | |
|---|---|
| **From:** | Picone, Joseph H. (Assoc-TPA-LT) |
| **To:** | "Eric W. Neilsen"; "Clay@schuett-law.com" |
| **Cc:** | Weinstein, David B. (Shld-TPA-LT-Env); "Roy.Xiao@clydeco.us"; White, Christopher R. (Assoc-TPA-LT); "juli@schuett-law.com" |
| **Subject:** | RE: TT v. BMP - depositions |
| **Date:** | Tuesday, May 11, 2021 4:47:00 PM |
| **Attachments:** | image001.png |

Eric,

We are following up on this request.

Thank you,

Joe

**Joseph H. Picone**
Associate
Greenberg Traurig, P.A. | 101 East Kennedy Boulevard
Suite 1900 | Tampa, Florida 33602
Tel +1 813.318.5719
piconej@gtlaw.com   |   www.gtlaw.com   |   View GT Biography

**GT GreenbergTraurig**

**LOCAL PRESENCE, GLOBAL REACH**

Please consider the environment before printing this email.

---

**From:** Picone, Joseph H. (Assoc-TPA-LT)
**Sent:** Thursday, May 6, 2021 6:10 PM
**To:** 'Eric W. Neilsen' <eneilsen@neilsenlawgroup.com>; Clay@schuett-law.com
**Cc:** Weinstein, David B. (Shld-TPA-LT-Env) <weinsteind@gtlaw.com>; Roy.Xiao@clydeco.us; White, Christopher R. (Assoc-TPA-LT) <whitech@gtlaw.com>; juli@schuett-law.com
**Subject:** TT v. BMP - depositions

Eric,

We would like to depose Ben Meng, BMP USA's corporate representative, and BMP International's corporate representative. Please provide available dates for their depositions.

Thank you,

Joe

**Joseph H. Picone**
Associate
Greenberg Traurig, P.A. | 101 East Kennedy Boulevard
Suite 1900 | Tampa, Florida 33602
Tel +1 813.318.5719
piconej@gtlaw.com   |   www.gtlaw.com   |   View GT Biography



**LOCAL PRESENCE, GLOBAL REACH**

**Please consider the environment before printing this email.**