## Picone, Joseph H. (Assoc-TPA-LT)

| | |
|---|---|
| **From:** | Eric W. Neilsen <eneilsen@neilsenlawgroup.com> |
| **Sent:** | Tuesday, May 18, 2021 9:48 AM |
| **To:** | Picone, Joseph H. (Assoc-TPA-LT) |
| **Cc:** | Weinstein, David B. (Shld-TPA-LT-Env); Roy.Xiao@clydeco.us; White, Christopher R. (Assoc-TPA-LT); Clay@schuett-law.com; juli@schuett-law.com |
| **Subject:** | RE: TT v. BMP - depositions // request for a call to coordinate same |

Joe:

I have some dates for Mr. Meng.  How about the 9th or 11th of June 2021?  Given that he is 12 hours ahead of us, can we start at 9:00 a.m.

Clay and I would like to take the following depositions:

>   Tianli Zhang
>   Lisa Fu
>   Ruby Zhang
>   Expert Stanley Murphy

I would note that there are probably limited dates in June 2021 as Clay is going on vacation during the week of June 14 and then I am on vacation during the week of June 21, which vacations have been on the books for months given the relatively unavailability of ticketed travel/rental cars.  I know you will want to take our expert's deposition as well and they are here in Tampa.

The point of the above is to see if your office can agree to push back the discovery cutoff deadline and the dispositive motion deadline by 30 days each so we have a little bit more time to close the discovery out.  I suggest a conference call on the above matters as we move forward.

I look forward to your comments on the above matters.  Thank you.


Eric W. Neilsen, Esquire
eneilsen@neilsenlawgroup.com

 **NEILSEN LAW GROUP, P.A.**

100 2nd Avenue N., Suite 240
St. Petersburg, FL  33701
T:  727-350-3240
F:  727-499-7166
D:  727-239-4880
www.neilsenlawgroup.com

**From:** piconej@gtlaw.com <piconej@gtlaw.com>
**Sent:** Tuesday, May 18, 2021 9:34 AM
**To:** Eric W. Neilsen <eneilsen@neilsenlawgroup.com>
**Cc:** weinsteind@gtlaw.com; Roy.Xiao@clydeco.us; whitech@gtlaw.com; juli@schuett-law.com; Clay@schuett-law.com; juli@schuett-law.com
**Subject:** RE: TT v. BMP - depositions // request for a call to coordinate same

Eric,

We have not received potential dates for the depositions.  Please provide dates ASAP.

If you would like to discuss, I am available for call any time today except for 1:30 to 2 p.m., or any time tomorrow.

Joe

**Joseph H. Picone**
Associate

Greenberg Traurig, P.A.
101 East Kennedy Boulevard | Suite 1900 | Tampa, Florida 33602
T +1 813.318.5719
piconej@gtlaw.com   |   www.gtlaw.com   |   View GT Biography





---

**From:** Picone, Joseph H. (Assoc-TPA-LT)
**Sent:** Wednesday, May 12, 2021 2:37 PM
**To:** 'Eric W. Neilsen' <eneilsen@neilsenlawgroup.com>
**Cc:** Weinstein, David B. (Shld-TPA-LT-Env) <weinsteind@gtlaw.com>; Roy.Xiao@clydeco.us; White, Christopher R. (Assoc-TPA-LT) <whitech@gtlaw.com>; juli@schuett-law.com; Clay@schuett-law.com; juli@schuett-law.com
**Subject:** RE: TT v. BMP - depositions // request for a call to coordinate same

Thank you, Eric.

**Joseph H. Picone**
Associate
Greenberg Traurig, P.A. | 101 East Kennedy Boulevard
Suite 1900 | Tampa, Florida 33602
Tel +1 813.318.5719
piconej@gtlaw.com   |   www.gtlaw.com   |   View GT Biography



**LOCAL PRESENCE, GLOBAL REACH**

Please consider the environment before printing this email.

