| | |
|---|---|
| **From:** | Picone, Joseph H. (Assoc-TPA-LT) |
| **To:** | "Eric W. Neilsen" |
| **Cc:** | Weinstein, David B. (Shld-TPA-LT-Env); Roy.Xiao@clydeco.us; White, Christopher R. (Assoc-TPA-LT); Clay@schuett-law.com; juli@schuett-law.com |
| **Subject:** | RE: TT v. BMP - Ben Meng is a US Citizen |
| **Date:** | Friday, June 4, 2021 10:22:00 AM |
| **Attachments:** | image001.png<br>image002.png<br>image003.jpg |

Eric,

We will send you a draft 30(b)(6) notice shortly, and we will get back to you regarding expert witness fees.

Regarding the mechanics of the overseas depositions, as we have previously discussed we propose beginning the depositions via Zoom or an equivalent platform at 7 p.m. (our time), 7 a.m. (their time), and we would split the 7 hour time limitation between two consecutive days, if necessary. We do not have a preferred location for the witness, so long as that location is (a) outside of China (e.g., Hong Kong or Macau), and (b) has sufficient WiFi capabilities for audio and video (e.g., a major international hotel).

We can further discuss whether the court reporter, videographer, and translator will be located in the U.S. or overseas; however, resolution of that issue should not influence or otherwise hamper the parties' ability to lock in dates for the depositions now.

Regards,

Joe

**Joseph H. Picone**
Associate

Greenberg Traurig, P.A.
101 East Kennedy Boulevard | Suite 1900 | Tampa, Florida 33602
T +1 813.318.5719
piconej@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



**From:** Eric W. Neilsen <eneilsen@neilsenlawgroup.com>
**Sent:** Thursday, June 3, 2021 2:01 PM
**To:** Picone, Joseph H. (Assoc-TPA-LT) <piconej@gtlaw.com>
**Cc:** Weinstein, David B. (Shld-TPA-LT-Env) <weinsteind@gtlaw.com>; Roy.Xiao@clydeco.us; White, Christopher R. (Assoc-TPA-LT) <whitech@gtlaw.com>; Clay@schuett-law.com; juli@schuett-law.com
**Subject:** RE: TT v. BMP - Ben Meng is a US Citizen

Joe:

Thank you for the inquiry. We will follow-up on that. If you are seeking the corporate representatives' depositions, will need to consider the Rule 12(b)(6) requirements so we have the right areas for the right witness(es). What is your plan regarding time differential for deponents in China? Is there a preferred location that witnesses will use? What is the technology that will be used for China witnesses appearing by video in a foreign state? Zoom? Is there an agreement regarding who is paying for expert witnesses fees for attendance at depositions?

I know we talked about these things but many are still open and impact getting dates. Let me know. Thanks.

Eric W. Neilsen, Esquire
eneilsen@neilsenlawgroup.com

 **NEILSEN LAW GROUP, P.A.**

100 2nd Avenue N., Suite 240
St. Petersburg, FL  33701
T:  727-350-3240
F:  727-499-7166
D:  727-239-4880
www.neilsenlawgroup.com

---

**From:** piconej@gtlaw.com <piconej@gtlaw.com>
**Sent:** Thursday, June 03, 2021 1:46 PM
**To:** Eric W. Neilsen <eneilsen@neilsenlawgroup.com>
**Cc:** weinsteind@gtlaw.com; Roy.Xiao@clydeco.us; whitech@gtlaw.com; Clay@schuett-law.com; juli@schuett-law.com
**Subject:** RE: TT v. BMP - Ben Meng is a US Citizen

Eric,

I'm following up on our requests for dates for the depositions of Ben Meng, Defendants' corporate representative, and Defendants' experts.

Please provide potential dates as soon as possible.

Regards,

Joe

**Joseph H. Picone**
Associate

Greenberg Traurig, P.A.
101 East Kennedy Boulevard | Suite 1900 | Tampa, Florida 33602
T +1 813.318.5719
piconej@gtlaw.com   |   www.gtlaw.com   |   View GT Biography


---

**From:** Picone, Joseph H. (Assoc-TPA-LT)
**Sent:** Thursday, May 27, 2021 10:01 AM
**To:** 'Eric W. Neilsen' <eneilsen@neilsenlawgroup.com>
**Cc:** Weinstein, David B. (Shld-TPA-LT-Env) <weinsteind@gtlaw.com>; Roy.Xiao@clydeco.us; White, Christopher R. (Assoc-TPA-LT) <whitech@gtlaw.com>; Clay@schuett-law.com; juli@schuett-law.com
**Subject:** RE: TT v. BMP - Ben Meng is a US Citizen

I'll send a calendar invite for 2 p.m. tomorrow.

