| | |
|---|---|
| **From:** | dunnla@gtlaw.com |
| **To:** | eneilsen@neilsenlawgroup.com; juli@schuett-law.com; Clay@schuett-law.com; info@shuett-law.com |
| **Cc:** | Weinstein, David B. (Shld-TPA-LT-Env); Picone, Joseph H. (Assoc-TPA-LT); White, Christopher R. (Assoc-TPA-LT); Roy.Xiao@clydeco.us; Thomas, Peg (AdmAst-TPA-LT); TPALitDock |
| **Subject:** | SERVICE OF COURT DOCUMENT Case No.: 8:19-cv-02044 - T.T. Int"l Co., Ltd. v. BMB Int"l, Inc., BMB USA, Inc. |
| **Date:** | Monday, June 7, 2021 10:35:06 AM |
| **Attachments:** | Notice of Taking Remote Video Rule 30(b)(6) Deposition of BMB Int"l.pdf |
| | Notice of Taking Deposition - Anthony S. Phillips.pdf |
| | Notice of Taking Deposition - Ben Meng as President of BMB Int"l.pdf |
| | Notice of Taking Deposition - Sasha M. Moore.pdf |
| | Notice of Taking Deposition - Ben Meng as President of BMB USA.pdf |
| | Notice of Taking Remote Video Rule 30(b)(6) Deposition of BMP USA.pdf |

Case No.:   8:19-cv-02044
Date of Service:   6/7/2021
Court:   USDC, Middle District of Florida, Tampa Division
Sender:   David B. Weinstein - 813.381.5700
Style:   T.T. Int'l Co., Ltd. v. BMB Int'l, Inc., BMB USA, Inc.
Documents Attached:
1. Notice of Taking Deposition - Anthony S. Phillips
2. Notice of Taking Deposition - Ben Meng as President of BMB USA
3. Notice of Taking Deposition - Ben Meng as President of BMB Int'l
4. Notice of Taking Remote Video Rule 30(b)(6) Deposition of BMP USA
5. Notice of Taking Remote Video Rule 30(b)(6) Deposition of BMB Int'l
6. Notice of Taking Deposition - Sasha M. Moore
*******************

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.