UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

T. T. International Co., Ltd,

     Plaintiff,

vs.

BMP International, Inc.,
BMP USA INC., IGAS USA, INC.

     Defendants.

                Case No. .: 8:19-cv-02044-T-36AEP

## AMENDED EXHIBIT LIST[1]

\_\_\_\_\_Government   \_\_X\_\_ Plaintiff   \_\_\_\_\_Defendant   \_\_\_\_\_Court

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 1. | | | Xianbin "Ben" Meng | | BMP Int'l's Stipulation of Facts Regarding Plaintiff's July 27, 2020 Requests for Admissions |
| 2. | | | Xianbin "Ben" Meng | | BMP USA's Stipulation of Facts Regarding July 27, 2020 Requests for Admissions |
| 3. | | | Xianbin "Ben" Meng | Relevance | Sunbiz.org Detail report of BMP International, Inc. |
| 4. | | | Xianbin "Ben" Meng | Relevance | BMP International, Inc. 2007 Formation documents |
| 5. | | | Xianbin "Ben" Meng | Relevance | BMP International, Inc. 2008 Annual Report |
| 6. | | | Xianbin "Ben" Meng | Relevance | BMP International, Inc. 2009 Annual Report |

---

[1] T.T. notes that amended witness lists are also due at the time of this filing. T.T. will not call any witness not designated on its prior witness list located at Doc. 134-3. Should the Court require a new version of this witness list, T.T. will file one promptly.

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 7. | | | Xianbin "Ben" Meng | Relevance | BMP International, Inc. 2010 Annual Report |
| 8. | | | Xianbin "Ben" Meng | Relevance | BMP International, Inc. 2011 Amendment |
| 9. | | | Xianbin "Ben" Meng | Relevance | BMP International, Inc. 2011 Annual Report |
| 10. | | | Xianbin "Ben" Meng | Relevance | BMP International, Inc. 2012 Annual Report |
| 11. | | | Xianbin "Ben" Meng | Relevance | BMP International, Inc. 2013 Annual Report |
| 12. | | | Xianbin "Ben" Meng | Relevance | BMP International, Inc. 2014 Annual Report |
| 13. | | | Xianbin "Ben" Meng | Relevance | BMP International, Inc. 2015 Annual Report |
| 14. | | | Xianbin "Ben" Meng | Relevance | BMP International, Inc. 2015 Amendment |
| 15. | | | Xianbin "Ben" Meng | Relevance | BMP International, Inc. 2016 Annual Report |
| 16. | | | Xianbin "Ben" Meng | Relevance | BMP International, Inc. 2017 Annual Report |
| 17. | | | Xianbin "Ben" Meng | Relevance | BMP International, Inc. 2017 Amended Annual Report |
| 18. | | | Xianbin "Ben" Meng | Relevance | BMP International, Inc. 2018 Annual Report |
| 19. | | | Xianbin "Ben" Meng | Relevance | BMP International, Inc. 2019 Annual Report |
| 20. | | | Xianbin "Ben" Meng | Relevance | BMP International, Inc. 2020 Annual Report |
| 21. | | | Xianbin "Ben" Meng | Relevance | BMP International, Inc. 2021 Annual Report |
| 22. | | | Xianbin "Ben" Meng | Relevance | Sunbiz.org Detail report of BMP USA, Inc. |
| 23. | | | Xianbin "Ben" Meng | Relevance | BMP USA, Inc. 2013 Formation documents |
| 24. | | | Xianbin "Ben" Meng | Relevance | BMP USA, Inc. 2014 Annual Report |
| 25. | | | Xianbin "Ben" Meng | Relevance | BMP USA, Inc. 2015 Annual Report |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 26. | | | Xianbin "Ben" Meng | Relevance | BMP USA, Inc. 2015 Amendment |
| 27. | | | Xianbin "Ben" Meng | Relevance | BMP USA, Inc. 2016 Annual Report |
| 28. | | | Xianbin "Ben" Meng | Relevance | BMP USA, Inc. 2017 Annual Report |
| 29. | | | Xianbin "Ben" Meng | Relevance | BMP USA, Inc. 2018 Annual Report |
| 30. | | | Xianbin "Ben" Meng | Relevance | BMP USA, Inc. 2019 Annual Report |
| 31. | | | Xianbin "Ben" Meng | Relevance | BMP USA, Inc. 2020 Annual Report |
| 32. | | | Xianbin "Ben" Meng | Relevance | BMP USA, Inc. 2021 Annual Report |
| 33. | | | Xianbin "Ben" Meng | Relevance | Sunbiz.org Detail report of Cool Master U.S.A., L.L.C. |
| 34. | | | Xianbin "Ben" Meng | Relevance | Cool Master U.S.A., L.L.C. 2016 Formation documents |
| 35. | | | Xianbin "Ben" Meng | Relevance | Cool Master U.S.A., L.L.C. 2018 Reinstatement |
| 36. | | | Xianbin "Ben" Meng | Relevance | Cool Master U.S.A., L.L.C. 2019 Annual Report |
| 37. | | | Xianbin "Ben" Meng | Relevance | Cool Master U.S.A., L.L.C. 2020 Annual Report |
| 38. | | | Xianbin "Ben" Meng | Relevance | Cool Master U.S.A., L.L.C. 2021 Annual Report |
| 39. | | | Xianbin "Ben" Meng | Relevance | Sunbiz.org Detail report of 8105 Anderson LLC |
| 40. | | | Xianbin "Ben" Meng | Relevance | 8105 Anderson LLC 2017 Formation documents |
| 41. | | | Xianbin "Ben" Meng | Relevance | 8105 Anderson LLC 2018 Annual Report |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 42. | | | Xianbin "Ben" Meng | Relevance | 8105 Anderson LLC 2019 Annual Report |
| 43. | | | Xianbin "Ben" Meng | Relevance | 8105 Anderson LLC 2020 Annual Report |
| 44. | | | Xianbin "Ben" Meng | Relevance | 8105 Anderson LLC 2021 Annual Report |
| 45. | | | Xianbin "Ben" Meng | Relevance | Sunbiz.org Detail report of Organic Apple, LLC |
| 46. | | | Xianbin "Ben" Meng | Relevance | Organic Apple, LLC 2017 Formation documents |
| 47. | | | Xianbin "Ben" Meng | Relevance | Organic Apple, LLC 2018 Annual Report |
| 48. | | | Xianbin "Ben" Meng | Relevance | Organic Apple, LLC 2019 Annual Report |
| 49. | | | Xianbin "Ben" Meng | Relevance | Organic Apple, LLC 2020 Annual Report |
| 50. | | | Xianbin "Ben" Meng | Relevance | Organic Apple, LLC 2021 Annual Report |
| 51. | | | Xianbin "Ben" Meng | Relevance | Sunbiz.org Detail report of 7680 Paradise Point LLC |
