U.S. District Court
Middle District of Florida

**PLAINTIFF'S EXHIBIT**

Exhibit Number: 0187(A)

Case Number: 8:19-cv 02044

T.T. International Co., Ltd.
v.
BMP International Inc, et al.

Date Identified:

Date Admitted:

Current Account Statement

| Account Item | Accounting Currency | Date | Voucher No. | Summary | Debtor amount in standard currency | Creditor amount in standard currency | Balance direction | Balance in standard currency |
|---|---|---|---|---|---|---|---|---|
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 01, 2017 | | Carried forward from last year | - | - | Debt | 40,787,051.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 04, 2017 | Record - 9 | Collection, BMP | - | 100,000.00 | Debt | 40,687,051.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 05, 2017 | Record - 10 | Collection, BMP | - | 630,000.00 | Debt | 40,057,051.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 06, 2017 | Record - 13 | Collection, BMP | - | 360,000.00 | Debt | 39,697,051.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 07, 2017 | Record - 17 | Collection, BMP | - | 120,000.00 | Debt | 39,577,051.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 10, 2017 | Record - 24 | Collection, BMP | - | 240,000.00 | Debt | 39,337,051.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 11, 2017 | Record - 26 | Collection, BMP | - | 510,000.00 | Debt | 38,827,051.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 12, 2017 | Record - 30 | Collection, BMP | - | 750,000.00 | Debt | 38,077,051.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 18, 2017 | Record - 41 | Collection, BMP | - | 720,000.00 | Debt | 37,357,051.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 19, 2017 | Record - 44 | Collection, BMP | - | 320,000.00 | Debt | 37,037,051.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 20, 2017 | Record - 48 | Collection, BMP | - | 110,000.00 | Debt | 36,927,051.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 21, 2017 | Record - 49 | Collection, BMP | - | 600,000.00 | Debt | 36,327,051.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 25, 2017 | Record - 57 | Collection, BMP | - | 720,000.00 | Debt | 35,607,051.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 26, 2017 | Record - 60 | Collection, BMP | - | 350,000.00 | Debt | 35,257,051.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 26, 2017 | Record - 85 | Sales, T16897-1 | 65,600.00 | - | Debt | 35,322,651.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 26, 2017 | Record - 86 | Sales, T16898 | 328,000.00 | - | Debt | 35,650,651.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 26, 2017 | Record - 87 | Sales, T16900 | 194,400.00 | - | Debt | 35,845,051.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 26, 2017 | Record - 88 | Sales, T16900-1 | 64,800.00 | - | Debt | 35,909,851.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 26, 2017 | Record - 94 | Sales, T16913-2 | 70,350.00 | - | Debt | 35,980,201.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 26, 2017 | Record - 99 | Sales, T16932 | 125,280.00 | - | Debt | 36,105,481.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 26, 2017 | Record - 100 | Sales, T16935 | 154,800.00 | - | Debt | 36,260,281.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 26, 2017 | Record - 101 | Sales, T16936 | 129,600.00 | - | Debt | 36,389,881.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 26, 2017 | Record - 123 | Sales, T17019 | 234,360.00 | - | Debt | 36,624,241.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 26, 2017 | Record - 124 | Sales, T17020 | 312,480.00 | - | Debt | 36,936,721.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 26, 2017 | Record - 133 | Sales, T17039 | 393,600.00 | - | Debt | 37,330,321.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 26, 2017 | Record - 134 | Sales, T17040 | 393,600.00 | - | Debt | 37,723,921.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 26, 2017 | Record - 135 | Sales, T17047 | 312,000.00 | - | Debt | 38,035,921.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 26, 2017 | Record - 136 | Sales, T17048 | 312,000.00 | - | Debt | 38,347,921.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 26, 2017 | Record - 137 | Sales, T17049 | 129,600.00 | - | Debt | 38,477,521.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 26, 2017 | Record - 141 | Sales, T17054 | 104,000.00 | - | Debt | 38,581,521.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 26, 2017 | Record - 142 | Sales, T17055 | 262,400.00 | - | Debt | 38,843,921.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 26, 2017 | Record - 143 | Sales, T17056 | 125,280.00 | - | Debt | 38,969,201.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 26, 2017 | Record - 144 | Sales, T17057 | 187,920.00 | - | Debt | 39,157,121.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 26, 2017 | Record - 146 | Sales, T17060-1 | 70,350.00 | - | Debt | 39,227,471.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 26, 2017 | Record - 147 | Sales, T17060-2 | 70,350.00 | - | Debt | 39,297,821.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 26, 2017 | Record - 148 | Sales, T17061-1 | 31,080.00 | - | Debt | 39,328,901.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 26, 2017 | Record - 149 | Sales, T17061-2 | 62,160.00 | - | Debt | 39,391,061.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 26, 2017 | Record - 155 | Sales, T17067 | 232,200.00 | - | Debt | 39,623,261.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 26, 2017 | Record - 156 | Sales, T17068 | 194,400.00 | - | Debt | 39,817,661.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 26, 2017 | Record - 166 | Sales, T17081 | 232,200.00 | - | Debt | 40,049,861.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 26, 2017 | Record - 167 | Sales, T17082 | 194,400.00 | - | Debt | 40,244,261.90 |

