U.S. District Court
Middle District of Florida

**PLAINTIFF'S EXHIBIT**

Exhibit Number: 0209

Case Number: 8:19-cv 02044

T.T. International Co., Ltd.
v.
BMP International Inc, et al.

Date Identified:

Date Admitted:









