U.S. District Court
Middle District of Florida

**PLAINTIFF'S EXHIBIT**

Exhibit Number: 0238

Case Number: 8:19-cv 02044

T.T. International Co., Ltd.
v.
BMP International Inc., et al.

Date Identified:

Date Admitted:

## Sales Revenue Account

期间：2013年第1期至第12期 币别：(USD)

| Customer Code | Accumulated sales revenue this year |
|---|---|
| 5101.01 | 11,209,678.12 |
| 5101.01.01 | 346,600.00 |
| 5101.01.05 | 569,080.00 |
| 5101.01.07 | 1,374,220.00 |
| 5101.01.08 | 121,410.00 |
| 5101.01.10 | 28,980.00 |
| 5101.01.18 | 165,690.60 |
| 5101.01.24 | 89,600.00 |
| 5101.01.26 | 570,577.62 |
| 5101.01.29 | 6,685,700.00 |
| 5101.01.30 | 720,000.00 |
| 5101.01.32 | 180,000.00 |
| 5101.01.37 | 43,378.40 |
| 5101.01.38 | 41,202.00 |
| 5101.01.40 | 17,875.50 |
| 5101.01.41 | 216,000.00 |
| 5101.01.42 | 39,364.00 |
| 5101.02 | 2,741,214.40 |
| 5101.02.01 | 141,309.30 |
| 5101.02.05 | 130,451.00 |
| 5101.02.06 | 167,275.10 |
| 5101.02.14 | 72,156.00 |
| 5101.02.18 | 39,820.00 |
| 5101.02.20 | 1,758,503.00 |
| 5101.02.21 | 393,800.00 |
| 5101.02.22 | 37,900.00 |
| 5101.03 | 1,745,980.09 |
| 5101.03.01 | 577,781.00 |
| 5101.03.07 | 688,450.28 |
| 5101.03.22 | 170,820.00 |
| 5101.03.27 | 252,311.00 |
| 5101.03.28 | 26,100.00 |
| 5101.03.29 | 30,517.81 |
| 5101.04 | 9,531,808.55 |
| 5101.04.04 | 369,638.17 |
| 5101.04.05 | 39,200.00 |
| 5101.04.06 | 183,956.50 |
| 5101.04.09 | 8,075,277.08 |
| 5101.04.13 | 64,460.00 |
| 5101.04.15 | 234,000.00 |
| 5101.04.16 | 565,276.80 |
| 5101.05 | 1,372,583.92 |
| 5101.05.04 | 884,780.00 |
| 5101.05.09 | 31,657.12 |
| 5101.05.11 | 143,357.50 |
| 5101.05.18 | 83,289.10 |
| 5101.05.19 | 110,990.20 |
| 5101.05.20 | 63,900.00 |
| 5101.05.22 | 54,610.00 |
| 5101.06 | 749,565.40 |
| 5101.06.03 | 96,803.00 |
| 5101.06.04 | 280,465.40 |
| 5101.06.10 | 103,884.00 |
| 5101.06.11 | 42,675.00 |
| 5101.06.16 | 44,275.00 |
| 5101.06.17 | 35,550.00 |
| 5101.06.18 | 56,649.00 |
| 5101.06.19 | 52,624.00 |
| 5101.06.20 | 36,640.00 |

TT-EXP-08034

期间：2013年第1期至第12期 币别：(USD)

