U.S. District Court
Middle District of Florida

**PLAINTIFF'S EXHIBIT**

Exhibit Number: 0253

Case Number: 8:19-cv 02044

T.T. International Co., Ltd.
v.
BMP International Inc, et al.

Date Identified:

Date Admitted:

| Period | Customer Code | Accumulated sales revenue this year |
|---|---|---:|
| 2018.1 | A | 276,753.60 |
| 2018.2 | A | 462,239.00 |
| 2018.3 | A | 679,501.50 |
| 2018.4 | A | 1,030,610.30 |
| 2018.5 | A | 1,448,483.30 |
| 2018.6 | A | 2,087,805.60 |
| 2018.7 | A | 2,264,572.60 |
| 2018.8 | A | 2,803,867.60 |
| 2018.9 | A | 3,578,613.20 |
| 2018.10 | A | 3,851,293.20 |
| 2018.11 | A | 4,139,865.20 |
| 2018.12 | A | 4,697,691.50 |
| 2018.6 | A.01 | 98,219.10 |
| 2018.8 | A.01 | 150,374.10 |
| 2018.9 | A.01 | 280,945.50 |
| 2018.10 | A.01 | 414,576.50 |
| 2018.3 | A.02 | 81,454.50 |
| 2018.6 | A.02 | 327,559.50 |
| 2018.7 | A.02 | 387,759.50 |
| 2018.9 | A.02 | 466,159.50 |
| 2018.10 | A.02 | 582,459.50 |
| 2018.12 | A.02 | 741,104.50 |
| 2018.6 | A.03 | 7,410.00 |
| 2018.10 | A.03 | 11,365.00 |
| 2018.1 | A.05 | 60,191.60 |
| 2018.4 | A.05 | 253,157.60 |
| 2018.8 | A.05 | 488,957.60 |
| 2018.11 | A.05 | 540,017.60 |
| 2018.12 | A.05 | 677,537.60 |
| 2018.1 | A.13 | 216,562.00 |
| 2018.2 | A.13 | 357,484.00 |
| 2018.5 | A.13 | 405,361.00 |
| 2018.6 | A.16 | 55,206.00 |
| 2018.12 | A.16 | 105,115.20 |
| 2018.10 | A.20 | 18,794.00 |
| 2018.2 | A.26 | 44,563.40 |
| 2018.4 | A.26 | 126,306.20 |
| 2018.11 | A.26 | 237,716.20 |
| 2018.5 | A.30 | 84,000.00 |
| 2018.8 | A.35 | 122,100.00 |
| 2018.3 | A.37 | 113,200.00 |
| 2018.6 | A.37 | 277,000.00 |
| 2018.12 | A.37 | 433,000.00 |
| 2018.9 | A.39 | 31,014.20 |
| 2018.7 | A.44 | 79,200.00 |
| 2018.6 | A.48 | 47,558.00 |
| 2018.12 | A.48 | 103,310.10 |
| 2018.5 | A.50 | 66,196.00 |

| Period | Customer Code | Accumulated sales revenue this year |
|---|---|---:|
| 2018.6 | A.50 | 87,220.20 |
| 2018.8 | A.51 | 129,240.00 |
| 2018.9 | A.51 | 664,000.00 |
| 2018.3 | A.52 | 22,608.00 |
| 2018.4 | A.52 | 99,008.00 |
| 2018.5 | A.52 | 226,808.00 |
| 2018.11 | A.52 | 306,808.00 |
| 2018.5 | A.53 | 92,000.00 |
| 2018.7 | A.53 | 129,367.00 |
| 2018.11 | A.53 | 175,469.00 |
| 2018.1 | B | 7,366,380.00 |
| 2018.2 | B | 14,324,180.00 |
| 2018.3 | B | 25,312,374.00 |
| 2018.4 | B | 28,681,753.40 |
| 2018.5 | B | 29,409,231.10 |
| 2018.6 | B | 29,965,469.10 |
| 2018.7 | B | 30,075,075.50 |
| 2018.8 | B | 30,432,025.50 |
| 2018.9 | B | 30,477,172.50 |
| 2018.10 | B | 30,657,363.00 |
| 2018.11 | B | 30,670,446.00 |
| 2018.4 | B.03 | 79,303.40 |
| 2018.7 | B.03 | 134,519.80 |
| 2018.3 | B.11 | 250,200.00 |
| 2018.1 | B.20 | 7,366,380.00 |
| 2018.2 | B.20 | 14,324,180.00 |
| 2018.3 | B.20 | 25,062,174.00 |
| 2018.4 | B.20 | 27,996,650.00 |
| 2018.5 | B.20 | 28,131,595.00 |
| 2018.9 | B.20 | 28,176,742.00 |
| 2018.10 | B.20 | 28,328,932.00 |
| 2018.5 | B.21 | 27,342.00 |
| 2018.11 | B.21 | 40,425.00 |
| 2018.5 | B.22 | 74,135.00 |
| 2018.6 | B.22 | 173,469.00 |
| 2018.6 | B.25 | 172,000.00 |
| 2018.6 | B.26 | 22,341.00 |
| 2018.10 | B.26 | 50,341.50 |
| 2018.4 | B.28 | 355,600.00 |
| 2018.5 | B.28 | 846,655.70 |
| 2018.6 | B.28 | 1,109,218.70 |
| 2018.7 | B.28 | 1,163,608.70 |
| 2018.8 | B.28 | 1,520,558.70 |
| 2018.1 | C | 117,800.00 |
| 2018.2 | C | 390,700.40 |
| 2018.3 | C | 785,598.70 |
| 2018.4 | C | 954,142.60 |
| 2018.5 | C | 1,264,801.06 |

