| | |
|---|---|
| **From:** | Ben Meng <ben@bmp-usa.com> |
| **Sent:** | Wednesday, January 10, 2018 4:42 AM |
| **To:** | 'Tianli Zhang' |
| **Subject:** | FW: Response to Request for Information covering Entry 9P7-0001058-6 |
| **Attachments:** | Request for Information Entry 9P7-0001058-6.pdf |
| | |
| **Importance:** | High |

Ben Meng
BMP USA, Inc
8105 Anderson Road
Tampa, FL 33634
Cell: (813) 298-8101
Office: (813) 443-0757
Fax: (813) 886-7900
E Mail: ben@bmp-usa.com
www.bmp-usa.com

U.S. District Court
Middle District of Florida

**PLAINTIFF'S EXHIBIT**

Exhibit Number: 0264

Case Number: 8:19-cv 02044

T.T. International Co., Ltd.
v.
BMP International Inc, et al.

Date Identified:

Date Admitted:

**From:** Stang, Robert [mailto:Robert.Stang@huschblackwell.com]
**Sent:** Monday, January 8, 2018 4:03 PM
**To:** ben@bmp-usa.com
**Cc:** Neeley, Jeffrey <Jeffrey.Neeley@huschblackwell.com>
**Subject:** FW: Response to Request for Information covering Entry 9P7-0001058-6
**Importance:** High

For your records.

Regards,

Bob

Robert D. Stang
Partner
Direct: 202.378.2334
Robert.Stang@huschblackwell.com

**From:** Stang, Robert
**Sent:** Monday, January 08, 2018 4:02 PM
**To:** 'israel.adame@cbp.dhs.gov'
**Subject:** Response to Request for Information covering Entry 9P7-0001058-6
**Importance:** High

Dear Import Specialist Adame,

On behalf of LM Supply, enclosed please find our response to your Request for Information (12/08/2017) covering Entry 9P7-0001058-6.

Regards,

Robert Stang

**Robert D. Stang**
**Partner**

HUSCH **BLACKWELL LLP**
750 17th St., NW, Suite 900
Washington, D.C. 20006-4675
Direct:  202.378.2334
Fax:  202.378.2319
Robert.Stang@huschblackwell.com
huschblackwell.com
View Bio | View VCard

2

TTI 0007493