**From:** Eric W. Neilsen <eneilsen@neilsenlawgroup.com>
**Sent:** Wednesday, May 12, 2021 2:35 PM
**To:** Picone, Joseph H. (Assoc-TPA-LT) <piconej@gtlaw.com>
**Cc:** Weinstein, David B. (Shld-TPA-LT-Env) <weinsteind@gtlaw.com>; Roy.Xiao@clydeco.us; White, Christopher R. (Assoc-TPA-LT) <whitech@gtlaw.com>; juli@schuett-law.com; Clay@schuett-law.com; juli@schuett-law.com
**Subject:** RE: TT v. BMP - depositions // request for a call to coordinate same

Joe:

I am sorry to hear of your loss.  I will correspond with you via email so we can get ahead of all this.  I am working on dates as we speak.

Thank you.

Eric W. Neilsen, Esquire
eneilsen@neilsenlawgroup.com

 **NEILSEN LAW GROUP, P.A.**

100 2nd Avenue N., Suite 240
St. Petersburg, FL  33701
T:  727-350-3240
F:  727-499-7166
D:  727-239-4880
www.neilsenlawgroup.com

---

**From:** piconej@gtlaw.com <piconej@gtlaw.com>
**Sent:** Wednesday, May 12, 2021 2:34 PM
**To:** Eric W. Neilsen <eneilsen@neilsenlawgroup.com>
**Cc:** weinsteind@gtlaw.com; Roy.Xiao@clydeco.us; whitech@gtlaw.com; juli@schuett-law.com; Clay@schuett-law.com; juli@schuett-law.com
**Subject:** RE: TT v. BMP - depositions // request for a call to coordinate same

Eric,

I am out of the office on Friday and Monday as I will be traveling to attend a funeral.

I am free any time tomorrow after 11 a.m. except from 1:30 to 2 p.m. or any time on Tuesday.

Joe

**Joseph H. Picone**
Associate
Greenberg Traurig, P.A. | 101 East Kennedy Boulevard
Suite 1900 | Tampa, Florida 33602
Tel +1 813.318.5719
piconej@gtlaw.com   |   www.gtlaw.com   |   View GT Biography



**LOCAL PRESENCE, GLOBAL REACH**

Please consider the environment before printing this email.

**From:** Eric W. Neilsen <eneilsen@neilsenlawgroup.com>
**Sent:** Wednesday, May 12, 2021 2:15 PM
**To:** Picone, Joseph H. (Assoc-TPA-LT) <piconej@gtlaw.com>
**Cc:** Weinstein, David B. (Shld-TPA-LT-Env) <weinsteind@gtlaw.com>; Roy.Xiao@clydeco.us; White, Christopher R. (Assoc-TPA-LT) <whitech@gtlaw.com>; juli@schuett-law.com; Clay@schuett-law.com; Juli Burns - Schuett Law <juli@schuett-law.com>
**Subject:** RE: TT v. BMP - depositions // request for a call to coordinate same

**\*EXTERNAL TO GT\***

Joe:

Sorry for the delay in getting back to you as I was in a jury trial this week.  Are you free on Friday for a call with Clay and myself so we can go over these last depositions, expert depositions, possibly extending discovery 30 days and the dispositive motion deadline, etc.

Let me know.  Thanks.

Eric W. Neilsen, Esquire
eneilsen@neilsenlawgroup.com


**NEILSEN LAW GROUP, P.A.**

100 2nd Avenue N., Suite 240
St. Petersburg, FL  33701
T:  727-350-3240
F:  727-499-7166
D:  727-239-4880
www.neilsenlawgroup.com

**From:** piconej@gtlaw.com <piconej@gtlaw.com>
**Sent:** Thursday, May 06, 2021 6:11 PM
**To:** Eric W. Neilsen <eneilsen@neilsenlawgroup.com>; Clay@schuett-law.com
**Cc:** weinsteind@gtlaw.com; Roy.Xiao@clydeco.us; whitech@gtlaw.com; juli@schuett-law.com
**Subject:** TT v. BMP - depositions

Eric,

We would like to depose Ben Meng, BMP USA's corporate representative, and BMP International's corporate representative.  Please provide available dates for their depositions.

Thank you,

Joe

**Joseph H. Picone**
Associate
Greenberg Traurig, P.A. | 101 East Kennedy Boulevard
Suite 1900 | Tampa, Florida 33602
Tel +1 813.318.5719
piconej@gtlaw.com  |  www.gtlaw.com   |  View GT Biography



**LOCAL PRESENCE, GLOBAL REACH**

Please consider the environment before printing this email.

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.