Thanks,

Joe

**Joseph H. Picone**
Associate

Greenberg Traurig, P.A.
101 East Kennedy Boulevard | Suite 1900 | Tampa, Florida 33602
T +1 813.318.5719
piconej@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



---

**From:** Eric W. Neilsen <eneilsen@neilsenlawgroup.com>
**Sent:** Thursday, May 27, 2021 9:51 AM
**To:** Picone, Joseph H. (Assoc-TPA-LT) <piconej@gtlaw.com>
**Cc:** Weinstein, David B. (Shld-TPA-LT-Env) <weinsteind@gtlaw.com>; Roy.Xiao@clydeco.us; White, Christopher R. (Assoc-TPA-LT) <whitech@gtlaw.com>; Clay@schuett-law.com; juli@schuett-law.com
**Subject:** RE: TT v. BMP - Ben Meng is a US Citizen

Joe:

Clay is out all day today relocating his mother's nursing home.  I have a mediation tomorrow morning and are free after 1:00 p.m. tomorrow.

We look forward to your comments on the above matters.  Thanks.

Eric W. Neilsen, Esquire
eneilsen@neilsenlawgroup.com



### NEILSEN LAW GROUP, P.A.

100 2nd Avenue N., Suite 240
St. Petersburg, FL  33701
T:  727-350-3240
F:  727-499-7166
D:  727-239-4880
www.neilsenlawgroup.com

---

**From:** piconej@gtlaw.com <piconej@gtlaw.com>
**Sent:** Wednesday, May 26, 2021 5:21 PM
**To:** Eric W. Neilsen <eneilsen@neilsenlawgroup.com>
**Cc:** weinsteind@gtlaw.com; Roy.Xiao@clydeco.us; whitech@gtlaw.com; Clay@schuett-law.com; juli@schuett-law.com
**Subject:** RE: TT v. BMP - Ben Meng is a US Citizen

Eric,

We spoke with our Shanghai office. What is your availability tomorrow for a call?

Joe

**Joseph H. Picone**
Associate

Greenberg Traurig, P.A.
101 East Kennedy Boulevard | Suite 1900 | Tampa, Florida 33602
T +1 813.318.5719
piconej@gtlaw.com  |  www.gtlaw.com   |  View GT Biography



---

**From:** Eric W. Neilsen <eneilsen@neilsenlawgroup.com>
**Sent:** Friday, May 21, 2021 2:13 PM
**To:** Picone, Joseph H. (Assoc-TPA-LT) <piconej@gtlaw.com>
**Cc:** Weinstein, David B. (Shld-TPA-LT-Env) <weinsteind@gtlaw.com>; Roy.Xiao@clydeco.us; White, Christopher R. (Assoc-TPA-LT) <whitech@gtlaw.com>; Clay@schuett-law.com; juli@schuett-law.com
**Subject:** RE: TT v. BMP - Ben Meng is a US Citizen

Joe:

China does not allow dual citizenship although the US does recognize it.  He can't maintain dual citizenship with China.  He only uses his US Passport.

Let me know if you have any questions.  Thanks.

Eric W. Neilsen, Esquire
eneilsen@neilsenlawgroup.com

 **NEILSEN LAW GROUP, P.A.**

100 2nd Avenue N., Suite 240
St. Petersburg, FL  33701
T:  727-350-3240
F:  727-499-7166
D:  727-239-4880
www.neilsenlawgroup.com

---

**From:** piconej@gtlaw.com <piconej@gtlaw.com>
**Sent:** Friday, May 21, 2021 1:49 PM
**To:** Eric W. Neilsen <eneilsen@neilsenlawgroup.com>
**Cc:** weinsteind@gtlaw.com; Roy.Xiao@clydeco.us; whitech@gtlaw.com; Clay@schuett-law.com; juli@schuett-law.com
**Subject:** RE: TT v. BMP - Ben Meng is a US Citizen

Thank you, Eric.  We also need to know whether he is a Chinese citizen (dual passport holder).