| 52. | | | Xianbin "Ben" Meng | Relevance | 7680 Paradise Point LLC 2017 Formation documents |
| 53. | | | Xianbin "Ben" Meng | Relevance | 7680 Paradise Point LLC 2018 Annual Report |
| 54. | | | Xianbin "Ben" Meng | Relevance | 7680 Paradise Point LLC 2019 Annual Report |
| 55. | | | Xianbin "Ben" Meng | Relevance | 7680 Paradise Point LLC 2019 Change of Registered Agent |
| 56. | | | Xianbin "Ben" Meng | Relevance | 7680 Paradise Point LLC 2020 Annual Report |
| 57. | | | Xianbin "Ben" Meng | Relevance | 7680 Paradise Point LLC 2021 Annual Report |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 58. | | | Xianbin "Ben" Meng | Relevance | Sunbiz.org Detail report of MS Fund LLC |
| 59. | | | Xianbin "Ben" Meng | Relevance | MS Fund LLC 2018 Formation documents |
| 60. | | | Xianbin "Ben" Meng | Relevance | MS Fund LLC 2019 Annual Report |
| 61. | | | Xianbin "Ben" Meng | Relevance | MS Fund LLC 2020 Annual Report |
| 62. | | | Xianbin "Ben" Meng | Relevance | MS Fund LLC 2021 Annual Report |
| 63. | | | Xianbin "Ben" Meng | Relevance | Sunbiz.org Detail report of 8105 Anderson Road LLC |
| 64. | | | Xianbin "Ben" Meng | Relevance | 8105 Anderson Road LLC 2018 Formation documents |
| 65. | | | Xianbin "Ben" Meng | Relevance | Sunbiz.org Detail report of MasterJ LLC |
| 66. | | | Xianbin "Ben" Meng | Relevance | MasterJ LLC 2018 Formation documents |
| 67. | | | Xianbin "Ben" Meng | Relevance | Sunbiz.org Detail report of Golden G Imports LLC |
| 68. | | | Xianbin "Ben" Meng | Relevance | Golden G Imports LLC 2019 Formation documents |
| 69. | | | Xianbin "Ben" Meng | Relevance | Golden G Imports LLC 2021 Reinstatement |
| 70. | | | Xianbin "Ben" Meng | Relevance | Golden G Imports LLC 2021 Amended Annual Report |
| 71. | | | Xianbin "Ben" Meng | Relevance | Sunbiz.org Detail report of Cool Master Pro, LLC |
| 72. | | | Xianbin "Ben" Meng | Relevance | Cool Master Pro, LLC 2019 Formation documents |
| 73. | | | Xianbin "Ben" Meng | Relevance | Cool Master Pro, LLC 2020 Annual Report |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 74. | | | Xianbin "Ben" Meng | Relevance | Cool Master Pro, LLC 2021 Annual Report |
| 75. | | | Xianbin "Ben" Meng | Relevance | Sunbiz.org Detail report of Assured Comfort A/C, Inc. |
| 76. | | | Xianbin "Ben" Meng | Relevance | Assured Comfort A/C, Inc. 2002 Formation documents |
| 77. | | | Xianbin "Ben" Meng | Relevance | Assured Comfort A/C, Inc. 2003 Annual Report |
| 78. | | | Xianbin "Ben" Meng | Relevance | Assured Comfort A/C, Inc. 2004 Annual Report |
| 79. | | | Xianbin "Ben" Meng | Relevance | Assured Comfort A/C, Inc. 2005 Annual Report |
| 80. | | | Xianbin "Ben" Meng | Relevance | Assured Comfort A/C, Inc. 2006 Annual Report |
| 81. | | | Xianbin "Ben" Meng | Relevance | Assured Comfort A/C, Inc. 2007 Annual Report |
| 82. | | | Xianbin "Ben" Meng | Relevance | Assured Comfort A/C, Inc. 2008 Annual Report |
| 83. | | | Xianbin "Ben" Meng | Relevance | Assured Comfort A/C, Inc. 2009 Annual Report |
| 84. | | | Xianbin "Ben" Meng | Relevance | Assured Comfort A/C, Inc. 2010 Annual Report |
| 85. | | | Xianbin "Ben" Meng | Relevance | Assured Comfort A/C, Inc. 2011 Annual Report |
| 86. | | | Xianbin "Ben" Meng | Relevance | Assured Comfort A/C, Inc. 2012 Annual Report |
| 87. | | | Xianbin "Ben" Meng | Relevance | Assured Comfort A/C, Inc. 2012 Amendment |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 88. | | | Xianbin "Ben" Meng | Relevance | Assured Comfort A/C, Inc. 2013 Annual Report |
| 89. | | | Xianbin "Ben" Meng | Relevance | Assured Comfort A/C, Inc. 2014 Annual Report |
| 90. | | | Xianbin "Ben" Meng | Relevance | Assured Comfort A/C, Inc. 2015 Annual Report |
| 91. | | | Xianbin "Ben" Meng | Relevance | Assured Comfort A/C, Inc. 2016 Annual Report |
| 92. | | | Xianbin "Ben" Meng | Relevance | Assured Comfort A/C, Inc. July 2016 Amended Annual Report |
| 93. | | | Xianbin "Ben" Meng | Relevance | Assured Comfort A/C, Inc. November 2016 Amended Annual Report |
| 94. | | | Xianbin "Ben" Meng | Relevance | Assured Comfort A/C, Inc. December 2016 Amended Annual Report |
| 95. | | | Xianbin "Ben" Meng | Relevance | Assured Comfort A/C, Inc. 2017 Annual Report |
| 96. | | | Xianbin "Ben" Meng | Relevance | Assured Comfort A/C, Inc. March 3, 2017 Amended Annual Report |
| 97. | | | Xianbin "Ben" Meng | Relevance | Assured Comfort A/C, Inc. March 7, 2017 Amended Annual Report |
| 98. | | | Xianbin "Ben" Meng | Relevance | Assured Comfort A/C, Inc. April 2017 Amended Annual Report |
| 99. | | | Xianbin "Ben" Meng | Relevance | Assured Comfort A/C, Inc. 2018 Annual Report |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 100. | | | Xianbin "Ben" Meng | Relevance | Assured Comfort A/C, Inc. 2019 Annual Report |
| 101. | | | Xianbin "Ben" Meng | Relevance | Assured Comfort A/C, Inc. 2020 Annual Report |
| 102. | | | Xianbin "Ben" Meng | Relevance | Assured Comfort A/C, Inc. 2021 Annual Report |
| 103. | | | Xianbin "Ben" Meng | Relevance | Sunbiz.org Detail report of E.T.S. of Tampa Bay, Inc. |
| 104. | | | Xianbin "Ben" Meng | Relevance | E.T.S. of Tampa Bay, Inc. 2004 Formation documents |
| 105. | | | Xianbin "Ben" Meng | Relevance | E.T.S. of Tampa Bay, Inc. 2005 Annual Report |
| 106. | | | Xianbin "Ben" Meng | Relevance | E.T.S. of Tampa Bay, Inc. 2006 Annual Report |