Current Account Statement

| Account Item | Accounting Currency | Date | Voucher No. | Summary | Debtor amount in standard currency | Creditor amount in standard currency | Balance direction | Balance in standard currency |
|---|---|---|---|---|---|---|---|---|
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 26, 2017 | Record - 168 | Sales, T17083 | 104,000.00 | - | Debt | 40,348,261.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 26, 2017 | Record - 169 | Sales, T17084 | 262,400.00 | - | Debt | 40,610,661.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 26, 2017 | Record - 171 | Sales, T17086 | 154,800.00 | - | Debt | 40,765,461.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 26, 2017 | Record - 172 | Sales, T17087 | 129,600.00 | - | Debt | 40,895,061.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 26, 2017 | Record - 173 | Sales, T17088 | 29,000.00 | - | Debt | 40,924,061.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 26, 2017 | Record - 174 | Sales, T17089 | 18,217.50 | - | Debt | 40,942,279.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 26, 2017 | Record - 175 | Sales, T17095 | 312,480.00 | - | Debt | 41,254,759.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 26, 2017 | Record - 176 | Sales, T17096 | 196,800.00 | - | Debt | 41,451,559.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 26, 2017 | Record - 177 | Sales, T17098 | 206,400.00 | - | Debt | 41,657,959.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 26, 2017 | Record - 178 | Sales, T17100 | 179,424.00 | - | Debt | 41,837,383.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 26, 2017 | Record - 181 | Sales, T17109 | 17,295.00 | - | Debt | 41,854,678.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 26, 2017 | Record - 182 | Sales, T17112 | 100,800.00 | - | Debt | 41,955,478.40 |
| (11310223) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 27, 2017 | Record - 185 | Sales, T17116 | 19,000.00 | - | Debt | 41,974,478.40 |
| (11310224) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 28, 2017 | Record - 186 | Sales, T17122 | 7,250.00 | - | Debt | 41,981,728.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jan. 26, 2017 | Record - 186 | Sales, T17123 | 179,424.00 | - | Debt | 42,161,152.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 04, 2017 | Record - 16 | Collection, BMP | - | 750,000.00 | Debt | 41,411,152.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 08, 2017 | Record - 23 | Collection, BMP | - | 120,000.00 | Debt | 41,291,152.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 09, 2017 | Record - 24 | Collection, BMP | - | 630,000.00 | Debt | 40,661,152.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 10, 2017 | Record - 31 | Collection, BMP | - | 120,000.00 | Debt | 40,541,152.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 10, 2017 | Record - 32 | Collection, BMP | - | 390,000.00 | Debt | 40,151,152.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 11, 2017 | Record - 35 | Collection, BMP | - | 380,000.00 | Debt | 39,771,152.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 16, 2017 | Record - 42 | Collection, BMP | - | 750,000.00 | Debt | 39,021,152.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 17, 2017 | Record - 48 | Collection, BMP | - | 730,000.00 | Debt | 38,291,152.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 18, 2017 | Record - 50 | Collection, BMP | - | 360,000.00 | Debt | 37,931,152.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 22, 2017 | Record - 56 | Collection, BMP | - | 730,000.00 | Debt | 37,201,152.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 23, 2017 | Record - 58 | Collection, BMP | - | 330,000.00 | Debt | 36,871,152.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 24, 2017 | Record - 61 | Collection, BMP | - | 480,000.00 | Debt | 36,391,152.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 25, 2017 | Record - 63 | Collection, BMP | - | 120,000.00 | Debt | 36,271,152.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 28, 2017 | Record - 92 | Sales, T16925 | 249,600.00 | - | Debt | 36,520,752.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 28, 2017 | Record - 101 | Sales, T17042 | 408,000.00 | - | Debt | 36,928,752.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 28, 2017 | Record - 102 | Sales, T17043 | 700,800.00 | - | Debt | 37,629,552.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 28, 2017 | Record - 103 | Sales, T17049-1 | 194,400.00 | - | Debt | 37,823,952.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 28, 2017 | Record - 104 | Sales, T17061-3 | 62,160.00 | - | Debt | 37,886,112.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 28, 2017 | Record - 106 | Sales, T17083-1 | 104,000.00 | - | Debt | 37,990,112.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 28, 2017 | Record - 112 | Sales, T17117-1 | 77,700.00 | - | Debt | 38,067,812.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 28, 2017 | Record - 113 | Sales, T17117-2 | 77,700.00 | - | Debt | 38,145,512.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 28, 2017 | Record - 114 | Sales, T17118-1 | 46,620.00 | - | Debt | 38,192,132.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 28, 2017 | Record - 115 | Sales, T17118-2 | 46,620.00 | - | Debt | 38,238,752.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 28, 2017 | Record - 116 | Sales, T17118-3 | 62,160.00 | - | Debt | 38,300,912.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 28, 2017 | Record - 117 | Sales, T17119 | 390,600.00 | - | Debt | 38,691,512.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 28, 2017 | Record - 118 | Sales, T17121-1-2 | 156,240.00 | - | Debt | 38,847,752.40 |