## Sales Revenue Account

| Customer Code | Accumulated sales revenue this year |
|---|---|
| 5101.07 | 681,159.00 |
| 5101.07.01 | 340,370.00 |
| 5101.07.13 | 34,029.00 |
| 5101.07.15 | 43,560.00 |
| 5101.07.17 | 71,200.00 |
| 5101.07.18 | 192,000.00 |
| 5101.08 | 5,925,779.50 |
| 5101.08.01 | 241,440.00 |
| 5101.08.02 | 2,579,399.00 |
| 5101.08.04 | 934,935.00 |
| 5101.08.08 | 1,417,593.50 |
| 5101.08.10 | 623,412.00 |
| 5101.08.11 | 129,000.00 |
| 5101.09 | 371,860.00 |
| 5101.09.01 | 44,400.00 |
| 5101.09.07 | 97,750.00 |
| 5101.09.08 | 229,710.00 |
| 5101.10 | 95,122.00 |
| 5101.10.02 | 63,762.00 |
| 5101.10.04 | 31,360.00 |
| 5101.11 | 1,052,431.20 |
| 5101.11.02 | 355,431.00 |
| 5101.11.04 | 31,800.00 |
| 5101.11.05 | 256,400.20 |
| 5101.11.08 | 408,800.00 |
| 5101.12 | 3,447,009.46 |
| 5101.12.04 | 435,120.50 |
| 5101.12.06 | 2,931,088.96 |
| 5101.12.07 | 80,800.00 |
| 5101.13 | 2,290,998.85 |
| 5101.13.02 | 43,000.00 |
| 5101.13.03 | 539,138.45 |
| 5101.13.04 | 493,061.70 |
| 5101.13.05 | 180,536.00 |
| 5101.13.08 | 41,000.00 |
| 5101.13.09 | 87,962.70 |
| 5101.13.11 | 906,300.00 |
| 5101.14 | 598,770.00 |
| 5101.14.01 | 274,570.00 |
| 5101.14.03 | 324,200.00 |
| 5101.15 | 186,250.00 |
| 5101.15.04 | 140,460.00 |
| 5101.15.07 | 45,790.00 |
| 5101.16 | 1,826,557.00 |
| 5101.16.01 | 90,816.70 |
| 5101.16.05 | 34,730.00 |
| 5101.16.07 | 153,435.00 |
| 5101.16.08 | 135,600.00 |
| 5101.16.10 | 143,867.30 |
| 5101.16.12 | 429,240.00 |
| 5101.16.15 | 157,320.00 |
| 5101.16.17 | 69,188.00 |
| 5101.16.21 | 612,360.00 |
| 5101.17 | 170,168.74 |
| 5101.17.03 | 108,822.00 |
| 5101.17.05 | 61,346.74 |
| 5101.18 | 3,969,760.29 |
| 5101.18.02 | 127,397.70 |
| 5101.18.03 | 318,813.60 |

TT-EXP-08035

期间：2013年第1期至第12期 币别：(USD)

## Sales Revenue Account

| Customer Code | Accumulated sales revenue this year |
|---|---:|
| 5101.18.05 | 269,204.00 |
| 5101.18.06 | 557,844.80 |
| 5101.18.10 | 308,631.00 |
| 5101.18.11 | 286,920.20 |
| 5101.18.14 | 905,573.46 |
| 5101.18.19 | 47,985.00 |
| 5101.18.20 | 263,776.08 |
| 5101.18.22 | 315,684.00 |
| 5101.18.24 | 127,742.45 |
| 5101.18.25 | 80,070.00 |
| 5101.18.26 | 77,108.00 |
| 5101.18.27 | 283,010.00 |
| 5101.19 | 3,491,587.98 |
| 5101.19.03 | 129,769.78 |
| 5101.19.08 | 103,640.00 |
| 5101.19.09 | 49,552.00 |
| 5101.19.17 | 43,161.00 |
| 5101.19.20 | 112,000.00 |
| 5101.19.22 | 1,531,099.00 |
| 5101.19.23 | 567,720.00 |
| 5101.19.30 | 269,512.20 |
| 5101.19.31 | 96,619.00 |
| 5101.19.33 | 168,000.00 |
| 5101.19.35 | 89,445.00 |
| 5101.19.37 | 44,802.00 |
| 5101.19.38 | 133,268.00 |
| 5101.19.39 | 86,000.00 |
| 5101.19.40 | 67,000.00 |
| 5101.20 | 2,875,981.98 |
| 5101.20.01 | 96,635.40 |
| 5101.20.03 | 733,082.00 |
| 5101.20.04 | 1,405,717.80 |
| 5101.20.11 | 216,128.00 |
| 5101.20.18 | 424,418.78 |
| 5101.21 | 1,163,147.90 |
| 5101.21.01 | 428,578.90 |
| 5101.21.06 | 608,969.00 |
| 5101.21.11 | 125,600.00 |
| 5101.22 | 154,185.40 |
| 5101.22.02 | 53,200.00 |
| 5101.22.04 | 100,985.40 |
| 5101.23 | 424,070.00 |
| 5101.23.02 | 197,270.00 |
| 5101.23.04 | 226,800.00 |
| 5101.25 | 118,625.00 |
| 5101.25.03 | 118,625.00 |
| | 56,194,294.78 |

TT-EXP-08036