| Period | Customer Code | Accumulated sales revenue this year |
|---|---|---:|
| 2018.6 | C | 1,333,471.06 |
| 2018.7 | C | 1,470,951.86 |
| 2018.8 | C | 1,639,541.91 |
| 2018.9 | C | 1,732,841.91 |
| 2018.10 | C | 2,112,698.51 |
| 2018.11 | C | 2,561,879.03 |
| 2018.8 | C.01 | 46,930.00 |
| 2018.2 | C.04 | 122,900.40 |
| 2018.3 | C.04 | 171,098.70 |
| 2018.8 | C.04 | 229,705.20 |
| 2018.9 | C.04 | 323,005.20 |
| 2018.4 | C.20 | 168,543.90 |
| 2018.6 | C.25 | 68,670.00 |
| 2018.8 | C.25 | 99,492.00 |
| 2018.10 | C.25 | 159,247.00 |
| 2018.11 | C.25 | 256,875.00 |
| 2018.5 | C.29 | 160,658.46 |
| 2018.11 | C.29 | 480,995.98 |
| 2018.8 | C.30 | 32,231.55 |
| 2018.10 | C.30 | 285,239.55 |
| 2018.7 | C.34 | 37,245.00 |
| 2018.11 | C.34 | 68,460.00 |
| 2018.1 | C.35 | 117,800.00 |
| 2018.2 | C.35 | 267,800.00 |
| 2018.3 | C.35 | 614,500.00 |
| 2018.5 | C.35 | 764,500.00 |
| 2018.7 | C.36 | 26,247.30 |
| 2018.10 | C.37 | 50,120.80 |
| 2018.7 | C.38 | 73,988.50 |
| 2018.10 | C.39 | 16,972.80 |
| 2018.1 | D | 454,498.80 |
| 2018.2 | D | 691,488.80 |
| 2018.3 | D | 1,147,576.20 |
| 2018.4 | D | 1,583,616.20 |
| 2018.5 | D | 2,531,816.20 |
| 2018.6 | D | 3,071,116.80 |
| 2018.7 | D | 3,439,356.80 |
| 2018.8 | D | 3,777,001.80 |
| 2018.9 | D | 4,484,197.52 |
| 2018.10 | D | 4,945,876.44 |
| 2018.11 | D | 5,471,923.24 |
| 2018.12 | D | 5,789,923.74 |
| 2018.1 | D.01 | 72,198.00 |
| 2018.3 | D.01 | 240,773.50 |
| 2018.6 | D.01 | 348,674.50 |
| 2018.8 | D.01 | 469,999.50 |
| 2018.9 | D.01 | 529,847.00 |
| 2018.10 | D.01 | 599,121.92 |