**Joseph H. Picone**
Associate

Greenberg Traurig, P.A.
101 East Kennedy Boulevard | Suite 1900 | Tampa, Florida 33602
T +1 813.318.5719
piconej@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



---

**From:** Eric W. Neilsen <eneilsen@neilsenlawgroup.com>
**Sent:** Friday, May 21, 2021 1:47 PM
**To:** Picone, Joseph H. (Assoc-TPA-LT) <piconej@gtlaw.com>
**Cc:** Weinstein, David B. (Shld-TPA-LT-Env) <weinsteind@gtlaw.com>; Roy.Xiao@clydeco.us; White, Christopher R. (Assoc-TPA-LT) <whitech@gtlaw.com>; Clay@schuett-law.com; juli@schuett-law.com
**Subject:** RE: TT v. BMP - Ben Meng is a US Citizen

Joe:

I have confirmed Ben Meng is a US citizen.  He is currently in his residence in Shanghai the last time I

checked.

Let me know if you have any questions. Thank you.

Eric W. Neilsen, Esquire
eneilsen@neilsenlawgroup.com

 **NEILSEN LAW GROUP, P.A.**

100 2nd Avenue N., Suite 240
St. Petersburg, FL  33701
T:  727-350-3240
F:  727-499-7166
D:  727-239-4880
www.neilsenlawgroup.com

---

**From:** piconej@gtlaw.com <piconej@gtlaw.com>
**Sent:** Friday, May 21, 2021 1:03 PM
**To:** Eric W. Neilsen <eneilsen@neilsenlawgroup.com>
**Cc:** weinsteind@gtlaw.com; Roy.Xiao@clydeco.us; whitech@gtlaw.com; Clay@schuett-law.com; juli@schuett-law.com
**Subject:** RE: TT v. BMP - depositions // request for a call to coordinate same

We will be on in 2 minutes.

**Joseph H. Picone**
Associate

Greenberg Traurig, P.A.
101 East Kennedy Boulevard | Suite 1900 | Tampa, Florida 33602
T +1 813.318.5719
piconej@gtlaw.com  |  www.gtlaw.com   |  View GT Biography



---

**From:** Picone, Joseph H. (Assoc-TPA-LT)
**Sent:** Wednesday, May 19, 2021 2:32 PM
**To:** 'Eric W. Neilsen' <eneilsen@neilsenlawgroup.com>
**Cc:** Weinstein, David B. (Shld-TPA-LT-Env) <weinsteind@gtlaw.com>; Roy.Xiao@clydeco.us; White, Christopher R. (Assoc-TPA-LT) <whitech@gtlaw.com>; Clay@schuett-law.com; juli@schuett-law.com
**Subject:** RE: TT v. BMP - depositions // request for a call to coordinate same

I'll send an invite for 1 p.m.

**Joseph H. Picone**
Associate

Greenberg Traurig, P.A.
101 East Kennedy Boulevard | Suite 1900 | Tampa, Florida 33602
T +1 813.318.5719

piconej@gtlaw.com   |   www.gtlaw.com   |   View GT Biography



---

**From:** Eric W. Neilsen <eneilsen@neilsenlawgroup.com>
**Sent:** Wednesday, May 19, 2021 2:30 PM
**To:** Picone, Joseph H. (Assoc-TPA-LT) <piconej@gtlaw.com>
**Cc:** Weinstein, David B. (Shld-TPA-LT-Env) <weinsteind@gtlaw.com>; Roy.Xiao@clydeco.us; White, Christopher R. (Assoc-TPA-LT) <whitech@gtlaw.com>; Clay@schuett-law.com; juli@schuett-law.com
**Subject:** RE: TT v. BMP - depositions // request for a call to coordinate same

Joe:

I am wide open except 10:00 a.m. to 10:30 a.m.

Thanks.

Eric W. Neilsen, Esquire
eneilsen@neilsenlawgroup.com



**NEILSEN LAW GROUP, P.A.**

100 2nd Avenue N., Suite 240
St. Petersburg, FL  33701
T:  727-350-3240
F:  727-499-7166
D:  727-239-4880
www.neilsenlawgroup.com

---

**From:** piconej@gtlaw.com <piconej@gtlaw.com>
**Sent:** Wednesday, May 19, 2021 2:29 PM
**To:** Eric W. Neilsen <eneilsen@neilsenlawgroup.com>
**Cc:** weinsteind@gtlaw.com; Roy.Xiao@clydeco.us; whitech@gtlaw.com; Clay@schuett-law.com; juli@schuett-law.com
**Subject:** RE: TT v. BMP - depositions // request for a call to coordinate same

How about Friday?