| 107. | | | Xianbin "Ben" Meng | Relevance | E.T.S. of Tampa Bay, Inc. 2007 Annual Report |
| 108. | | | Xianbin "Ben" Meng | Relevance | E.T.S. of Tampa Bay, Inc. 2008 Annual Report |
| 109. | | | Xianbin "Ben" Meng | Relevance | Sunbiz.org Detail report of U.S. Ladder, Inc. |
| 110. | | | Xianbin "Ben" Meng | Relevance | U.S. Ladder, Inc. 2007 Formation documents |
| 111. | | | Xianbin "Ben" Meng | Relevance | U.S. Ladder, Inc. 2008 Annual Report |
| 112. | | | Xianbin "Ben" Meng | Relevance | Sunbiz.org Detail report of AC Tampa Bay, Inc. |
| 113. | | | Xianbin "Ben" Meng | Relevance | AC Tampa Bay, Inc. 2008 Formation documents |
| 114. | | | Xianbin "Ben" Meng | Relevance | AC Tampa Bay, Inc. 2009 Annual Report |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 115. | | | Xianbin "Ben" Meng | Relevance | AC Tampa Bay, Inc. 2010 Annual Report |
| 116. | | | Xianbin "Ben" Meng | Relevance | AC Tampa Bay, Inc. 2010 Amendment |
| 117. | | | Xianbin "Ben" Meng | Relevance | AC Tampa Bay, Inc. 2011 Registered Agent Change |
| 118. | | | Xianbin "Ben" Meng | Relevance | AC Tampa Bay, Inc. 2011 Annual Report |
| 119. | | | Xianbin "Ben" Meng | Relevance | AC Tampa Bay, Inc. 2012 Annual Report |
| 120. | | | Xianbin "Ben" Meng | Relevance | AC Tampa Bay, Inc. 2013 Annual Report |
| 121. | | | Xianbin "Ben" Meng | Relevance | AC Tampa Bay, Inc. 2014 Annual Report |
| 122. | | | Xianbin "Ben" Meng | Relevance | AC Tampa Bay, Inc. 2015 Annual Report |
| 123. | | | Xianbin "Ben" Meng | Relevance | AC Tampa Bay, Inc. 2015 Amendment |
| 124. | | | Xianbin "Ben" Meng | Relevance | AC Tampa Bay, Inc. 2016 Annual Report |
| 125. | | | Xianbin "Ben" Meng | Relevance | AC Tampa Bay, Inc. 2017 Annual Report |
| 126. | | | Xianbin "Ben" Meng | Relevance | AC Tampa Bay, Inc. 2017 Amended Annual Report |
| 127. | | | Xianbin "Ben" Meng | Relevance | AC Tampa Bay, Inc. 2018 Annual Report |
| 128. | | | Xianbin "Ben" Meng | Relevance | AC Tampa Bay, Inc. 2019 Annual Report |
| 129. | | | Xianbin "Ben" Meng | Relevance | AC Tampa Bay, Inc. 2020 Annual Report |
| 130. | | | Xianbin "Ben" Meng | Relevance | AC Tampa Bay, Inc. 2021 Annual Report |
| 131. | | | Xianbin "Ben" Meng | Relevance | Sunbiz.org Detail report of U.S. Metal of Tampa, Inc. |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 132. | | | Xianbin "Ben" Meng | Relevance | U.S. Metal of Tampa, Inc. 2012 Formation documents |
| 133. | | | Xianbin "Ben" Meng | Relevance | Sunbiz.org Detail report of L.M. Supply, Inc. |
| 134. | | | Xianbin "Ben" Meng | Relevance | L.M. Supply, Inc. 2014 Formation documents |
| 135. | | | Xianbin "Ben" Meng | Relevance | L.M. Supply, Inc. 2015 Registered Agent Change |
| 136. | | | Xianbin "Ben" Meng | Relevance | L.M. Supply, Inc. 2016 Reinstatement |
| 137. | | | Xianbin "Ben" Meng | Relevance | L.M. Supply, Inc. 2016 Amended Annual Report |
| 138. | | | Xianbin "Ben" Meng | Relevance | L.M. Supply, Inc. 2017 Annual Report |
| 139. | | | Xianbin "Ben" Meng | Relevance | L.M. Supply, Inc. 2018 Annual Report |
| 140. | | | Xianbin "Ben" Meng | Relevance | L.M. Supply, Inc. 2019 Annual Report |
| 141. | | | Xianbin "Ben" Meng | Relevance | L.M. Supply, Inc. 2021 Reinstatement |
| 142. | | | Xianbin "Ben" Meng | Relevance | Sunbiz.org Detail report of BMP Refrigerants Inc. |
| 143. | | | Xianbin "Ben" Meng | Relevance | BMP Refrigerants Inc. 2017 Formation documents |
| 144. | | | Xianbin "Ben" Meng | Relevance | BMP Refrigerants Inc. 2019 Annual Report |
| 145. | | | Xianbin "Ben" Meng | Relevance | Sunbiz.org Detail report of IGAS USA, Inc. |
| 146. | | | Xianbin "Ben" Meng | Relevance | IGAS USA, Inc. 2018 Formation documents |
| 147. | | | Xianbin "Ben" Meng | Relevance | IGAS USA, Inc. 2018 Amendment |
| 148. | | | Xianbin "Ben" Meng | Relevance | IGAS USA, Inc. 2019 Reinstatement |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 149. | | | Xianbin "Ben" Meng | Relevance | IGAS USA, Inc. 2020 Annual Report |
| 150. | | | Xianbin "Ben" Meng | Relevance | IGAS USA, Inc. 2021 Annual Report |
| 151. | | | Xianbin "Ben" Meng | Relevance | Sunbiz.org Detail report of IGAS Inc |
| 152. | | | Xianbin "Ben" Meng | Relevance | IGAS Inc 2018 Formation documents |
| 153. | | | Xianbin "Ben" Meng | Relevance | IGAS Inc 2019 Annual Report |
| 154. | | | Xianbin "Ben" Meng | Relevance | IGAS Inc 2020 Annual Report |
| 155. | | | Xianbin "Ben" Meng | Relevance | IGAS Inc 2021 Annual Report |
| 156. | | | Xianbin "Ben" Meng | Relevance | Sunbiz.org Detail report of Scales N Stuff Inc |
| 157. | | | Xianbin "Ben" Meng | Relevance | Scales N Stuff Inc 2020 Formation documents |
| 158. | | | Xianbin "Ben" Meng | Relevance | Scales N Stuff Inc 2021 Annual Report |
| 159. | | | Xianbin "Ben" Meng | Relevance | Scales N Stuff Inc 2021 Amended Annual Report |
| 160. | | | Xianbin "Ben" Meng | Relevance | Sunbiz.org Detail report of IGAS Holdings, Inc. |
| 161. | | | Xianbin "Ben" Meng | Relevance | IGAS Holdings, Inc. 2021 Formation documents |
| 162. | | 8/9/2022 | Xianbin "Ben" Meng; Wendy Wang; Sue Sutherland | | BMP Spreadsheet (BMPINT008362-008375) |
| 163. | | 8/29/2022 | Xianbin "Ben" Meng; Wendy Wang; Sue Sutherland | | BMP Spreadsheet 2012-2013 (BMPINT009498) |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 164. | | 8/29/2022 | Xianbin "Ben" Meng; Wendy Wang; Sue Sutherland | | BMP Spreadsheet 2014 (BMPINT009499) |