Current Account Statement

| Account Item | Accounting Currency | Date | Voucher No. | Summary | Debtor amount in standard currency | Creditor amount in standard currency | Balance direction | Balance in standard currency |
|---|---|---|---|---|---|---|---|---|
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 28, 2017 | Record - 119 | Sales, T17123-1 | 89,172.00 | - | Debt | 38,936,924.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 28, 2017 | Record - 120 | Sales, T17126 | 234,360.00 | - | Debt | 39,171,284.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 28, 2017 | Record - 121 | Sales, T17127 | 129,600.00 | - | Debt | 39,300,884.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 28, 2017 | Record - 122 | Sales, T17128 | 154,800.00 | - | Debt | 39,455,684.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 28, 2017 | Record - 123 | Sales, T17129 | 194,400.00 | - | Debt | 39,650,084.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 28, 2017 | Record - 124 | Sales, T17130-1 | 77,400.00 | - | Debt | 39,727,484.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 28, 2017 | Record - 125 | Sales, T17135 | 137,600.00 | - | Debt | 39,865,084.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 28, 2017 | Record - 126 | Sales, T17136 | 137,600.00 | - | Debt | 40,002,684.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 28, 2017 | Record - 127 | Sales, T17137 | 129,600.00 | - | Debt | 40,132,284.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 28, 2017 | Record - 128 | Sales, T17138 | 77,760.00 | - | Debt | 40,210,044.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 28, 2017 | Record - 129 | Sales, T17139 | 194,400.00 | - | Debt | 40,404,444.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 28, 2017 | Record - 130 | Sales, T17140 | 116,640.00 | - | Debt | 40,521,084.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 28, 2017 | Record - 133 | Sales, T17143 | 147,600.00 | - | Debt | 40,668,684.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 28, 2017 | Record - 139 | Sales, T17164 | 194,400.00 | - | Debt | 40,863,084.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 28, 2017 | Record - 140 | Sales, T17165 | 116,640.00 | - | Debt | 40,979,724.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 28, 2017 | Record - 143 | Sales, T17168 | 129,600.00 | - | Debt | 41,109,324.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 28, 2017 | Record - 144 | Sales, T17169 | 77,760.00 | - | Debt | 41,187,084.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 28, 2017 | Record - 145 | Sales, T17170 | 137,600.00 | - | Debt | 41,324,684.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 28, 2017 | Record - 146 | Sales, T17171 | 137,600.00 | - | Debt | 41,462,284.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 28, 2017 | Record - 147 | Sales, T17172 | 104,000.00 | - | Debt | 41,566,284.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 28, 2017 | Record - 148 | Sales, T17173 | 154,000.00 | - | Debt | 41,720,284.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 28, 2017 | Record - 149 | Sales, T17174 | 147,600.00 | - | Debt | 41,867,884.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 28, 2017 | Record - 151 | Sales, T17177 | 147,600.00 | - | Debt | 42,015,484.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 28, 2017 | Record - 152 | Sales, T17178 | 147,600.00 | - | Debt | 42,163,084.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 28, 2017 | Record - 153 | Sales, T17179 | 194,400.00 | - | Debt | 42,357,484.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 28, 2017 | Record - 154 | Sales, T17180 | 116,640.00 | - | Debt | 42,474,124.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 28, 2017 | Record - 155 | Sales, T17185 | 771,120.00 | - | Debt | 43,245,244.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 28, 2017 | Record - 156 | Sales, T17186 | 467,200.00 | - | Debt | 43,712,444.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 28, 2017 | Record - 163 | Sales, T17197 | 138,600.00 | - | Debt | 43,851,044.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Feb. 28, 2017 | Record - 164 | Sales, T17198 | 82,080.00 | - | Debt | 43,933,124.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 6 | Sales, T17044 | 700,800.00 | - | Debt | 44,633,924.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 7 | Sales, T17045 | 700,800.00 | - | Debt | 45,334,724.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 8 | Sales, T17046 | 700,800.00 | - | Debt | 46,035,524.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 9 | Sales, T17050 | 462,000.00 | - | Debt | 46,497,524.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 10 | Sales, T17059-1 | 70,350.00 | - | Debt | 46,567,874.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 11 | Sales, T17059-2 | 70,350.00 | - | Debt | 46,638,224.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 14 | Sales, T17090 | 88,550.00 | - | Debt | 46,726,774.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 16 | Sales, T17097 | 104,000.00 | - | Debt | 46,830,774.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 22 | Sales, T17130 | 154,800.00 | - | Debt | 46,985,574.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 44 | Sales, T17199 | 138,600.00 | - | Debt | 47,124,174.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 45 | Sales, T17200 | 162,000.00 | - | Debt | 47,286,174.40 |