| Period | Customer Code | Accumulated sales revenue this year |
|---|---|---:|
| 2018.11 | D.01 | 714,414.72 |
| 2018.12 | D.01 | 773,509.22 |
| 2018.9 | D.04 | 279,540.00 |
| 2018.3 | D.08 | 56,353.70 |
| 2018.6 | D.08 | 84,913.30 |
| 2018.11 | D.11 | 44,490.00 |
| 2018.12 | D.11 | 79,700.00 |
| 2018.1 | D.16 | 382,300.80 |
| 2018.2 | D.16 | 619,290.80 |
| 2018.3 | D.16 | 782,910.80 |
| 2018.4 | D.16 | 967,670.80 |
| 2018.5 | D.16 | 1,664,590.80 |
| 2018.6 | D.16 | 2,067,430.80 |
| 2018.7 | D.16 | 2,310,030.80 |
| 2018.8 | D.16 | 2,526,350.80 |
| 2018.9 | D.16 | 2,835,750.80 |
| 2018.10 | D.16 | 3,228,154.80 |
| 2018.11 | D.16 | 3,594,418.80 |
| 2018.12 | D.16 | 3,818,114.80 |
| 2018.3 | D.19 | 67,538.20 |
| 2018.9 | D.19 | 125,946.42 |
| 2018.4 | D.20 | 251,280.00 |
| 2018.5 | D.20 | 502,560.00 |
| 2018.7 | D.20 | 628,200.00 |
| 2018.1 | E | 29,122.90 |
| 2018.3 | E | 159,861.40 |
| 2018.4 | E | 362,901.40 |
| 2018.5 | E | 468,981.40 |
| 2018.6 | E | 566,461.40 |
| 2018.7 | E | 810,781.90 |
| 2018.8 | E | 900,169.90 |
| 2018.9 | E | 1,189,159.90 |
| 2018.10 | E | 1,275,251.00 |
| 2018.11 | E | 1,536,031.00 |
| 2018.12 | E | 1,717,761.00 |
| 2018.3 | E.03 | 51,382.50 |
| 2018.4 | E.03 | 104,422.50 |
| 2018.5 | E.03 | 210,502.50 |
| 2018.6 | E.03 | 299,582.50 |
| 2018.7 | E.03 | 433,202.50 |
| 2018.8 | E.03 | 477,742.50 |
| 2018.9 | E.03 | 744,982.50 |
| 2018.11 | E.03 | 1,005,762.50 |
| 2018.12 | E.03 | 1,187,492.50 |
| 2018.3 | E.07 | 79,356.00 |
| 2018.7 | E.10 | 110,700.50 |
| 2018.8 | E.10 | 155,548.50 |
| 2018.10 | E.10 | 241,639.60 |

| Period | Customer Code | Accumulated sales revenue this year |
|---|---|---:|
| 2018.4 | E.22 | 150,000.00 |
| 2018.6 | E.24 | 8,400.00 |
| 2018.1 | E.28 | 29,122.90 |
| 2018.9 | E.29 | 21,750.00 |
| 2018.1 | F | 81,569.00 |
| 2018.3 | F | 251,568.80 |
| 2018.4 | F | 365,128.30 |
| 2018.5 | F | 672,642.10 |
| 2018.6 | F | 1,168,859.24 |
| 2018.7 | F | 1,533,705.24 |
| 2018.8 | F | 1,692,258.64 |
| 2018.9 | F | 1,866,337.56 |
| 2018.10 | F | 2,194,784.16 |
| 2018.11 | F | 2,382,726.16 |
| 2018.12 | F | 2,527,582.16 |
| 2018.4 | F.02 | 50,070.00 |
| 2018.6 | F.02 | 114,933.20 |
| 2018.10 | F.02 | 135,731.80 |
| 2018.11 | F.02 | 194,225.80 |
| 2018.3 | F.03 | 66,495.00 |
| 2018.6 | F.03 | 173,361.90 |
| 2018.7 | F.03 | 185,812.90 |
| 2018.8 | F.03 | 194,836.90 |
| 2018.9 | F.03 | 203,956.90 |
| 2018.10 | F.03 | 270,649.90 |
| 2018.11 | F.03 | 332,642.90 |
| 2018.4 | F.05 | 63,489.50 |
| 2018.6 | F.05 | 112,001.50 |
| 2018.8 | F.05 | 123,629.50 |
| 2018.11 | F.05 | 191,084.50 |
| 2018.5 | F.17 | 66,845.00 |
| 2018.6 | F.17 | 197,210.00 |
| 2018.7 | F.17 | 268,510.00 |
| 2018.12 | F.17 | 322,228.00 |
| 2018.1 | F.19 | 81,569.00 |
| 2018.3 | F.19 | 185,073.80 |
| 2018.5 | F.19 | 398,697.80 |
| 2018.6 | F.19 | 483,317.84 |
| 2018.7 | F.19 | 557,567.84 |
| 2018.8 | F.19 | 673,589.44 |
| 2018.9 | F.19 | 742,093.36 |
| 2018.10 | F.19 | 922,578.36 |
| 2018.7 | F.22 | 67,695.00 |
| 2018.5 | F.25 | 27,044.80 |
| 2018.6 | F.27 | 60,990.00 |
| 2018.7 | F.27 | 200,140.00 |
| 2018.9 | F.27 | 255,065.00 |
| 2018.10 | F.27 | 315,535.00 |