**Joseph H. Picone**
Associate

Greenberg Traurig, P.A.
101 East Kennedy Boulevard | Suite 1900 | Tampa, Florida 33602
T +1 813.318.5719

piconej@gtlaw.com   |   www.gtlaw.com   |   View GT Biography

---

**From:** Eric W. Neilsen <eneilsen@neilsenlawgroup.com>
**Sent:** Wednesday, May 19, 2021 2:28 PM
**To:** Picone, Joseph H. (Assoc-TPA-LT) <piconej@gtlaw.com>
**Cc:** Weinstein, David B. (Shld-TPA-LT-Env) <weinsteind@gtlaw.com>; Roy.Xiao@clydeco.us; White, Christopher R. (Assoc-TPA-LT) <whitech@gtlaw.com>; Clay@schuett-law.com; juli@schuett-law.com
**Subject:** RE: TT v. BMP - depositions // request for a call to coordinate same

Joe:

Unfortunately, I did not hear back from you so I have set another teleconference. I am not sure how long that one will last as it is with my client about post-trial issues. I am available tomorrow except between 10:00 a.m. and 10:30 a.m., and between 2:00 p.m. and 2:30 p.m.

Let me know what works for everyone. Thanks.

Eric W. Neilsen, Esquire
eneilsen@neilsenlawgroup.com

 **NEILSEN LAW GROUP, P.A.**

100 2nd Avenue N., Suite 240
St. Petersburg, FL  33701
T:  727-350-3240
F:  727-499-7166
D:  727-239-4880
www.neilsenlawgroup.com

---

**From:** piconej@gtlaw.com <piconej@gtlaw.com>
**Sent:** Wednesday, May 19, 2021 2:25 PM
**To:** Eric W. Neilsen <eneilsen@neilsenlawgroup.com>
**Cc:** weinsteind@gtlaw.com; Roy.Xiao@clydeco.us; whitech@gtlaw.com; Clay@schuett-law.com; juli@schuett-law.com
**Subject:** RE: TT v. BMP - depositions // request for a call to coordinate same

Eric,

I'm available at 3 p.m. today.  Please call me on my direct line: 813-318-5719.

Thank you,

Joe

**Joseph H. Picone**
Associate

Greenberg Traurig, P.A.
101 East Kennedy Boulevard | Suite 1900 | Tampa, Florida 33602
T +1 813.318.5719
piconej@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



---

**From:** Eric W. Neilsen <eneilsen@neilsenlawgroup.com>
**Sent:** Wednesday, May 19, 2021 10:01 AM
**To:** Picone, Joseph H. (Assoc-TPA-LT) <piconej@gtlaw.com>
**Cc:** Weinstein, David B. (Shld-TPA-LT-Env) <weinsteind@gtlaw.com>; Roy.Xiao@clydeco.us; White, Christopher R. (Assoc-TPA-LT) <whitech@gtlaw.com>; Clay@schuett-law.com; juli@schuett-law.com
**Subject:** RE: TT v. BMP - depositions // request for a call to coordinate same

Joe:

Clay has some things going on today but how about 3:00 p.m. today?

Let me know.  Thanks.

Eric W. Neilsen, Esquire
eneilsen@neilsenlawgroup.com

 **NEILSEN LAW GROUP, P.A.**

100 2nd Avenue N., Suite 240
St. Petersburg, FL  33701
T:  727-350-3240
F:  727-499-7166
D:  727-239-4880
www.neilsenlawgroup.com

---

**From:** piconej@gtlaw.com <piconej@gtlaw.com>
**Sent:** Tuesday, May 18, 2021 5:47 PM
**To:** Eric W. Neilsen <eneilsen@neilsenlawgroup.com>
**Cc:** weinsteind@gtlaw.com; Roy.Xiao@clydeco.us; whitech@gtlaw.com; Clay@schuett-law.com; juli@schuett-law.com

**Subject:** RE: TT v. BMP - depositions // request for a call to coordinate same

Eric, what is your availability for a call tomorrow to discuss all of the issues raised in your email?