| 165. | | 8/29/2022 | Xianbin "Ben" Meng; Wendy Wang; Sue Sutherland | | BMP Spreadsheet 2015 (BMPINT009500) |
| 166. | | 8/29/2022 | Xianbin "Ben" Meng; Wendy Wang; Sue Sutherland | | BMP Spreadsheet 2016 (BMPINT009503) |
| 167. | | 8/29/2022 | Xianbin "Ben" Meng; Wendy Wang; Sue Sutherland | | BMP Spreadsheet 2017 (BMPINT009506) |
| 168. | | 8/29/2022 | Xianbin "Ben" Meng; Wendy Wang; Sue Sutherland | | BMP Spreadsheet 2018 (BMPINT009510) |
| 169. | | 8/29/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang | | August 30, 2016 Email from Yana to Ben Meng et al regarding payment details for the year of 2015 and 2016 (TTI 0021076) |
| 170. | | 8/29/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang | | Excel spreadsheet attached to TTI0021076 titled "2015BMP.xls" |
| 170(A). | | 8/29/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang | | Translation of Ex. 170 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 171. | | 8/29/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang | | Excel spreadsheet attached to TTI0021076 titled "2016BMP.xls" |
| 171(A). | | 8/29/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang | | Translation of Ex. 171 |
| 172. | | 8/29/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang | | September 18, 2016 Email from Ruby Zhang to Ben Meng et al regarding payment details by end of August 2016 (TTI 0028447) |
| 172(A). | | 8/29/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang | | Translation of Ex. 172 |
| 173. | | 8/29/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang | | Excel spreadsheet attached to TTI0028447 titled "2016BMP.xls" |
| 173(A). | | 8/29/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang | | Translation of Ex. 173 |
| 174. | | 8/29/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang | | October 24, 2016 Email from Ruby Zhang to Ben Meng et al regarding payment details by end of September 2016 (TTI 0024867) |
| 174(A). | | 8/29/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang | | Translation of Ex. 174 |
| 175. | | 8/29/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang | | Excel spreadsheet attached to TTI0024867 titled "2016BMP.xls" |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 175(A). | | 8/29/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang | | Translation of Ex. 175 |
| 176. | | 8/29/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang | | December 20, 2016 Ruby Zhang email to Ben Meng et al regarding payment details by end of November 2016 (TTI 0024865) |
| 176(A). | | 8/29/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang | | Translation of Ex. 176 |
| 177. | | 8/29/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang | | Excel spreadsheet attached to TTI0024865 titled "2016BMP.xls" |
| 177(A). | | 8/29/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang | | Translation of Ex. 177 |
| 178. | | 8/29/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang | | January 23, 2017 Email from Ruby Zhang to Ben Meng et al regarding payment details by end of December 2016 (TTI 0024861) |
| 178(A). | | 8/29/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang | | Translation of Ex. 178 |
| 179. | | 8/29/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang | | Excel spreadsheet attached to TTI024861 titled "2016BMP.xls" |
| 179(A). | | 8/29/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang | | Translation of Ex. 179 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 180. | | 8/29/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang | | April 24, 2017 Email from Ruby Zhang to Ben Meng et al regarding payment details by end of March 2017 (TTI0024876) |
| 180(A). | | 8/29/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang | | Translation of Ex. 180 |
| 181. | | 8/29/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang | | Excel spreadsheet attached to TTI0024876 titled "BMP2017.3.xls" |
| 181(A). | | 8/29/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang | | Translation of Ex. 181 |
| 182. | | 8/29/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang | | May 12, 2017 Email from Ruby Zhang to Ben Meng regarding payment details by end of April 2017 (TTI 0024872) |
| 182(A). | | 8/29/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang | | Translation of Ex. 182 |
| 183. | | 8/29/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang | | Excel spreadsheet attached to TTI0024872 titled "2017BMP.xls" |
| 183(A). | | 8/29/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang | | Translation of Ex. 183 |
| 184. | | 8/29/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang | | June 20, 2017 Email from Ruby Zhang to Ben Meng et al regarding payment details by end of May 2017 (TTI 0024863) |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 184(A). | | 8/29/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang | | Translation of Ex. 184 |
| 185. | | 8/29/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang | | Excel spreadsheet attached to TTI0024863 titled "2017BMP.xls" |
| 185(A). | | 8/29/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang | | Translation of Ex. 185 |
| 186. | | 8/29/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang | | July 21, 2017 Email from Ruby Zhang to Ben Meng et al regarding payment details by end of June 2017 (TTI 0024874) |