Current Account Statement

| Account Item | Accounting Currency | Date | Voucher No. | Summary | Debtor amount in standard currency | Creditor amount in standard currency | Balance direction | Balance in standard currency |
|---|---|---|---|---|---|---|---|---|
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 50 | Sales, T17210 | 207,900.00 | - | Debt | 47,494,074.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 51 | Sales, T17211 | 123,120.00 | - | Debt | 47,617,194.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 64 | Sales, T17223-1 | 287,700.00 | - | Debt | 47,904,894.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 65 | Sales, T17223-2 | 287,700.00 | - | Debt | 48,192,594.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 66 | Sales, T17224-1 | 287,700.00 | - | Debt | 48,480,294.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 67 | Sales, T17224-2 | 287,700.00 | - | Debt | 48,767,994.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 68 | Sales, T17225 | 77,000.00 | - | Debt | 48,844,994.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 69 | Sales, T17225-1 | 77,000.00 | - | Debt | 48,921,994.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 70 | Sales, T17226/226-1 | 584,000.00 | - | Debt | 49,505,994.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 71 | Sales, T17230 | 138,600.00 | - | Debt | 49,644,594.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 73 | Sales, T17232 | 254,100.00 | - | Debt | 49,898,694.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 75 | Sales, T17234 | 127,360.00 | - | Debt | 50,026,054.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 76 | Sales, T17235 | 15,624.00 | - | Debt | 50,041,678.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 79 | Sales, T17241 | 127,360.00 | - | Debt | 50,169,038.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 81 | Sales, T17244 | 280,224.00 | - | Debt | 50,449,262.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 85 | Sales, T17248 | 771,120.00 | - | Debt | 51,220,382.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 86 | Sales, T17249 | 147,600.00 | - | Debt | 51,367,982.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 87 | Sales, T17250 | 771,120.00 | - | Debt | 52,139,102.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 88 | Sales, T17251 | 350,400.00 | - | Debt | 52,489,502.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 96 | Sales, T17274-2 | 296,100.00 | - | Debt | 52,785,602.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 97 | Sales, T17275-1 | 118,440.00 | - | Debt | 52,904,042.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 98 | Sales, T17275-2 | 236,880.00 | - | Debt | 53,140,922.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 99 | Sales, T17275-3 | 236,880.00 | - | Debt | 53,377,802.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 106 | Sales, T17285 | 771,120.00 | - | Debt | 54,148,922.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 107 | Sales, T17286 | 151,200.00 | - | Debt | 54,300,122.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 108 | Sales, T17291 | 514,080.00 | - | Debt | 54,814,202.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 109 | Sales, T17297 | 280,224.00 | - | Debt | 55,094,426.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 111 | Sales, T17311 | 17,400.00 | - | Debt | 55,111,826.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 112 | Sales, T17312 | 385,560.00 | - | Debt | 55,497,386.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 113 | Sales, T17313 | 642,600.00 | - | Debt | 56,139,986.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 114 | Sales, T17314 | 162,000.00 | - | Debt | 56,301,986.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 115 | Sales, T17315 | 15,950.00 | - | Debt | 56,317,936.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 116 | Sales, T17316 | 163,800.00 | - | Debt | 56,481,736.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 117 | Sales, T17321 | 140,112.00 | - | Debt | 56,621,848.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 118 | Sales, T17322-1 | 127,360.00 | - | Debt | 56,749,208.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 119 | Sales, T17324 | 233,600.00 | - | Debt | 56,982,808.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 120 | Sales, T17325 | 233,600.00 | - | Debt | 57,216,408.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 121 | Sales, T17333 | 148,500.00 | - | Debt | 57,364,908.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 122 | Sales, T17341 | 226,800.00 | - | Debt | 57,591,708.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 123 | Sales, T17347 | 378,000.00 | - | Debt | 57,969,708.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 01, 2017 | Record - 128 | Collection, BMP | - | 750,000.00 | Debt | 57,219,708.40 |