| Period | Customer Code | Accumulated sales revenue this year |
|---|---|---:|
| 2018.12 | F.27 | 369,720.00 |
| 2018.8 | F.28 | 21,879.80 |
| 2018.9 | F.30 | 41,530.00 |
| 2018.12 | F.30 | 78,483.00 |
| 2018.1 | G | 1,554,680.00 |
| 2018.2 | G | 2,404,842.00 |
| 2018.3 | G | 3,523,089.40 |
| 2018.4 | G | 3,958,321.40 |
| 2018.5 | G | 4,400,367.60 |
| 2018.6 | G | 5,175,763.57 |
| 2018.7 | G | 6,155,838.57 |
| 2018.8 | G | 6,404,634.97 |
| 2018.9 | G | 6,981,214.97 |
| 2018.10 | G | 7,902,505.97 |
| 2018.11 | G | 8,132,965.97 |
| 2018.12 | G | 8,460,611.27 |
| 2018.1 | G.01 | 433,680.00 |
| 2018.2 | G.01 | 1,035,030.00 |
| 2018.3 | G.01 | 1,728,660.00 |
| 2018.4 | G.01 | 1,811,160.00 |
| 2018.5 | G.01 | 2,064,960.00 |
| 2018.6 | G.01 | 2,313,960.00 |
| 2018.7 | G.01 | 2,891,035.00 |
| 2018.8 | G.01 | 2,982,235.00 |
| 2018.9 | G.01 | 3,333,165.00 |
| 2018.10 | G.01 | 3,391,115.00 |
| 2018.11 | G.01 | 3,553,175.00 |
| 2018.12 | G.01 | 3,732,535.00 |
| 2018.2 | G.02 | 149,452.00 |
| 2018.3 | G.02 | 279,069.40 |
| 2018.5 | G.02 | 457,995.60 |
| 2018.6 | G.02 | 641,120.20 |
| 2018.8 | G.02 | 717,310.60 |
| 2018.9 | G.02 | 784,960.60 |
| 2018.10 | G.02 | 1,052,165.60 |
| 2018.12 | G.02 | 1,109,067.20 |
| 2018.6 | G.15 | 71.37 |
| 2018.4 | G.17 | 163,232.00 |
| 2018.5 | G.17 | 172,552.00 |
| 2018.10 | G.17 | 199,688.00 |
| 2018.1 | G.18 | 75,000.00 |
| 2018.11 | G.18 | 143,400.00 |
| 2018.12 | G.18 | 164,850.00 |
| 2018.1 | G.20 | 1,046,000.00 |
| 2018.2 | G.20 | 1,145,360.00 |
| 2018.3 | G.20 | 1,440,360.00 |
| 2018.4 | G.20 | 1,629,860.00 |
| 2018.6 | G.20 | 1,973,060.00 |

| Period | Customer Code | Accumulated sales revenue this year |
|---|---|---:|
| 2018.7 | G.20 | 2,376,060.00 |
| 2018.8 | G.20 | 2,430,970.00 |
| 2018.9 | G.20 | 2,588,970.00 |
| 2018.10 | G.20 | 3,157,970.00 |
| 2018.8 | G.22 | 26,496.00 |
| 2018.12 | G.25 | 69,933.70 |
| 2018.1 | H | 546,700.00 |
| 2018.2 | H | 957,160.00 |
| 2018.3 | H | 2,468,873.40 |
| 2018.4 | H | 3,389,373.40 |
| 2018.5 | H | 3,805,738.40 |
| 2018.6 | H | 4,140,938.40 |
| 2018.7 | H | 4,304,638.40 |
| 2018.8 | H | 4,493,838.40 |
| 2018.9 | H | 4,683,038.40 |
| 2018.10 | H | 5,005,438.40 |
| 2018.11 | H | 5,396,238.40 |
| 2018.12 | H | 5,640,818.40 |
| 2018.2 | H.01 | 77,000.00 |
| 2018.4 | H.01 | 159,000.00 |
| 2018.6 | H.01 | 238,000.00 |
| 2018.7 | H.01 | 319,200.00 |
| 2018.1 | H.02 | 546,700.00 |
| 2018.2 | H.02 | 738,800.00 |
| 2018.3 | H.02 | 2,207,164.10 |
| 2018.4 | H.02 | 3,045,664.10 |
| 2018.5 | H.02 | 3,462,029.10 |
| 2018.6 | H.02 | 3,718,229.10 |
| 2018.7 | H.02 | 3,800,729.10 |
| 2018.8 | H.02 | 3,989,929.10 |
| 2018.9 | H.02 | 4,179,129.10 |
| 2018.10 | H.02 | 4,501,529.10 |
| 2018.11 | H.02 | 4,823,929.10 |
| 2018.2 | H.18 | 141,360.00 |
| 2018.11 | H.18 | 209,760.00 |
| 2018.12 | H.18 | 386,855.00 |
| 2018.3 | H.19 | 43,349.30 |
| 2018.12 | H.20 | 67,485.00 |
| 2018.4 | I | 732,553.00 |
| 2018.5 | I | 1,162,321.00 |
| 2018.6 | I | 3,650,693.00 |
| 2018.7 | I | 5,836,813.00 |
| 2018.8 | I | 6,638,233.00 |
| 2018.9 | I | 6,837,193.00 |
| 2018.10 | I | 6,848,743.00 |
| 2018.7 | I.10 | 43,000.00 |
| 2018.10 | I.10 | 54,550.00 |
| 2018.4 | I.13 | 732,553.00 |