**Joseph H. Picone**
Associate

Greenberg Traurig, P.A.
101 East Kennedy Boulevard | Suite 1900 | Tampa, Florida 33602
T +1 813.318.5719
piconej@gtlaw.com  |  www.gtlaw.com   |  View GT Biography

---

**From:** Eric W. Neilsen <eneilsen@neilsenlawgroup.com>
**Sent:** Tuesday, May 18, 2021 9:48 AM
**To:** Picone, Joseph H. (Assoc-TPA-LT) <piconej@gtlaw.com>
**Cc:** Weinstein, David B. (Shld-TPA-LT-Env) <weinsteind@gtlaw.com>; Roy.Xiao@clydeco.us; White, Christopher R. (Assoc-TPA-LT) <whitech@gtlaw.com>; Clay@schuett-law.com; juli@schuett-law.com
**Subject:** RE: TT v. BMP - depositions // request for a call to coordinate same

Joe:

I have some dates for Mr. Meng.  How about the 9th or 11th of June 2021?  Given that he is 12 hours ahead of us, can we start at 9:00 a.m.

Clay and I would like to take the following depositions:

> Tianli Zhang
> Lisa Fu
> Ruby Zhang
> Expert Stanley Murphy

I would note that there are probably limited dates in June 2021 as Clay is going on vacation during the week of June 14 and then I am on vacation during the week of June 21, which vacations have been on the books for months given the relatively unavailability of ticketed travel/rental cars.  I know you will want to take our expert's deposition as well and they are here in Tampa.

The point of the above is to see if your office can agree to push back the discovery cutoff deadline and the dispositive motion deadline by 30 days each so we have a little bit more time to close the discovery out.  I suggest a conference call on the above matters as we move forward.

I look forward to your comments on the above matters.  Thank you.

Eric W. Neilsen, Esquire
eneilsen@neilsenlawgroup.com

 NEILSEN LAW GROUP, P.A.

100 2nd Avenue N., Suite 240
St. Petersburg, FL  33701
T:  727-350-3240
F:  727-499-7166
D:  727-239-4880
www.neilsenlawgroup.com

---

**From:** piconej@gtlaw.com <piconej@gtlaw.com>
**Sent:** Tuesday, May 18, 2021 9:34 AM
**To:** Eric W. Neilsen <eneilsen@neilsenlawgroup.com>
**Cc:** weinsteind@gtlaw.com; Roy.Xiao@clydeco.us; whitech@gtlaw.com; juli@schuett-law.com; Clay@schuett-law.com; juli@schuett-law.com
**Subject:** RE: TT v. BMP - depositions // request for a call to coordinate same

Eric,

We have not received potential dates for the depositions.  Please provide dates ASAP.

If you would like to discuss, I am available for call any time today except for 1:30 to 2 p.m., or any time tomorrow.

Joe

**Joseph H. Picone**
Associate

Greenberg Traurig, P.A.
101 East Kennedy Boulevard | Suite 1900 | Tampa, Florida 33602
T +1 813.318.5719
piconej@gtlaw.com   |   www.gtlaw.com   |   View GT Biography



**From:** Picone, Joseph H. (Assoc-TPA-LT)
**Sent:** Wednesday, May 12, 2021 2:37 PM
**To:** 'Eric W. Neilsen' <eneilsen@neilsenlawgroup.com>
**Cc:** Weinstein, David B. (Shld-TPA-LT-Env) <weinsteind@gtlaw.com>; Roy.Xiao@clydeco.us; White, Christopher R. (Assoc-TPA-LT) <whitech@gtlaw.com>; juli@schuett-law.com; Clay@schuett-law.com; juli@schuett-law.com
**Subject:** RE: TT v. BMP - depositions // request for a call to coordinate same

Thank you, Eric.