| 186(A). | | 8/29/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang | | Translation of Ex. 186 |
| 187. | | 8/29/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang | | Excel spreadsheet attached to TTI0024874 titled "2017BMP.xls" |
| 187(A). | | 8/29/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang | | Translation of Ex. 187 |
| 188. | | 8/29/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Wendy Wang; Sue Sutherland | | Spreadsheet listing alleged payments (BMPINT009717-009748) |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 189. | | 8/30/2022 | Xianbin "Ben" Meng | Relevance | January 8, 2018 Husch Blackwell letter to U.S. Customs and Border Protection regarding Request for Information of LM Supply, Inc. (TTI 0007494-0007497) |
| 190. | | 8/29/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Wendy Wang; Sue Sutherland | | January 9, 2018 Email thread from Ben Meng to Tianli Zhang regarding GT valuation (TTI0034681-0034686) |
| 191. | | 8/29/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Wendy Wang; Sue Sutherland | Relevance | Spreadsheet of 2018 Projected Sales (TTI0034687) |
| 192. | | 8/29/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Wendy Wang; Sue Sutherland | Relevance | Spreadsheet of 2019 Projected Sales (TTI0034688) |
| 193. | | 8/29/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Wendy Wang; Sue Sutherland | Relevance | Spreadsheet of 2020 Projected Sales (TTI0034689) |
| 194. | | | Stanley A. Murphy; Tianli Zhang; Ruby Zhang | Hearsay; cumulative | Expert Report of Stanley A. Murphy dated August 7, 2020, including all attachments |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 195. | | | Stanley A. Murphy; Tianli Zhang; Ruby Zhang | Hearsay; cumulative | Supplemental Expert Report of Stanley A. Murphy dated May 3, 2021, including all attachments |
| 196. | | | Stanley A. Murphy; Tianli Zhang; Ruby Zhang | Hearsay; cumulative | Second Supplemental Expert Report of Stanley A. Murphy dated June 28, 2021, including all attachments |
| 197. | | | Anthony S. Phillips | Hearsay; cumulative | Expert Report of Anthony S. Phillips, including all attachments |
| 198. | | | Anthony S. Phillips | Hearsay; cumulative | July 2, 2021 email from Anthony S. Phillips to J. Picone et al titled "BMP-Documents from Deposition" |
| 199. | | | Anthony S. Phillips | Hearsay; cumulative | PDF titled "Calculations using 3% markup" prepared by A. Phillips and attached to July 2 email |
| 200. | | | Anthony S. Phillips | Hearsay; cumulative | PDF titled "Payment Comparison Using 3% markup" prepared by A. Phillips and attached to July 2 email |
| 201. | | | Anthony S. Phillips | Hearsay; cumulative | PDF titled "Calculation of Unpaid Invoices" prepared by A. Phillips and attached to July 2 email |
| 202. | | | Anthony S. Phillips | Hearsay; cumulative | PDF titled "TT International v. BMP, et al Report – with pages updated from depo" prepared by A. Phillips and attached to July 2 email |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 203. | | *8/30* | Xianbin "Ben" Meng; Wendy Wang; Sue Sutherland | Relevance | iGas, USA "Net Book Values as of 6-1-2020" (BMPINT010888) |
| 204. | | | Xianbin "Ben" Meng; Wendy Wang; Sue Sutherland | Foundation; Relevance | BMP USA, Inc. Transaction Journal (BMPINT010886) |
| 205. | | | Xianbin "Ben" Meng; Wendy Wang; Sue Sutherland | Foundation; Relevance | BMP USA Debit and Credit Entries for equipment transferred from BMP USA to iGas (BMPINT010887) |
| 206. | | | Xianbin "Ben" Meng; Wendy Wang; Sue Sutherland | Foundation; Relevance | BMP USA, Inc. General Journal Transaction – June 1, 2020 (BMPINT010885) |
| 207. | | | Xianbin "Ben" Meng; Wendy Wang; Sue Sutherland | Foundation; Relevance | BMP USA, Inc. Transaction Journal (BMP INT010889) |
| 208. | | | Xianbin "Ben" Meng; Wendy Wang; Sue Sutherland | Foundation; Relevance | BMP USA, Transaction Journal dated October 20, 2021 (BMPINT010890) |
| 209. | | *8/30* | Tianli Zhang; Xianbin "Ben" Meng | Authenticity; Foundation; Relevance | Composite of photographs of Defendants' equipment and introduced as Ex. 3 to Ben Meng's deposition |
| 210. | | | Sue Sutherland | Relevance | Declaration of Sue Sutherland dated October 11, 2021 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 211. | | | Sue Sutherland | Relevance | Supplemental Declaration of Sue Sutherland dated October 20, 2021 |
| 212. | | 8/29/2022 | Xianbin "Ben" Meng | | Declaration of Xianbin "Ben" Meng dated June 28, 2021 |
| 213. | | 8/29/2022 | Xianbin "Ben" Meng | | Declaration of Xianbin "Ben" Meng dated August 5, 2021 |
| 214. | | | Tianli Zhang; Ben Meng | Relevance | PDF of BMP USA, Inc.'s website landing page as of July 16, 2021 |
| 215. | | 8/29/2022 | Robin Puskar | | Declaration of Robin Puskar dated November 18, 2020, including its exhibits (Dkt. 99-8) |
| 216. | | 8/29/2022 | Robin Puskar; Xianbin "Ben" Meng | | ACB Global Brokerage Acknowledgement of Terms and Conditions between ACB and BMP International, Inc. (ACB007841) |
| 217. | | 8/29/2022 | Robin Puskar; Xianbin "Ben" Meng | | ACB Global Brokerage Acknowledgement of Terms and Conditions between ACB and BMP USA, Inc. (ACBPOA00002) |
| 218. | | 8/29/2022 | Robin Puskar; Xianbin "Ben" Meng | | ACB Global Brokerage Acknowledgement of Terms and Conditions between ACB and iGas USA, Inc. (ACBPOA00001) |