Current Account Statement

| Account Item | Accounting Currency | Date | Voucher No. | Summary | Debtor amount in standard currency | Creditor amount in standard currency | Balance direction | Balance in standard currency |
|---|---|---|---|---|---|---|---|---|
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 02, 2017 | Record - 130 | Collection, BMP | - | 240,000.00 | Debt | 56,979,708.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 03, 2017 | Record - 133 | Collection, BMP | - | 360,000.00 | Debt | 56,619,708.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 07, 2017 | Record - 138 | Collection, BMP | - | 120,000.00 | Debt | 56,499,708.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 08, 2017 | Record - 142 | Collection, BMP | - | 610,000.00 | Debt | 55,889,708.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 09, 2017 | Record - 145 | Collection, BMP | - | 600,000.00 | Debt | 55,289,708.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 14, 2017 | Record - 150 | Collection, BMP | - | 240,000.00 | Debt | 55,049,708.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 15, 2017 | Record - 160 | Collection, BMP | - | 200,000.00 | Debt | 54,849,708.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 16, 2017 | Record - 167 | Collection, BMP | - | 240,000.00 | Debt | 54,609,708.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 20, 2017 | Record - 171 | Collection, BMP | - | 305,005.00 | Debt | 54,304,703.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 22, 2017 | Record - 180 | Collection, BMP | - | 370,000.00 | Debt | 53,934,703.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 23, 2017 | Record - 183 | Collection, BMP | - | 240,000.00 | Debt | 53,694,703.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 24, 2017 | Record - 191 | Collection, BMP | - | 200,000.00 | Debt | 53,494,703.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 25, 2017 | Record - 193 | Collection, BMP | - | 120,000.00 | Debt | 53,374,703.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 28, 2017 | Record - 198 | Collection, BMP | - | 120,000.00 | Debt | 53,254,703.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 29, 2017 | Record - 201 | Collection, BMP | - | 360,000.00 | Debt | 52,894,703.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 30, 2017 | Record - 203 | Collection, BMP | - | 120,000.00 | Debt | 52,774,703.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Mar. 31, 2017 | Record - 205 | Collection, BMP | - | 120,000.00 | Debt | 52,654,703.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 06, 2017 | Record - 8 | Collection, BMP | - | 240,000.00 | Debt | 52,414,703.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 07, 2017 | Record - 10 | Collection, BMP | - | 240,000.00 | Debt | 52,174,703.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 08, 2017 | Record - 13 | Collection, BMP | - | 120,000.00 | Debt | 52,054,703.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 11, 2017 | Record - 19 | Collection, BMP | - | 240,000.00 | Debt | 51,814,703.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 12, 2017 | Record - 22 | Collection, BMP | - | 120,000.00 | Debt | 51,694,703.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 18, 2017 | Record - 33 | Collection, BMP | - | 700,000.00 | Debt | 50,994,703.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 20, 2017 | Record - 41 | Collection, BMP | - | 870,000.00 | Debt | 50,124,703.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 21, 2017 | Record - 44 | Collection, BMP | - | 750,000.00 | Debt | 49,374,703.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 22, 2017 | Record - 47 | Collection, BMP | - | 390,000.00 | Debt | 48,984,703.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 25, 2017 | Record - 53 | Collection, BMP | - | 260,000.00 | Debt | 48,724,703.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 26, 2017 | Record - 56 | Collection, BMP | - | 360,000.00 | Debt | 48,364,703.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 27, 2017 | Record - 63 | Collection, BMP | - | 240,000.00 | Debt | 48,124,703.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 28, 2017 | Record - 65 | Collection, BMP | - | 240,000.00 | Debt | 47,884,703.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 28, 2017 | Record - 103 | Sales, T17274-1 | 296,100.00 | - | Debt | 48,180,803.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 28, 2017 | Record - 106 | Sales, T17287 | 84,240.00 | - | Debt | 48,265,043.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 28, 2017 | Record - 107 | Sales, T17289 | 84,240.00 | - | Debt | 48,349,283.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 28, 2017 | Record - 131 | Sales, T17339-1 | 287,175.00 | - | Debt | 48,636,458.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 28, 2017 | Record - 132 | Sales, T17339-2 | 287,175.00 | - | Debt | 48,923,633.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 28, 2017 | Record - 133 | Sales, T17342 | 148,500.00 | - | Debt | 49,072,133.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 28, 2017 | Record - 141 | Sales, T17363 | 279,825.00 | - | Debt | 49,351,958.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 28, 2017 | Record - 142 | Sales, T17364 | 55,965.00 | - | Debt | 49,407,923.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 28, 2017 | Record - 143 | Sales, T17364-1 | 223,860.00 | - | Debt | 49,631,783.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 28, 2017 | Record - 144 | Sales, T17365 | 162,000.00 | - | Debt | 49,793,783.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 28, 2017 | Record - 145 | Sales, T17366-1 | 279,825.00 | - | Debt | 50,073,608.40 |