| Period | Customer Code | Accumulated sales revenue this year |
|---|---|---:|
| 2018.5 | I.13 | 1,162,321.00 |
| 2018.6 | I.13 | 1,422,361.00 |
| 2018.7 | I.13 | 1,919,381.00 |
| 2018.8 | I.13 | 2,329,301.00 |
| 2018.9 | I.13 | 2,528,261.00 |
| 2018.6 | I.14 | 65,632.00 |
| 2018.6 | I.15 | 2,162,700.00 |
| 2018.7 | I.15 | 3,808,800.00 |
| 2018.8 | I.15 | 4,200,300.00 |
| 2018.4 | J | 2,875.50 |
| 2018.7 | J | 36,671.50 |
| 2018.9 | J | 86,020.00 |
| 2018.4 | J.04 | 2,875.50 |
| 2018.7 | J.05 | 33,796.00 |
| 2018.9 | J.08 | 49,348.50 |
| 2018.6 | K | 378,000.00 |
| 2018.6 | K.09 | 378,000.00 |
| 2018.3 | L | 158,940.00 |
| 2018.5 | L | 248,940.00 |
| 2018.7 | L | 325,440.00 |
| 2018.9 | L | 378,500.00 |
| 2018.10 | L | 243,333.50 |
| 2018.3 | L.06 | 158,940.00 |
| 2018.10 | L.06 | -31,164.00 |
| 2018.5 | L.08 | 90,000.00 |
| 2018.7 | L.08 | 166,500.00 |
| 2018.10 | L.08 | 221,437.50 |
| 2018.9 | L.09 | 53,060.00 |
| 2018.1 | M | 61,435.20 |
| 2018.2 | M | 116,497.20 |
| 2018.3 | M | 184,689.30 |
| 2018.4 | M | 235,995.80 |
| 2018.5 | M | 263,047.10 |
| 2018.10 | M | 270,623.10 |
| 2018.11 | M | 502,171.10 |
| 2018.12 | M | 761,366.10 |
| 2018.2 | M.01 | 55,062.00 |
| 2018.3 | M.01 | 94,118.40 |
| 2018.4 | M.01 | 145,424.90 |
| 2018.10 | M.01 | 153,000.90 |
| 2018.11 | M.01 | 181,928.90 |
| 2018.12 | M.01 | 386,858.90 |
| 2018.1 | M.03 | 61,435.20 |
| 2018.3 | M.03 | 90,570.90 |
| 2018.5 | M.03 | 117,622.20 |
| 2018.11 | M.04 | 180,120.00 |
| 2018.12 | M.04 | 234,385.00 |
| 2018.11 | M.14 | 22,500.00 |