**Joseph H. Picone**
Associate
Greenberg Traurig, P.A. | 101 East Kennedy Boulevard
Suite 1900 | Tampa, Florida 33602
Tel +1 813.318.5719
piconej@gtlaw.com   |   www.gtlaw.com   |   View GT Biography



**LOCAL PRESENCE, GLOBAL REACH**

**Please consider the environment before printing this email.**

---

**From:** Eric W. Neilsen <eneilsen@neilsenlawgroup.com>
**Sent:** Wednesday, May 12, 2021 2:35 PM
**To:** Picone, Joseph H. (Assoc-TPA-LT) <piconej@gtlaw.com>
**Cc:** Weinstein, David B. (Shld-TPA-LT-Env) <weinsteind@gtlaw.com>; Roy.Xiao@clydeco.us; White, Christopher R. (Assoc-TPA-LT) <whitech@gtlaw.com>; juli@schuett-law.com; Clay@schuett-law.com; juli@schuett-law.com
**Subject:** RE: TT v. BMP - depositions // request for a call to coordinate same

Joe:

I am sorry to hear of your loss.  I will correspond with you via email so we can get ahead of all this.  I am working on dates as we speak.

Thank you.

Eric W. Neilsen, Esquire
eneilsen@neilsenlawgroup.com

 NEILSEN LAW GROUP, P.A.

100 2nd Avenue N., Suite 240
St. Petersburg, FL  33701
T:  727-350-3240
F:  727-499-7166
D:  727-239-4880

www.neilsenlawgroup.com

---

**From:** piconej@gtlaw.com <piconej@gtlaw.com>
**Sent:** Wednesday, May 12, 2021 2:34 PM
**To:** Eric W. Neilsen <eneilsen@neilsenlawgroup.com>
**Cc:** weinsteind@gtlaw.com; Roy.Xiao@clydeco.us; whitech@gtlaw.com; juli@schuett-law.com; Clay@schuett-law.com; juli@schuett-law.com
**Subject:** RE: TT v. BMP - depositions // request for a call to coordinate same

Eric,

I am out of the office on Friday and Monday as I will be traveling to attend a funeral.

I am free any time tomorrow after 11 a.m. except from 1:30 to 2 p.m. or any time on Tuesday.

Joe

**Joseph H. Picone**
Associate
Greenberg Traurig, P.A. | 101 East Kennedy Boulevard
Suite 1900 | Tampa, Florida 33602
Tel +1 813.318.5719
piconej@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



**LOCAL PRESENCE, GLOBAL REACH**

Please consider the environment before printing this email.

---

**From:** Eric W. Neilsen <eneilsen@neilsenlawgroup.com>
**Sent:** Wednesday, May 12, 2021 2:15 PM
**To:** Picone, Joseph H. (Assoc-TPA-LT) <piconej@gtlaw.com>
**Cc:** Weinstein, David B. (Shld-TPA-LT-Env) <weinsteind@gtlaw.com>; Roy.Xiao@clydeco.us; White, Christopher R. (Assoc-TPA-LT) <whitech@gtlaw.com>; juli@schuett-law.com; Clay@schuett-law.com; Juli Burns - Schuett Law <juli@schuett-law.com>
**Subject:** RE: TT v. BMP - depositions // request for a call to coordinate same

**\*EXTERNAL TO GT\***

Joe:

Sorry for the delay in getting back to you as I was in a jury trial this week.  Are you free on Friday for a call with Clay and myself so we can go over these last depositions, expert depositions, possibly extending discovery 30 days and the dispositive motion deadline, etc.

Let me know.  Thanks.

Eric W. Neilsen, Esquire
eneilsen@neilsenlawgroup.com

 **NEILSEN LAW GROUP, P.A.**

100 2nd Avenue N., Suite 240
St. Petersburg, FL  33701
T:  727-350-3240
F:  727-499-7166
D:  727-239-4880
www.neilsenlawgroup.com

---

**From:** piconej@gtlaw.com <piconej@gtlaw.com>
**Sent:** Thursday, May 06, 2021 6:11 PM
**To:** Eric W. Neilsen <eneilsen@neilsenlawgroup.com>; Clay@schuett-law.com
**Cc:** weinsteind@gtlaw.com; Roy.Xiao@clydeco.us; whitech@gtlaw.com; juli@schuett-law.com
**Subject:** TT v. BMP - depositions

Eric,

We would like to depose Ben Meng, BMP USA's corporate representative, and BMP International's corporate representative.  Please provide available dates for their depositions.

Thank you,

Joe

**Joseph H. Picone**
Associate
Greenberg Traurig, P.A. | 101 East Kennedy Boulevard
Suite 1900 | Tampa, Florida 33602
Tel +1 813.318.5719
piconej@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



**LOCAL PRESENCE, GLOBAL REACH**

**Please consider the environment before printing this email.**

---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.