| 219. | | 8/29/2022 | Robin Puskar | | Supplemental Declaration of Robin Puskar dated August 27, 2021 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 220. | | | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Wendy Wang; Sue Sutherland; | Relevance | Invoice TT13600-1 (BMPINT002630) |
| 221. | | | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Wendy Wang; Sue Sutherland; | Relevance | March 5, 2014 wire receipt from Meng to T.T. in the amount of $61,200 |
| 222. | | | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Wendy Wang; Sue Sutherland; | Relevance | Invoice TT14446 (BMPINT002771) |
| 223. | | | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Wendy Wang; Sue Sutherland; | Relevance | August 22, 2014 wire receipt from Meng to T.T. in the amount of $59,680 |
| 224. | | | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Wendy Wang; Sue Sutherland; | Relevance | Invoice TT14475 (BMPINT002712) |
| 225. | | | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Wendy Wang; Sue Sutherland; | Relevance | September 16, 2014 wire receipts from Meng to T.T. in the amount of $119,350, $59,200, and $41,776 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 226. | | | Xianbin "Ben" Meng; Tianli Zhang; | | Handwritten Notes (BMPINT000001-000002) |
| 227. | | 8/29/2022 | Xianbin "Ben" Meng | | BMP International, Inc.'s Answers to Plaintiff's First Set of Interrogatories |
| 228. | | 8/29/2022 | Xianbin "Ben" Meng | | BMP USA, Inc.'s Answers to Plaintiff's First Set of Interrogatories |
| 229. | | 8/29/2022 | Xianbin "Ben" Meng | | BMP International, Inc.'s Answers to Plaintiff's Second Set of Interrogatories |
| 230. | | 8/29/2022 | Xianbin "Ben" Meng | | BMP USA, Inc.'s Answers to Plaintiff's Second Set of Interrogatories |
| 231. | | 8/30/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Stan Murphy | Relevance; hearsay; not a business record | T.T.'s itemized account for Defendants attached as Composite Exhibit D to the Complaint |
| 231(A). | | 8/30/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Stan Murphy | Relevance; hearsay; not a business record | Translation of Ex. 231 |
| 232. | | | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Stan Murphy | Relevance; hearsay; not a business record | T.T.'s itemized account for iGas USA attached as Exhibit E to the Complaint |
| 232(A). | | | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Stan Murphy | Relevance; hearsay; not a business record | Translation of Ex. 232 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 233. | | | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Stan Murphy | Relevance; hearsay; not a business record | T.T.'s itemized account for Defendants for 2012 (TT-EXP-08024) |
| 233(A). | | | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Stan Murphy | Relevance; hearsay; not a business record | Translation of Ex. 233 |
| 234. | | 8/30/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Stan Murphy | Relevance; hearsay; not a business record | T.T.'s income and profit statement for 2012 (TT-EXP-08025-26) |
| 234(A). | | 8/30/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Stan Murphy | Relevance; hearsay; not a business record | Translation of Ex. 234 |
| 235. | | 8/30/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Stan Murphy | Relevance; hearsay; not a business record | T.T.'s 2012 customer sales revenue statement (TT-EXP-08027-29) |
| 235(A). | | 8/30/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Stan Murphy | Relevance; hearsay; not a business record | Translation of Ex. 235 |
| 236. | | | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Stan Murphy | Relevance; hearsay; not a business record | T.T.'s itemized account for Defendants for 2013 (TT-EXP-08030-31) |
| 236(A). | | | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Stan Murphy | Relevance; hearsay; not a business record | Translation of Ex. 236 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 237. | | 8/30 2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Stan Murphy | Relevance; hearsay; not a business record | T.T.'s income and profit statement for 2013 (TT-EXP-08032-33) |
| 237(A). | | 8/30 2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Stan Murphy | Relevance; hearsay; not a business record | Translation of Ex. 237 |
| 238. | | 8/30 2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Stan Murphy | Relevance; hearsay; not a business record | T.T.'s 2013 customer sales revenue statement (TT-EXP-08034-36) |
| 238(A). | | 8/30 2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Stan Murphy | Relevance; hearsay; not a business record | Translation of Ex. 238 |
| 239. | | | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Stan Murphy | Relevance; hearsay; not a business record | T.T.'s itemized account for Defendants for 2014 (TT-EXP-08037-41) |
| 239(A). | | | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Stan Murphy | Relevance; hearsay; not a business record | Translation of Ex. 239 |
| 240. | | 8/30 2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Stan Murphy | Relevance; hearsay; not a business record | T.T.'s income and profit statement for 2014 (TT-EXP-08042-43) |