Current Account Statement

| Account Item | Accounting Currency | Date | Voucher No. | Summary | Debtor amount in standard currency | Creditor amount in standard currency | Balance direction | Balance in standard currency |
|---|---|---|---|---|---|---|---|---|
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 28, 2017 | Record - 146 | Sales, T17366-2 | 279,825.00 | - | Debt | 50,353,433.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 28, 2017 | Record - 147 | Sales, T17367-1 | 287,175.00 | - | Debt | 50,640,608.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 28, 2017 | Record - 148 | Sales, T17367-2 | 287,175.00 | - | Debt | 50,927,783.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 28, 2017 | Record - 149 | Sales, T17368 | 17,400.00 | - | Debt | 50,945,183.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 28, 2017 | Record - 150 | Sales, T17369 | 8,700.00 | - | Debt | 50,953,883.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 28, 2017 | Record - 151 | Sales, T17374 | 269,640.00 | - | Debt | 51,223,523.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 28, 2017 | Record - 153 | Sales, T17378 | 167,895.00 | - | Debt | 51,391,418.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 28, 2017 | Record - 154 | Sales, T17379-1 | 172,305.00 | - | Debt | 51,563,723.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 28, 2017 | Record - 155 | Sales, T17379-2 | 229,740.00 | - | Debt | 51,793,463.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 28, 2017 | Record - 156 | Sales, T17379-3 | 172,305.00 | - | Debt | 51,965,768.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 28, 2017 | Record - 157 | Sales, T17380 | 111,600.00 | - | Debt | 52,077,368.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 28, 2017 | Record - 158 | Sales, T17387 | 808,920.00 | - | Debt | 52,886,288.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 28, 2017 | Record - 159 | Sales, T17388 | 81,000.00 | - | Debt | 52,967,288.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 28, 2017 | Record - 160 | Sales, T17389-1 | 287,175.00 | - | Debt | 53,254,463.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 28, 2017 | Record - 161 | Sales, T17389-2 | 287,175.00 | - | Debt | 53,541,638.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 28, 2017 | Record - 162 | Sales, T17390 | 15,942.50 | - | Debt | 53,557,580.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 28, 2017 | Record - 163 | Sales, T17398 | 269,640.00 | - | Debt | 53,827,220.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 28, 2017 | Record - 164 | Sales, T17400-1 | 287,175.00 | - | Debt | 54,114,395.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 28, 2017 | Record - 165 | Sales, T17400-2 | 287,175.00 | - | Debt | 54,401,570.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 28, 2017 | Record - 166 | Sales, T17401-1 | 279,825.00 | - | Debt | 54,681,395.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 28, 2017 | Record - 167 | Sales, T17401-2 | 279,825.00 | - | Debt | 54,961,220.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 28, 2017 | Record - 171 | Sales, T17412 | 29,000.00 | - | Debt | 54,990,220.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 28, 2017 | Record - 172 | Sales, T17412 | 29,000.00 | - | Debt | 55,019,220.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 28, 2017 | Record - 173 | Sales, T17414-1 | 287,175.00 | - | Debt | 55,306,395.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 28, 2017 | Record - 175 | Sales, T17430 | 269,640.00 | - | Debt | 55,576,035.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Apr. 28, 2017 | Record - 176 | Sales, T17431 | 279,825.00 | - | Debt | 55,855,860.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 02, 2017 | Record - 5 | Collection, BMP | - | 120,000.00 | Debt | 55,735,860.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 04, 2017 | Record - 8 | Collection, BMP | - | 360,000.00 | Debt | 55,375,860.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 05, 2017 | Record - 10 | Collection, BMP | - | 720,000.00 | Debt | 54,655,860.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 09, 2017 | Record - 12 | Collection, BMP | - | 120,000.00 | Debt | 54,535,860.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 10, 2017 | Record - 20 | Collection, BMP | - | 740,000.00 | Debt | 53,795,860.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 11, 2017 | Record - 24 | Collection, BMP | - | 390,000.00 | Debt | 53,405,860.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 12, 2017 | Record - 27 | Collection, BMP | - | 120,000.00 | Debt | 53,285,860.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 13, 2017 | Record - 29 | Collection, BMP | - | 360,000.00 | Debt | 52,925,860.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 16, 2017 | Record - 34 | Collection, BMP | - | 240,000.00 | Debt | 52,685,860.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 17, 2017 | Record - 37 | Collection, BMP | - | 480,000.00 | Debt | 52,205,860.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 18, 2017 | Record - 39 | Collection, BMP | - | 470,000.00 | Debt | 51,735,860.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 19, 2017 | Record - 42 | Collection, BMP | - | 240,000.00 | Debt | 51,495,860.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 20, 2017 | Record - 44 | Collection, BMP | - | 500,000.00 | Debt | 50,995,860.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 23, 2017 | Record - 48 | Collection, BMP | - | 390,000.00 | Debt | 50,605,860.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 24, 2017 | Record - 53 | Collection, BMP | - | 600,000.00 | Debt | 50,005,860.90 |

Current Account Statement

| Account Item | Accounting Currency | Date | Voucher No. | Summary | Debtor amount in standard currency | Creditor amount in standard currency | Balance direction | Balance in standard currency |
|---|---|---|---|---|---|---|---|---|
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 25, 2017 | Record - 54 | Collection, BMP | - | 360,000.00 | Debt | 49,645,860.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 26, 2017 | Record - 57 | Collection, BMP | - | 240,000.00 | Debt | 49,405,860.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 27, 2017 | Record - 60 | Collection, BMP | - | 240,000.00 | Debt | 49,165,860.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 31, 2017 | Record - 65 | Collection, BMP | - | 240,000.00 | Debt | 48,925,860.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 31, 2017 | Record - 105 | Sales, T17288 | 269,640.00 | - | Debt | 49,195,500.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 31, 2017 | Record - 127 | Sales, T17381 | 89,100.00 | - | Debt | 49,284,600.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 31, 2017 | Record - 128 | Sales, T17381-1 | 89,100.00 | - | Debt | 49,373,700.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 31, 2017 | Record - 138 | Sales, T17414-2 | 287,175.00 | - | Debt | 49,660,875.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 31, 2017 | Record - 144 | Sales, T17424-1 | 287,175.00 | - | Debt | 49,948,050.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 31, 2017 | Record - 145 | Sales, T17424-2 | 287,175.00 | - | Debt | 50,235,225.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 31, 2017 | Record - 146 | Sales, T17426 | 134,300.00 | - | Debt | 50,369,525.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 31, 2017 | Record - 147 | Sales, T17427-1 | 287,700.00 | - | Debt | 50,657,225.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 31, 2017 | Record - 148 | Sales, T17427-2 | 287,700.00 | - | Debt | 50,944,925.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 31, 2017 | Record - 150 | Sales, T17432 | 7,360.00 | - | Debt | 50,952,285.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 31, 2017 | Record - 151 | Sales, T17435 | 162,000.00 | - | Debt | 51,114,285.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 31, 2017 | Record - 152 | Sales, T17436 | 55,965.00 | - | Debt | 51,170,250.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 31, 2017 | Record - 153 | Sales, T17437 | 111,930.00 | - | Debt | 51,282,180.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 31, 2017 | Record - 154 | Sales, T17438 | 279,825.00 | - | Debt | 51,562,005.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 31, 2017 | Record - 155 | Sales, T17439 | 279,825.00 | - | Debt | 51,841,830.90 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 31, 2017 | Record - 158 | Sales, T17443 | 15,942.50 | - | Debt | 51,857,773.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 31, 2017 | Record - 159 | Sales, T17444 | 178,200.00 | - | Debt | 52,035,973.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 31, 2017 | Record - 160 | Sales, T17445 | 165,600.00 | - | Debt | 52,201,573.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 31, 2017 | Record - 161 | Sales, T17446 | 269,640.00 | - | Debt | 52,471,213.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 31, 2017 | Record - 168 | Sales, T17453 | 17,829.60 | - | Debt | 52,489,043.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 31, 2017 | Record - 174 | Sales, T17466-1 | 287,175.00 | - | Debt | 52,776,218.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 31, 2017 | Record - 175 | Sales, T17466-2 | 287,175.00 | - | Debt | 53,063,393.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 31, 2017 | Record - 178 | Sales, T17469-1 | 279,825.00 | - | Debt | 53,343,218.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 31, 2017 | Record - 179 | Sales, T17469-2 | 279,825.00 | - | Debt | 53,623,043.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 31, 2017 | Record - 180 | Sales, T17470 | 539,280.00 | - | Debt | 54,162,323.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 31, 2017 | Record - 181 | Sales, T17471 | 86,400.00 | - | Debt | 54,248,723.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 31, 2017 | Record - 187 | Sales, T17477 | 178,200.00 | - | Debt | 54,426,923.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 31, 2017 | Record - 188 | Sales, T17478 | 56,735.00 | - | Debt | 54,483,658.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 31, 2017 | Record - 189 | Sales, T17479 | 56,455.00 | - | Debt | 54,540,113.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 31, 2017 | Record - 191 | Sales, T17482 | 26,100.00 | - | Debt | 54,566,213.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 31, 2017 | Record - 192 | Sales, T17484 | 269,640.00 | - | Debt | 54,835,853.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 31, 2017 | Record - 193 | Sales, T17485 | 178,200.00 | - | Debt | 55,014,053.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 31, 2017 | Record - 194 | Sales, T17486 | 500,332.00 | - | Debt | 55,514,385.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 31, 2017 | Record - 195 | Sales, T17487-1 | 287,175.00 | - | Debt | 55,801,560.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 31, 2017 | Record - 196 | Sales, T17487-2 | 287,175.00 | - | Debt | 56,088,735.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 31, 2017 | Record - 197 | Sales, T17488-1 | 287,175.00 | - | Debt | 56,375,910.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 31, 2017 | Record - 198 | Sales, T17488-2 | 287,175.00 | - | Debt | 56,663,085.00 |