| Period | Customer Code | Accumulated sales revenue this year |
|---|---|---:|
| 2018.9 | N | 65,550.00 |
| 2018.11 | N | 150,550.00 |
| 2018.9 | N.01 | 65,550.00 |
| 2018.11 | N.01 | 150,550.00 |
| 2018.1 | O | 42,500.00 |
| 2018.3 | O | 87,230.00 |
| 2018.6 | O | 197,885.00 |
| 2018.10 | O | 237,535.00 |
| 2018.11 | O | 289,730.00 |
| 2018.3 | O.04 | 44,730.00 |
| 2018.6 | O.04 | 114,585.00 |
| 2018.10 | O.04 | 154,235.00 |
| 2018.11 | O.04 | 206,430.00 |
| 2018.1 | O.05 | 42,500.00 |
| 2018.6 | O.05 | 83,300.00 |
| 2018.1 | P | 608,086.70 |
| 2018.2 | P | 806,056.30 |
| 2018.3 | P | 1,474,311.04 |
| 2018.4 | P | 1,897,269.04 |
| 2018.5 | P | 1,910,619.04 |
| 2018.6 | P | 1,991,634.04 |
| 2018.7 | P | 2,157,249.04 |
| 2018.8 | P | 2,198,049.04 |
| 2018.9 | P | 2,375,561.94 |
| 2018.10 | P | 3,215,196.94 |
| 2018.11 | P | 3,609,316.94 |
| 2018.12 | P | 3,819,421.14 |
| 2018.12 | P.08 | 57,104.20 |
| 2018.10 | P.14 | 185,400.00 |
| 2018.5 | P.19 | 13,350.00 |
| 2018.1 | P.29 | 86,861.90 |
| 2018.3 | P.29 | 184,746.64 |
| 2018.4 | P.29 | 242,304.64 |
| 2018.10 | P.29 | 301,824.64 |
| 2018.1 | P.30 | 521,224.80 |
| 2018.2 | P.30 | 719,194.40 |
| 2018.3 | P.30 | 1,289,564.40 |
| 2018.4 | P.30 | 1,654,964.40 |
| 2018.6 | P.30 | 1,735,979.40 |
| 2018.7 | P.30 | 1,901,594.40 |
| 2018.8 | P.30 | 1,942,394.40 |
| 2018.9 | P.30 | 2,082,794.40 |
| 2018.10 | P.30 | 2,576,954.40 |
| 2018.11 | P.30 | 2,971,074.40 |
| 2018.12 | P.30 | 3,124,074.40 |
| 2018.9 | P.32 | 37,112.90 |
| 2018.10 | P.33 | 100,555.00 |
| 2018.1 | Q | 184,865.74 |

| Period | Customer Code | Accumulated sales revenue this year |
|---|---|---:|
| 2018.2 | Q | 271,680.25 |
| 2018.3 | Q | 305,178.25 |
| 2018.4 | Q | 454,168.04 |
| 2018.5 | Q | 515,711.04 |
| 2018.6 | Q | 551,571.04 |
| 2018.8 | Q | 575,113.04 |
| 2018.9 | Q | 711,865.98 |
| 2018.10 | Q | 781,420.98 |
| 2018.12 | Q | 856,016.31 |
| 2018.10 | Q.03 | 30,617.00 |
| 2018.1 | Q.05 | 184,865.74 |
| 2018.2 | Q.05 | 271,680.25 |
| 2018.3 | Q.05 | 305,178.25 |
| 2018.4 | Q.05 | 454,168.04 |
| 2018.5 | Q.05 | 515,711.04 |
| 2018.6 | Q.05 | 551,571.04 |
| 2018.8 | Q.05 | 575,113.04 |
| 2018.9 | Q.05 | 711,865.98 |
| 2018.12 | Q.05 | 786,461.31 |
| 2018.10 | Q.06 | 38,938.00 |
| 2018.1 | R | 62,790.60 |
| 2018.2 | R | 233,647.76 |
| 2018.3 | R | 600,209.60 |
| 2018.4 | R | 809,735.00 |
| 2018.5 | R | 934,197.00 |
| 2018.6 | R | 1,592,542.24 |
| 2018.7 | R | 1,731,099.14 |
| 2018.8 | R | 2,103,920.84 |
| 2018.9 | R | 2,194,595.84 |
| 2018.10 | R | 2,469,932.68 |
| 2018.11 | R | 3,010,387.38 |
| 2018.12 | R | 3,190,474.19 |
| 2018.6 | R.01 | 15,573.60 |
| 2018.1 | R.04 | 62,790.60 |
| 2018.3 | R.04 | 114,978.20 |
| 2018.4 | R.04 | 261,175.60 |
| 2018.6 | R.04 | 325,432.44 |
| 2018.8 | R.04 | 349,688.64 |
| 2018.10 | R.04 | 381,714.84 |
| 2018.12 | R.04 | 449,652.84 |
| 2018.3 | R.11 | 59,670.00 |
| 2018.6 | R.11 | 153,395.00 |
| 2018.7 | R.11 | 158,299.90 |
| 2018.7 | R.16 | 1.00 |
| 2018.2 | R.17 | 96,614.00 |
| 2018.3 | R.17 | 156,464.00 |
| 2018.5 | R.17 | 216,398.60 |
| 2018.6 | R.17 | 269,768.60 |