| 240(A). | | 8/30 2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Stan Murphy | Relevance; hearsay; not a business record | Translation of Ex. 240 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 241. | | 8/30/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Stan Murphy | Relevance; hearsay; not a business record | T.T.'s 2014 customer sales revenue statement (TT-EXP-08044-46) |
| 241(A). | | 8/30/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Stan Murphy | Relevance; hearsay; not a business record | Translation of Ex. 241 |
| 242. | | | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Stan Murphy | Relevance; hearsay; not a business record | T.T.'s itemized account for Defendants for 2015 (TT-EXP-08047-54) |
| 242(A). | | | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Stan Murphy | Relevance; hearsay; not a business record | Translation of Ex. 242 |
| 243. | | 8/30/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Stan Murphy | Relevance; hearsay; not a business record | T.T.'s income and profit statement for 2015 (TT-EXP-08055-56) |
| 243(A). | | 8/30/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Stan Murphy | Relevance; hearsay; not a business record | Translation of Ex. 243 |
| 244. | | 8/30/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Stan Murphy | Relevance; hearsay; not a business record | T.T.'s 2015 customer sales revenue statement (TT-EXP-08057-60) |
| 244(A). | | 8/30/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Stan Murphy | Relevance; hearsay; not a business record | Translation of Ex. 244 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 245. | | | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Stan Murphy | Relevance; hearsay; not a business record | T.T.'s itemized account for Defendants for 2016 (TT-EXP-08061-71) |
| 245(A). | | | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Stan Murphy | Relevance; hearsay; not a business record | Translation of Ex. 245 |
| 246. | | 8/30/22 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Stan Murphy | Relevance; hearsay; not a business record | T.T.'s income and profit statement for 2016 (TT-EXP-08072-73) |
| 246(A). | | 8/30/22 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Stan Murphy | Relevance; hearsay; not a business record | Translation of Ex. 246 |
| 247. | | 8/30/22 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Stan Murphy | Relevance; hearsay; not a business record | T.T.'s 2016 customer sales revenue statement (TT-EXP-08074-76) |
| 247(A). | | 8/30/22 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Stan Murphy | Relevance; hearsay; not a business record | Translation of Ex. 247 |
| 248. | | | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Stan Murphy | Relevance; hearsay; not a business record | T.T.'s itemized account for Defendants for 2017 (TT-EXP-08077-92) |
| 248(A). | | | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Stan Murphy | Relevance; hearsay; not a business record | Translation of Ex. 248 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 249. | | 8/30/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Stan Murphy | Relevance; hearsay; not a business record | T.T.'s income and profit statement for 2017 (TT-EXP-08093-94) |
| 249(A). | | 8/30/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Stan Murphy | Relevance; hearsay; not a business record | Translation of Ex. 249 |
| 250. | | 8/30/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Stan Murphy | Relevance; hearsay; not a business record | T.T.'s 2017 customer sales revenue statement (TT-EXP-08095-97) |
| 250(A). | | 8/30/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Stan Murphy | Relevance; hearsay; not a business record | Translation of Ex. 250 |
| 251. | | | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Stan Murphy | Relevance; hearsay; not a business record | T.T.'s itemized account for Defendants for 2018 (TT-EXP-08098-101) |
| 251(A). | | | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Stan Murphy | Relevance; hearsay; not a business record | Translation of Ex. 251 |
| 252. | | 8/30/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Stan Murphy | Relevance; hearsay; not a business record | T.T.'s income and profit statement for 2018 (TT-EXP-08102-103) |
| 252(A). | | 8/30/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Stan Murphy | Relevance; hearsay; not a business record | Translation of Ex. 252 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 253. | | 8/30/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Stan Murphy | Relevance; hearsay; not a business record | T.T.'s 2018 customer sales revenue statement (TT-EXP-08104-08117) |
| 254. | | | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Stan Murphy | Relevance; hearsay; not a business record | 2021-04-28 TTI Customer Identification/xlsx (TT-EXP-08118-120) |
| 255. | | | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; Stan Murphy | Relevance; hearsay; not a business record | CI-PI Comparison Redacted (TT-EXP-08264-87) |
| 256. | | 8/29/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; | | Excel file from flash drive sent to Meng from Yana in the Spring of 2018 as represented in Defendants MSJ (1 of 6) (BMPINT999115) |
| 256(A). | | 8/29/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; | | Translation of Ex. 256 |
| 257. | | 8/29/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; | | Excel file from flash drive sent to Meng from Yana in the Spring of 2018 as represented in Defendants MSJ (2 of 6) (BMPINT999116) |