Current Account Statement

| Account Item | Accounting Currency | Date | Voucher No. | Summary | Debtor amount in standard currency | Creditor amount in standard currency | Balance direction | Balance in standard currency |
|---|---|---|---|---|---|---|---|---|
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 31, 2017 | Record - 199 | Sales, T17490 | 500,332.00 | - | Debt | 57,163,417.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 31, 2017 | Record - 200 | Sales, T17491 | 168,300.00 | - | Debt | 57,331,717.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 31, 2017 | Record - 207 | Sales, T17504 | 539,280.00 | - | Debt | 57,870,997.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 31, 2017 | Record - 208 | Sales, T17505 | 279,825.00 | - | Debt | 58,150,822.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 31, 2017 | Record - 209 | Sales, T17510 | 197,100.00 | - | Debt | 58,347,922.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 31, 2017 | Record - 210 | Sales, T17522 | 500,332.00 | - | Debt | 58,848,254.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | May 31, 2017 | Record - 211 | Sales, T17523 | 500,332.00 | - | Debt | 59,348,586.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 02, 2017 | Record - 4 | Collection, BMP | - | 240,000.00 | Debt | 59,108,586.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 03, 2017 | Record - 9 | Collection, BMP | - | 630,000.00 | Debt | 58,478,586.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 06, 2017 | Record - 11 | Collection, BMP | - | 720,000.00 | Debt | 57,758,586.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 07, 2017 | Record - 13 | Collection, BMP | - | 480,000.00 | Debt | 57,278,586.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 08, 2017 | Record - 20 | Collection, BMP | - | 480,000.00 | Debt | 56,798,586.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 09, 2017 | Record - 23 | Collection, BMP | - | 480,000.00 | Debt | 56,318,586.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 10, 2017 | Record - 26 | Collection, BMP | - | 480,000.00 | Debt | 55,838,586.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 14, 2017 | Record - 36 | Collection, BMP | - | 600,000.00 | Debt | 55,238,586.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 15, 2017 | Record - 40 | Collection, BMP | - | 480,000.00 | Debt | 54,758,586.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 16, 2017 | Record - 42 | Collection, BMP | - | 480,000.00 | Debt | 54,278,586.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 17, 2017 | Record - 45 | Collection, BMP | - | 480,000.00 | Debt | 53,798,586.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 20, 2017 | Record - 51 | Collection, BMP | - | 480,000.00 | Debt | 53,318,586.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 21, 2017 | Record - 54 | Collection, BMP | - | 480,000.00 | Debt | 52,838,586.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 22, 2017 | Record - 58 | Collection, BMP | - | 480,000.00 | Debt | 52,358,586.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 23, 2017 | Record - 61 | Collection, BMP | - | 480,000.00 | Debt | 51,878,586.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 24, 2017 | Record - 62 | Collection, BMP | - | 390,000.00 | Debt | 51,488,586.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 27, 2017 | Record - 66 | Collection, BMP | - | 390,000.00 | Debt | 51,098,586.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 28, 2017 | Record - 70 | Collection, BMP | - | 390,000.00 | Debt | 50,708,586.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 72 | Collection, BMP | - | 390,000.00 | Debt | 50,318,586.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 127 | Sales, T17506-2 | 287,175.00 | - | Debt | 50,605,761.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 128 | Sales, T17508 | 279,825.00 | - | Debt | 50,885,586.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 129 | Sales, T17511-1 | 287,175.00 | - | Debt | 51,172,761.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 130 | Sales, T17511-2 | 287,175.00 | - | Debt | 51,459,936.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 133 | Sales, T17516 | 267,300.00 | - | Debt | 51,727,236.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 134 | Sales, T17517 | 178,200.00 | - | Debt | 51,905,436.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 135 | Sales, T17518 | 372,300.00 | - | Debt | 52,277,736.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 136 | Sales, T17519 | 279,825.00 | - | Debt | 52,557,561.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 137 | Sales, T17520-1 | 279,825.00 | - | Debt | 52,837,386.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 138 | Sales, T17520-2 | 279,825.00 | - | Debt | 53,117,211.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 139 | Sales, T17521 | 178,200.00 | - | Debt | 53,295,411.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 140 | Sales, T17524 | 500,332.00 | - | Debt | 53,795,743.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 141 | Sales, T17525 | 172,800.00 | - | Debt | 53,968,543.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 142 | Sales, T17527-1 | 287,175.00 | - | Debt | 54,255,718.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 143 | Sales, T17527-2 | 287,175.00 | - | Debt | 54,542,893.00 |