| Period | Customer Code | Accumulated sales revenue this year |
|---|---|---:|
| 2018.7 | R.17 | 325,029.80 |
| 2018.8 | R.17 | 347,121.80 |
| 2018.10 | R.17 | 433,171.80 |
| 2018.12 | R.17 | 497,027.97 |
| 2018.3 | R.20 | 74,884.24 |
| 2018.4 | R.20 | 138,212.24 |
| 2018.6 | R.20 | 231,553.24 |
| 2018.8 | R.20 | 305,199.24 |
| 2018.10 | R.20 | 333,096.84 |
| 2018.12 | R.20 | 381,389.48 |
| 2018.3 | R.21 | 119,970.00 |
| 2018.2 | R.24 | 66,437.96 |
| 2018.5 | R.24 | 130,965.36 |
| 2018.8 | R.24 | 175,690.36 |
| 2018.11 | R.24 | 234,714.06 |
| 2018.8 | R.26 | 56,452.30 |
| 2018.11 | R.26 | 92,322.60 |
| 2018.6 | R.29 | 73,440.00 |
| 2018.8 | R.29 | 139,090.20 |
| 2018.9 | R.29 | 217,966.20 |
| 2018.10 | R.29 | 275,464.74 |
| 2018.6 | R.31 | 38,188.80 |
| 2018.7 | R.31 | 105,328.60 |
| 2018.2 | R.32 | 7,805.20 |
| 2018.9 | R.32 | 19,604.20 |
| 2018.6 | R.33 | 226,450.00 |
| 2018.8 | R.33 | 312,450.00 |
| 2018.7 | R.34 | 11,250.00 |
| 2018.11 | R.34 | 39,288.40 |
| 2018.10 | R.35 | 16,972.80 |
| 2018.10 | R.36 | 33,434.30 |
| 2018.11 | R.36 | 35,873.10 |
| 2018.10 | R.37 | 21,457.40 |
| 2018.11 | R.38 | 415,083.50 |
| 2018.1 | S | 602,449.00 |
| 2018.2 | S | 725,218.00 |
| 2018.3 | S | 1,153,978.60 |
| 2018.4 | S | 1,432,258.60 |
| 2018.5 | S | 1,827,563.60 |
| 2018.6 | S | 2,461,619.80 |
| 2018.7 | S | 3,171,890.10 |
| 2018.8 | S | 3,257,066.80 |
| 2018.9 | S | 3,644,663.30 |
| 2018.10 | S | 4,060,163.30 |
| 2018.11 | S | 4,519,111.70 |
| 2018.12 | S | 5,080,386.70 |
| 2018.1 | S.06 | 5,800.00 |
| 2018.4 | S.06 | 109,000.00 |

| Period | Customer Code | Accumulated sales revenue this year |
|---|---|---:|
| 2018.1 | S.08 | 353,800.00 |
| 2018.2 | S.08 | 396,640.00 |
| 2018.4 | S.08 | 482,320.00 |
| 2018.5 | S.08 | 568,000.00 |
| 2018.6 | S.08 | 608,290.00 |
| 2018.7 | S.08 | 978,550.00 |
| 2018.9 | S.08 | 1,180,000.00 |
| 2018.12 | S.08 | 1,284,550.00 |
| 2018.3 | S.09 | 78,600.00 |
| 2018.4 | S.09 | 157,200.00 |
| 2018.10 | S.09 | 469,200.00 |
| 2018.11 | S.15 | 54,556.00 |
| 2018.1 | S.21 | 105,640.00 |
| 2018.9 | S.21 | 145,017.00 |
| 2018.5 | S.22 | 94,000.00 |
| 2018.6 | S.22 | 227,380.00 |
| 2018.11 | S.22 | 272,780.00 |
| 2018.9 | S.27 | 17,037.50 |
| 2018.3 | S.28 | 69,325.00 |
| 2018.12 | S.28 | 120,352.00 |
| 2018.6 | S.29 | 116,288.20 |
| 2018.12 | S.31 | 54,948.00 |
| 2018.1 | S.32 | 63,085.00 |
| 2018.3 | S.32 | 142,675.00 |
| 2018.7 | S.32 | 198,780.30 |
| 2018.11 | S.32 | 338,727.50 |
| 2018.5 | S.37 | 70,725.00 |
| 2018.8 | S.37 | 123,625.00 |
| 2018.9 | S.37 | 189,175.00 |
| 2018.10 | S.37 | 292,675.00 |
| 2018.5 | S.39 | 144,900.00 |
| 2018.6 | S.39 | 340,975.00 |
| 2018.7 | S.39 | 624,880.00 |
| 2018.11 | S.39 | 796,870.00 |
| 2018.12 | S.39 | 1,147,620.00 |
| 2018.4 | S.42 | 10,800.00 |
| 2018.6 | S.43 | 78,000.00 |
| 2018.11 | S.49 | 47,055.20 |
| 2018.1 | S.50 | 74,124.00 |
| 2018.2 | S.50 | 154,053.00 |
| 2018.3 | S.50 | 355,298.60 |
| 2018.6 | S.50 | 425,321.60 |
| 2018.9 | S.50 | 489,503.60 |
| 2018.8 | S.51 | 32,276.70 |
| 2018.1 | T | 862,270.00 |
| 2018.2 | T | 1,070,460.00 |
| 2018.3 | T | 1,652,804.00 |
| 2018.4 | T | 2,249,059.10 |