| 257(A). | | 8/29/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; | | Translation of Ex. 257 |
| 258. | | 8/29/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; | | Excel file from flash drive sent to Meng from Yana in the Spring of 2018 as represented in Defendants MSJ (3 of 6) (BMPINT999117) |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 258(A). | | | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; | | Translation of Ex. 258 |
| 259. | | | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; | | Excel file from flash drive sent to Meng from Yana in the Spring of 2018 as represented in Defendants MSJ (4 of 6) (BMPINT999118) |
| 259(A). | | | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; | | Translation of Ex. 259 |
| 260. | | | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; | | Excel file from flash drive sent to Meng from Yana in the Spring of 2018 as represented in Defendants MSJ (5 of 6) (BMPINT999119) |
| 260(A). | | | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; | | Translation of Ex. 260 |
| 261. | | | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; | | Excel file from flash drive sent to Meng from Yana in the Spring of 2018 as represented in Defendants MSJ (6 of 6) (BMPINT999120) |
| 261(A). | | | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; | | Translation of Ex. 261 |
| 262. | | | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; | | 5/9/18 Email from B. Meng to tongtai, cc Yana re rebate (with attachment) (TTI0026723) |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 263. | | 8/29/2022 | Xianbin "Ben" Meng; Tianli Zhang; Ruby Zhang; | | 4/4/2018 BMP USA, Inc. Credit Memo No. 32570 (TTI0026724) |
| 264. | | 8/29/2022 | | | 1/10/2018 Email from B. Meng to T. Zhang re FW: Response to Request for Information covering Entry 9P7-0001058-6 TTI0007492-93 |
| 265. | | 8/29/2022 | | Authenticity; Hearsay; Foundation | Composite: 7501 BMPINT_ Binder1 |
| 266. | | 8/29/2022 | | Authenticity; Hearsay; Foundation | Composite: 7501 BMPUSA_ Binder1 |
| 267. | | 8/29/2022 | | Authenticity; Hearsay; Foundation | Composite: 7501 Coolmaster_ Binder1 |
| 268. | | 8/29/2022 | | Authenticity; Hearsay; Foundation | Composite: 7501 L&M_ Binder1 |
| 269. | | 8/29/2022 | | Authenticity; Hearsay; Foundation | Composite: 7501 R Lines_ Binder1 |
| 270. | | 8/29/2022 | | Authenticity; Hearsay; Foundation | Composite Commercial Invoice BMPINT_ Binder1 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 271. | | 8/29/2022 | Agreed | Authenticity; Hearsay; Foundation | Composite: Commercial Invoice BMPUSA_ Binder1 |
| 272. | | 8/29/2022 | Agreed | Authenticity; Hearsay; Foundation | Composite: Commercial Invoice Coolmaster_ Binder1 |
| 273. | | 8/29/2022 | Agreed | Authenticity; Hearsay; Foundation | Composite: Commercial Invoice L&M_ Binder1 |
| 274. | | 8/29/2022 | Agreed | Authenticity; Hearsay; Foundation | Composite: Commercial Invoice R Lines_ Binder1 |
| 275. | | | | Authenticity; Hearsay; Foundation | Composite: Factory Invoice BMPINT_ Binder1 |
| 276. | | | | Authenticity; Hearsay; Foundation | Composite: Factory Invoice BMPUSA_ Binder1 |
| 277. | | | | Authenticity; Hearsay; Foundation | Composite: Factory Invoice Coolmaster_ Binder1 |
| 278. | | | | Authenticity; Hearsay; Foundation | Composite: Factory Invoice L&M_ Binder1 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 279. | | | | Authenticity ; Hearsay; Foundation | Composite: Factory Invoice R Lines_ Binder1 |
| 280. | | 8/29/2022 | Agreed | Authenticity ; Hearsay; Foundation | Composite: Proforma Invoice BMPINT_ Binder1 |
| 281. | | 8/29/2022 | Agreed | Authenticity ; Hearsay; Foundation | Composite: Proforma Invoice BMPUSA_ Binder1 |
| 282. | | 8/29/2022 | Agreed | Authenticity ; Hearsay; Foundation | Composite: Proforma Invoice Coolmaster_ Binder1 |
| 283. | | 8/29/2022 | Agreed | Authenticity ; Hearsay; Foundation | Composite: Proforma Invoice L&M_ Binder1 |
| 284. | | 8/29/2022 | Agreed | Authenticity ; Hearsay; Foundation | Composite: Proforma Invoice R Lines_ Binder1 |
| 285. | | 8/29/2022 | Agreed | | 2/9/2018 Email from W. Wang to Yana re POs with attachments |
| 286. | | 8/29/2022 | Tianli Zhang | Authenticity ; Hearsay; Foundation | Composite: Purchase Orders |
| 287. | | 8/29/2022 | Agreed | Authenticity ; Hearsay; Foundation | Composite: Photos of TT Int'l tanks |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 288. | | 8/29/2022 8/29 | Agreed | | 10/30/2018 Credit Note No. TTI8679 |
| 289. | | 8/29/2022 8/29 | Agreed | | Warehouse Photos |
| 290. | | 8/29/2022 8/29 | Agreed | | CBP Form 7501 |
| 291. | | | | Authenticity; Hearsay; Foundation | Certificate of Shayna Himelfarb, Transperfect, certifying true and accurate translations Chinese / English (Notarized) |
| 292. | | | | | Any exhibits identified on either of the Defendants' Exhibit List subject to Plaintiff's objections. |
| 501. | | 8/29/2020 8/29 | | | Summary of Composite CI BMPINT Binder (Summary of Pltf. 270) |
| 502. | | 8/29/2022 8/29 | | | Summary of Composite CI BMPUSA Binder (Summary of Pltf. Ex. 271) |
| 503. | | 8/30/2022 | | | Summary of Composite CI Coolmaster Binder (Summary of Pltf. Ex. 272) |
| 504./20 | | 8/30/2022 8/29* Adm. as "20" | | | Summary of Composite CI L&M Binder (Summary of Pltf. Ex.273) |