Current Account Statement

| Account Item | Accounting Currency | Date | Voucher No. | Summary | Debtor amount in standard currency | Creditor amount in standard currency | Balance direction | Balance in standard currency |
|---|---|---|---|---|---|---|---|---|
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 144 | Sales, T17528 | 500,332.00 | - | Debt | 55,043,225.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 145 | Sales, T17529 | 178,200.00 | - | Debt | 55,221,425.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 146 | Sales, T17530-1 | 279,825.00 | - | Debt | 55,501,250.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 147 | Sales, T17530-2 | 279,825.00 | - | Debt | 55,781,075.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 148 | Sales, T17531 | 178,200.00 | - | Debt | 55,959,275.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 149 | Sales, T17532 | 267,300.00 | - | Debt | 56,226,575.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 152 | Sales, T17535-1 | 84,150.00 | - | Debt | 56,310,725.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 153 | Sales, T17535-2 | 84,150.00 | - | Debt | 56,394,875.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 154 | Sales, T17536 | 539,280.00 | - | Debt | 56,934,155.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 155 | Sales, T17537 | 808,920.00 | - | Debt | 57,743,075.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 156 | Sales, T17538-1 | 287,175.00 | - | Debt | 58,030,250.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 157 | Sales, T17538-2 | 287,175.00 | - | Debt | 58,317,425.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 158 | Sales, T17539-1 | 287,175.00 | - | Debt | 58,604,600.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 159 | Sales, T17539-2 | 287,175.00 | - | Debt | 58,891,775.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 160 | Sales, T17540 | 269,640.00 | - | Debt | 59,161,415.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 162 | Sales, T17542-1 | 539,280.00 | - | Debt | 59,700,695.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 163 | Sales, T17542-2 | 539,280.00 | - | Debt | 60,239,975.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 164 | Sales, T17543-1 | 178,200.00 | - | Debt | 60,418,175.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 165 | Sales, T17543-2 | 178,200.00 | - | Debt | 60,596,375.00 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 166 | Sales, T17544 | 117,960.40 | - | Debt | 60,714,335.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 171 | Sales, T17549 | 178,200.00 | - | Debt | 60,892,535.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 172 | Sales, T17550-1 | 287,175.00 | - | Debt | 61,179,710.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 173 | Sales, T17550-2 | 287,175.00 | - | Debt | 61,466,885.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 176 | Sales, T17558 | 269,640.00 | - | Debt | 61,736,525.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 177 | Sales, T17559 | 539,280.00 | - | Debt | 62,275,805.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 178 | Sales, T17560 | 178,200.00 | - | Debt | 62,454,005.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 179 | Sales, T17561 | 178,200.00 | - | Debt | 62,632,205.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 180 | Sales, T17562-1 | 287,175.00 | - | Debt | 62,919,380.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 181 | Sales, T17562-2 | 287,175.00 | - | Debt | 63,206,555.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 182 | Sales, T17563-1 | 279,825.00 | - | Debt | 63,486,380.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 183 | Sales, T17563-2 | 279,825.00 | - | Debt | 63,766,205.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 184 | Sales, T17564 | 279,825.00 | - | Debt | 64,046,030.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 185 | Sales, T17565-1 | 287,175.00 | - | Debt | 64,333,205.40 |
| (11310222) Receivable - B - BMP INTERNATIONAL, INC. | USD | Jun. 30, 2017 | Record - 186 | Sales, T17565-2 | 287,175.00 | - | Debt | 64,620,380.40 |