| Period | Customer Code | Accumulated sales revenue this year |
|---|---|---:|
| 2018.5 | T | 3,142,081.60 |
| 2018.6 | T | 3,629,839.80 |
| 2018.7 | T | 4,098,585.20 |
| 2018.8 | T | 4,378,871.20 |
| 2018.9 | T | 4,592,733.20 |
| 2018.10 | T | 4,671,507.20 |
| 2018.11 | T | 5,081,001.20 |
| 2018.12 | T | 6,071,738.83 |
| 2018.1 | T.01 | 234,800.00 |
| 2018.3 | T.01 | 357,574.00 |
| 2018.4 | T.01 | 575,669.00 |
| 2018.5 | T.01 | 846,899.00 |
| 2018.6 | T.01 | 1,208,007.00 |
| 2018.7 | T.01 | 1,368,407.00 |
| 2018.8 | T.01 | 1,527,207.00 |
| 2018.9 | T.01 | 1,686,007.00 |
| 2018.11 | T.01 | 1,930,216.00 |
| 2018.12 | T.01 | 2,302,216.00 |
| 2018.4 | T.02 | 2.00 |
| 2018.5 | T.02 | 278,162.00 |
| 2018.6 | T.02 | 278,162.20 |
| 2018.7 | T.02 | 390,292.60 |
| 2018.9 | T.02 | 445,354.60 |
| 2018.10 | T.02 | 471,688.60 |
| 2018.12 | T.02 | 790,898.23 |
| 2018.3 | T.06 | 94,100.00 |
| 2018.8 | T.06 | 155,556.00 |
| 2018.12 | T.06 | 214,081.00 |
| 2018.7 | T.08 | 65,985.00 |
| 2018.1 | T.12 | 156,750.00 |
| 2018.2 | T.12 | 288,200.00 |
| 2018.3 | T.12 | 467,300.00 |
| 2018.5 | T.15 | 22,000.00 |
| 2018.1 | T.18 | 470,720.00 |
| 2018.3 | T.18 | 565,440.00 |
| 2018.5 | T.18 | 664,380.00 |
| 2018.5 | T.19 | 81,067.50 |
| 2018.8 | T.19 | 141,097.50 |
| 2018.11 | T.19 | 183,997.50 |
| 2018.2 | T.29 | 76,740.00 |
| 2018.3 | T.29 | 168,390.00 |
| 2018.4 | T.29 | 546,548.10 |
| 2018.5 | T.29 | 688,173.10 |
| 2018.6 | T.29 | 814,823.10 |
| 2018.7 | T.29 | 945,053.10 |
| 2018.10 | T.29 | 997,493.10 |
| 2018.11 | T.29 | 1,119,878.10 |
| 2018.12 | T.29 | 1,360,881.10 |

| Period | Customer Code | Accumulated sales revenue this year |
|---|---|---|
| 2018.4 | U | 7,410.00 |
| 2018.6 | U | 11,910.00 |
| 2018.10 | U | 17,761.00 |
| 2018.4 | U.05 | 7,410.00 |
| 2018.6 | U.05 | 11,910.00 |
| 2018.10 | U.05 | 17,761.00 |
| 2018.7 | V | 154,812.00 |
| 2018.8 | V | 320,792.00 |
| 2018.9 | V | 627,012.00 |
| 2018.10 | V | 767,232.00 |
| 2018.7 | V.06 | 154,812.00 |
| 2018.8 | V.06 | 320,792.00 |
| 2018.9 | V.06 | 627,012.00 |
| 2018.10 | V.06 | 767,232.00 |
| 2018.6 | W | 126,263.80 |
| 2018.7 | W | 127,410.40 |
| 2018.6 | W.07 | 126,263.80 |
| 2018.7 | W.07 | 127,410.40 |
| 2018.3 | Y | 53,400.00 |
| 2018.5 | Y | 103,400.00 |
| 2018.3 | Y.03 | 53,400.00 |
| 2018.5 | Y.06 | 50,000.00 |
|  |  | 90,858,296.27 |