U.S. District Court
Middle District of Florida

**PLAINTIFF'S EXHIBIT**

Exhibit Number: 0502

Case Number: 8:19-cv 02044

T.T. International Co., Ltd.
v.
BMP International Inc, et al.

Date Identified:

Date Admitted:

| Summary of Composite CI BMPUSA Binder | | | | |
|---|---|---|---|---|
| CI# | Date | Desc of goods | Quantity | Amount |
| TT171000 | 11/21/2017 | R32 in 18000kg isotank | 18000kg | $ 64,800 |
| TT171001 | 11/21/2017 | R125 in 18000kg isotank | 72000kg | $ 586,800 |
| TT171002 | 11/21/2017 | R32 in 18000kg isotank | 72000kg | $ 259,200 |
| TT171011-1 | 11/29/2017 | R125 in 18000kg isotank | 18000kg | $ 135,000 |
| TT171011-2 | 12/6/2017 | R125 in 18000kg isotank | 54000kg | $ 405,000 |
| TT171011-3 | 12/20/2017 | R125 in 18000kg isotank | 18000kg | $ 135,000 |
| TT171012 | 11/29/2017 | R32 in 18000kg isotank | 18000kg | $ 64,800 |
| TT171012-2 | 12/6/2017 | R32 in 18000kg isotank | 54000kg | $ 194,400 |
| TT171012-3 | 12/20/2017 | R32 in 18000kg isotank | 18000kg | $ 64,800 |
| TT171013-1 | 11/29/2017 | Empty Cylinders | 10500 | $ 99,750 |
| TT171013-2 | 11/29/2017 | Empty Cylinders | 10500 | $ 99,750 |
| TT171014-1 | 11/27/2017 | Empty Cylinders | 10500 | $ 89,250 |
| TT171014-2 | 11/27/2017 | Empty Cylinders | 10500 | $ 89,250 |
| TT171015 | 11/28/2017 | Empty Storage Tank | 2 | $ 67,000 |
| TT171016 | 11/29/2017 | R125 in 18000kg isotank | 90000kg | $ 675,000 |
| TT171017 | 11/29/2017 | R32 in 18000kg isotank | 90000kg | $ 324,000 |
| TT171018-1 | 11/29/2017 | Empty Cylinders | 10500 | $ 99,750 |
| TT171018-2 | 11/29/2017 | Empty Cylinders | 10500 | $ 99,750 |
| TT171025 | 11/29/2017 | Empty Cylinders | 1500 | $ 14,250 |
| TT171025 | 11/29/2017 | Gas mixing and filing equipment | 18 | $ 32,760 |
| TT171025 | 11/29/2017 | Pumps | 2 | $ 12,120 |
| TT171031-1 | 12/6/2017 | Empty Cylinders | 10500 | $ 99,750 |
| TT171031-2 | 12/6/2017 | Empty Cylinders | 10500 | $ 99,750 |
| TT171045-1 | 12/6/2017 | Empty Cylinders | 10500 | $ 99,750 |
| TT171045-2 | 12/6/2017 | Empty Cylinders | 10500 | $ 99,750 |
| TT171046 | 12/6/2017 | Empty Cylinders | 10500 | $ 99,750 |
| TT171046 | 12/6/2017 | Content Gauge | 2 | $ 1,580 |
| TT171046-2 | 12/6/2017 | Empty Cylinders | 10500 | $ 99,750 |
| TT171046-1 | 12/14/2017 | Empty Cylinders | 10500 | $ 99,750 |
| TT171062-2 | 12/14/2017 | Empty Cylinders | 10500 | $ 99,750 |
| TT171063-1 | 12/14/2017 | Empty Cylinders | 10500 | $ 89,250 |
| TT171063-2 | 12/14/2017 | Empty Cylinders | 10500 | $ 89,250 |
| TT171064-1 | 12/14/2017 | R125 in 18000kg isotank | 36000kg | $ 270,000 |
| TT171064-2 | 12/20/2017 | R125 in 18000kg isotank | 36000kg | $ 270,000 |
| TT171065-1 | 12/14/2017 | R32 in 18000kg isotank | 36000kg | $ 129,600 |
| TT171065-2 | 12/20/2017 | R32 in 18000kg isotank | 36000kg | $ 129,600 |
| TT171082 | 12/22/2017 | R125 in 18000kg isotank | 72000kg | $ 540,000 |
| TT171083 | 12/20/2017 | R32 in 18000kg isotank | 72000kg | $ 259,200 |
| TT171084-1 | 12/20/2017 | Empty Cylinders | 10500 | $ 99,750 |
| TT171084-2 | 12/20/2017 | Empty Cylinders | 10500 | $ 99,750 |
| TT171085-1 | 12/20/2017 | Empty Cylinders | 10500 | $ 89,250 |
| TT171085-2 | 12/20/2017 | Empty Cylinders | 10500 | $ 89,250 |
| TT171086-1 | 12/20/2017 | Empty Cylinders | 10500 | $ 89,250 |
| TT171086-2 | 12/20/2017 | Empty Cylinders | 10500 | $ 89,250 |
| TT171087 | 12/22/2017 | Container Crane | 2 | $ 44,000 |

| Summary of Composite CI BMPUSA Binder | | | | |
|---|---|---|---|---|
| CI# | Date | Desc of goods | Quantity | Amount |
| TT171088 | 12/14/2017 | Empty Cylinders | 1000 | $ 8,500 |
| TT171088 | 12/14/2017 | Gas mixing and filing equipment | 1 | $ 57,000 |
| TT17644 | 8/1/2017 | R32 in 18000kg isotank | 72000kg | $ 270,000 |
| TT17646-2 | 8/14/2017 | Empty Cylinders | 10500 | $ 113,400 |
| TT17652 | 7/28/2017 | R32 in 18000kg isotank | 36000kg | $ 135,000 |
| TT17660 | 8/7/2017 | R32 in 18000kg isotank | 54000kg | $ 191,700 |
| TT17661 | 8/2/2017 | R125 in 18000kg isotank | 72000kg | $ 709,200 |
| TT17662 | 8/2/2017 | R32 in 18000kg isotank | 72000kg | $ 255,600 |
| TT17663-1 | 8/9/2017 | Empty Cylinders | 10500 | $ 113,400 |
| TT17663-2 | 8/9/2017 | Empty Cylinders | 10500 | $ 113,400 |
| TT17664-1 | 8/2/2017 | Empty Cylinders | 10500 | $ 113,400 |
| TT17664-2 | 8/2/2017 | Empty Cylinders | 10500 | $ 113,400 |
| TT17667 | 8/11/2017 | R125 in 18000kg isotank | 36000kg | $ 268,200 |
| TT17668 | 8/7/2017 | R32 in 18000kg isotank | 36000kg | $ 127,800 |
| TT17669 | 8/7/2017 | R125 in 18000kg isotank | 18000kg | $ 177,300 |
| TT17670 | 8/7/2017 | R32 in 18000kg isotank | 18000kg | $ 63,900 |
| TT17671 | 8/1/2017 | Boxes | 20000 | $ 11,600 |
| TT17687 | 8/9/2017 | R125 in 18000kg isotank | 54000kg | $ 531,900 |
| TT17688 | 8/9/2017 | R32 in 18000kg isotank | 54000kg | $ 151,200 |
| TT17694-1 | 8/15/2017 | Empty Cylinders | 10500 | $ 113,400 |
| TT17694-2 | 8/15/2017 | Empty Cylinders | 10500 | $ 113,400 |
| TT17708 | 8/15/2017 | R125 in 18000kg isotank | 54000kg | $ 402,300 |
| TT17709 | 8/15/2017 | R32 in 18000kg isotank | 54000kg | $ 151,200 |
| TT17721-1 | 9/1/2017 | Empty Cylinders | 10500 | $ 113,400 |
| TT17721-2 | 9/1/2017 | Empty Cylinders | 10500 | $ 113,400 |
| TT17736 | 9/1/2017 | R125 in 18000kg isotank | 90000kg | $ 468,000 |
| TT17737 | 9/1/2017 | R32 in 18000kg isotank | 90000kg | $ 223,200 |
| TT17751 | 9/6/2017 | R125 in 18000kg isotank | 90000kg | $ 462,600 |
| TT17752 | 9/6/2017 | R32 in 18000kg isotank | 90000kg | $ 223,200 |
| TT17753-1 | 9/6/2017 | Empty Cylinders | 10500 | $ 113,400 |
| TT17753-2 | 9/6/2017 | Empty Cylinders | 10500 | $ 113,400 |
| TT17778 | 9/15/2017 | R125 in 18000kg isotank | 72000kg | $ 345,600 |
| TT17779 | 9/14/2017 | R32 in 18000kg isotank | 72000kg | $ 178,560 |
| TT17782-1 | 9/14/2017 | Empty Cylinders | 10500 | $ 113,400 |
| TT17782-2 | 9/14/2017 | Empty Cylinders | 10500 | $ 113,400 |
| TT17783 | 9/14/2017 | R125 in 18000kg isotank | 90000kg | $ 432,000 |
| TT17784 | 9/14/2017 | R32 in 18000kg isotank | 90000kg | $ 223,200 |
| TT17808 | 9/16/2017 | Stationary Loading Dock | 6 | $ 10,500 |
| TT17816 | 9/20/2017 | R125 in 18000kg isotank | 90000kg | $ 432,000 |
| TT17817 | 9/20/2017 | R32 in 18000kg isotank | 90000kg | $ 223,200 |
| TT17829 | 9/21/2017 | R125 in 18000kg isotank | 90000kg | $ 432,000 |
| TT17830 | 9/20/2017 | R32 in 18000kg isotank | 90000kg | $ 223,200 |
| TT17831-1 | 9/20/2017 | Empty Cylinders | 10500 | $ 113,400 |
| TT17831-2 | 9/20/2017 | Empty Cylinders | 10500 | $ 113,400 |
| TT17842 | 9/21/2017 | R125 in 18000kg isotank | 90000kg | $ 432,000 |

| Summary of Composite CI BMPUSA Binder | | | | |
|---|---|---|---|---|
| CI# | Date | Desc of goods | Quantity | Amount |
| TT17843 | 9/20/2017 | R32 in 18000kg isotank | 72000kg | $ 178,560 |
| TT17844 | 9/22/2017 | R125 in 18000kg isotank | 90000kg | $ 432,000 |
| TT17845 | 9/27/2017 | R32 in 18000kg isotank | 90000kg | $ 223,200 |
| TT17846-1 | 9/27/2017 | Empty Cylinders | 10500 | $ 113,400 |
| TT17846-2 | 9/27/2017 | Empty Cylinders | 10500 | $ 113,400 |
| TT17847-1 | 9/27/2017 | Empty Cylinders | 10500 | $ 113,400 |
| TT17847-2 | 9/27/2017 | Empty Cylinders | 10500 | $ 113,400 |
| TT17877-1 | 10/11/2017 | Empty Cylinders | 10500 | $ 113,400 |
| TT17877-2 | 10/11/2017 | Empty Cylinders | 10500 | $ 113,400 |
| TT17878-1 | 10/11/2017 | Empty Cylinders | 10500 | $ 113,400 |
| TT17878-2 | 10/11/2017 | Empty Cylinders | 10500 | $ 113,400 |
| TT17879 | 10/11/2017 | R125 in 18000kg isotank | 90000kg | $ 432,000 |
| TT17880 | 10/11/2017 | R32 in 18000kg isotank | 90000kg | $ 223,200 |
| TT17881 | 10/11/2017 | R125 in 18000kg isotank | 90000kg | $ 432,000 |
| TT17882 | 10/11/2017 | R32 in 18000kg isotank | 90000kg | $ 329,400 |
| TT17883 | 10/10/2017 | R143A in 18000kg isotank | 18000kg | $ 79,200 |
| TT17883-1 | 11/15/2017 | R143A in 18000kg isotank | 36000kg | $ 158,400 |
| TT17888 | 10/11/2017 | R125 in 18000kg isotank | 36000kg | $ 172,800 |
| TT17888-1 | 10/20/2017 | R125 in 18000kg isotank | 18000kg | $ 86,400 |
| TT17889 | 10/11/2017 | R32 in 18000kg isotank | 36000kg | $ 131,760 |
| TT17889-1 | 10/20/2017 | R32 in 18000kg isotank | 18000kg | $ 65,880 |
| TT17911-1 | 10/11/2017 | Empty Cylinders | 10500 | $ 99,750 |
| TT17911-2 | 10/11/2017 | Empty Cylinders | 10500 | $ 99,750 |
| TT17913 | 10/20/2017 | R125 in 18000kg isotank | 18000kg | $ 334,800 |
| TT17913-1 | 10/20/2017 | R125 in 18000kg isotank | 36000kg | $ 223,200 |
| TT17914 | 10/20/2017 | R32 in 18000kg isotank | 54000kg | $ 197,640 |
| TT17914-1 | 10/20/2017 | R32 in 18000kg isotank | 36000kg | $ 131,760 |
| TT17915-1 | 10/20/2017 | Empty Cylinders | 10500 | $ 99,750 |
| TT17915-2 | 10/20/2017 | Empty Cylinders | 10500 | $ 99,750 |
| TT17916-1 | 10/20/2017 | Empty Cylinders | 10500 | $ 99,750 |
| TT17916-2 | 10/20/2017 | Empty Cylinders | 10500 | $ 99,750 |
| TT17920 | 10/13/2017 | Pumps | 1 | $ 2,500 |
| TT17920 | 10/13/2017 | Transformer | 1 | $ 500 |
| TT17933-1 | 10/20/2017 | Empty Cylinders | 10500 | $ 99,750 |
| TT17933-2 | 10/20/2017 | Empty Cylinders | 10500 | $ 99,750 |
| TT17934 | 10/30/2017 | R125 in 18000kg isotank | 36000kg | $ 223,200 |
| TT17934-1 | 11/8/2017 | R125 in 18000kg isotank | 36000kg | $ 223,200 |
| TT17934-2 | 11/1/2017 | R125 in 18000kg isotank | 18000kg | $ 111,600 |
| TT17935 | 10/30/2017 | R32 in 18000kg isotank | 36000kg | $ 131,760 |
| TT17935-1 | 11/8/2017 | R32 in 18000kg isotank | 36000kg | $ 131,760 |
| TT17935-2 | 11/1/2017 | R32 in 18000kg isotank | 18000kg | $ 65,880 |
| TT17936-1 | 10/30/2017 | Empty Cylinders | 10500 | $ 99,750 |
| TT17936-2 | 10/30/2017 | Empty Cylinders | 10500 | $ 99,750 |
| TT17938 | 10/26/2017 | R125 in 18000kg isotank | 90000kg | $ 733,500 |
| TT17939 | 10/30/2017 | R32 in 18000kg isotank | 90000kg | $ 343,800 |

| Summary of Composite CI BMPUSA Binder ||||||
|---|---|---|---|---|---|
| CI# | Date | Desc of goods | Quantity | | Amount |
| TT17940-1 | 10/30/2017 | Empty Cylinders | 10500 | $ | 99,750 |
| TT17940-2 | 10/30/2017 | Empty Cylinders | 10500 | $ | 99,750 |
| TT17950-1 | 10/30/2017 | Empty Cylinders | 10500 | $ | 99,750 |
| TT17950-2 | 10/30/2017 | Empty Cylinders | 10500 | $ | 99,750 |
| TT17952 | 10/20/2017 | Crane wheel | 1 | $ | 1,000 |
| TT17953 | 11/3/2017 | R125 in 18000kg isotank | 90000kg | $ | 733,500 |
| TT17954 | 11/1/2017 | R32 in 18000kg isotank | 90000kg | $ | 378,000 |
| TT17955-1 | 11/1/2017 | Empty Cylinders | 10500 | $ | 99,750 |
| TT17955-2 | 11/1/2017 | Empty Cylinders | 10500 | $ | 99,750 |
| TT17956-1 | 11/1/2017 | Empty Cylinders | 10500 | $ | 99,750 |
| TT17956-2 | 11/1/2017 | Empty Cylinders | 10500 | $ | 99,750 |
| TT17957 | 11/1/2017 | Empty Cylinders | 2000 | $ | 19,000 |
| TT17957 | 11/1/2017 | Pumps | 2 | $ | 4,860 |
| TT17961-1 | 11/1/2017 | Empty Cylinders | 10500 | $ | 99,750 |
| TT17961-2 | 11/8/2017 | Empty Cylinders | 10500 | $ | 99,750 |
| TT17964 | 11/8/2017 | R125 in 18000kg isotank | 54000kg | $ | 440,100 |
| TT17965 | 11/8/2017 | R32 in 18000kg isotank | 54000kg | $ | 226,800 |
| TT17966-1 | 11/8/2017 | Empty Cylinders | 10500 | $ | 99,750 |
| TT17966-2 | 11/8/2017 | Empty Cylinders | 10500 | $ | 99,750 |
| TT17967-1 | 11/8/2017 | Empty Cylinders | 10500 | $ | 99,750 |
| TT17967-2 | 11/8/2017 | Empty Cylinders | 10500 | $ | 99,750 |
| TT17968-1 | 11/8/2017 | R125 in 18000kg isotank | 18000kg | $ | 146,700 |
| TT17969-1 | 11/8/2017 | R32 in 18000kg isotank | 18000kg | $ | 75,600 |
| TT17970-1 | 11/15/2017 | Empty Cylinders | 10500 | $ | 99,750 |
| TT17970-2 | 11/15/2017 | Empty Cylinders | 10500 | $ | 99,750 |
| TT17972 | 11/3/2017 | R125 in 18000kg isotank | 18000kg | $ | 146,700 |
| TT17984-1 | 11/15/2017 | Empty Cylinders | 10500 | $ | 99,750 |
| TT17984-2 | 11/15/2017 | Empty Cylinders | 10500 | $ | 99,750 |
| TT17985-1 | 11/15/2017 | Empty Cylinders | 10500 | $ | 99,750 |
| TT17985-2 | 11/15/2017 | Empty Cylinders | 10500 | $ | 99,750 |
| TT17986 | 11/15/2017 | R125 in 18000kg isotank | 90000kg | $ | 733,500 |
| TT17987 | 11/15/2017 | R32 in 18000kg isotank | 90000kg | $ | 324,000 |
| TT17988-1 | 11/15/2017 | Empty Cylinders | 10500 | $ | 99,750 |
| TT17988-2 | 11/15/2017 | Empty Cylinders | 10500 | $ | 99,750 |
| TT17989-1 | 12/1/2017 | Pumps | 1 | $ | 6,000 |
| TT17989-2 | 12/1/2017 | Gas mixing and filing equipment | 2 | $ | 3,189 |
| TT17990 | 11/21/2017 | R143A in 18000kg isotank | 90000kg | $ | 439,200 |
| TT17991-1 | 11/21/2017 | Empty Cylinders | 10500 | $ | 99,750 |
| TT17991-2 | 11/21/2017 | Empty Cylinders | 10500 | $ | 99,750 |
| TT17998-1 | 11/21/2017 | Empty Cylinders | 10500 | $ | 99,750 |
| TT17998-2 | 11/21/2017 | Empty Cylinders | 10500 | $ | 99,750 |
| TT17999 | 11/21/2017 | R125 in 18000kg isotank | 18000kg | $ | 146,700 |
| TT18033 | 1/1/2018 | R125 in 18000kg isotank | 72000Kkg | $ | 587,520 |
| TT18034 | 12/28/2017 | R32 in 18000kg isotank | 72000Kkg | $ | 259,200 |
| TT18039-1 | 12/28/2017 | Empty Cylinders | 10500 | $ | 99,750 |

| Summary of Composite CI BMPUSA Binder | | | | |
|---|---|---|---|---|
| CI# | Date | Desc of goods | Quantity | Amount |
| TT18039-2 | 12/28/2017 | Empty Cylinders | 10500 | $ 99,750 |
| TT18040-1 | 12/28/2017 | Empty Cylinders | 10500 | $ 99,750 |
| TT18040-2 | 12/28/2017 | Empty Cylinders | 10500 | $ 99,750 |
| TT18041 | 12/28/2017 | R125 in 18000kg isotank | 36000kg | $ 293,760 |
| TT18042 | 12/28/2017 | R32 in 18000kg isotank | 36000kg | $ 129,600 |
| TT18046-1 | 1/4/2018 | Empty Cylinders | 10500 | $ 99,750 |
| TT18046-2 | 1/4/2018 | Empty Cylinders | 10500 | $ 99,750 |
| TT18047 | 1/4/2018 | R125 in 18000kg isotank | 90000kg | $ 734,400 |
| TT18048 | 12/28/2017 | R32 in 18000kg isotank | 90000kg | $ 324,000 |
| TT18055 | 12/28/2017 | Empty Cylinders | 700 | $ 6,650 |
| TT18055 | 12/28/2017 | Pumps | 12 | $ 72,720 |
| TT18055 | 12/28/2017 | Compressor | 5 | $ 52,000 |
| TT18066 | 1/4/2018 | R125 in 18000kg isotank | 54000kg | $ 440,640 |
| TT18067 | 1/4/2018 | R32 in 18000kg isotank | 54000kg | $ 194,400 |
| TT18068-1 | 1/4/2018 | Empty Cylinders | 10500 | $ 99,750 |
| TT18068-2 | 1/4/2018 | Empty Cylinders | 10500 | $ 99,750 |
| TT18069 | 1/4/2018 | R125 in 18000kg isotank | 54000kg | $ 440,640 |
| TT18070 | 1/4/2018 | R32 in 18000kg isotank | 54000kg | $ 194,400 |
| TT18072-1 | 1/4/2018 | Empty Cylinders | 10500 | $ 99,750 |
| TT18072-2 | 1/4/2018 | Empty Cylinders | 10500 | $ 99,750 |
| TT18073-1 | 1/11/2018 | Empty Cylinders | 10500 | $ 99,750 |
| TT18073-2 | 1/11/2018 | Empty Cylinders | 10500 | $ 99,750 |
| TT18074 | 1/11/2018 | Empty Cylinders | 1140 | $ 10,830 |
| TT18074 | 1/11/2018 | Gas mixing and filing equipment | 16 | $ 29,120 |
| TT18077-1 | 1/24/2018 | Empty Storage Tank | 2 | $ 61,000 |
| TT18077-2 | 1/31/2018 | Empty Storage Tank | 3 | $ 118,500 |
| TT18080 | 1/11/2018 | R125 in 18000kg isotank | 90000kg | $ 661,500 |
| TT18081 | 1/11/2018 | R32 in 18000kg isotank | 72000kg | $ 223,200 |
| TT18083 | 1/11/2018 | R125 in 18000kg isotank | 36000kg | $ 250,200 |
| TT18084 | 1/11/2018 | R32 in 18000kg isotank | 36000kg | $ 111,600 |
| TT18094-1 | 1/11/2018 | Empty Cylinders | 10500 | $ 99,750 |
| TT18094-2 | 1/11/2018 | Empty Cylinders | 10500 | $ 99,750 |
| TT18104 | 1/18/2018 | Empty Cylinders | 1500 | $ 14,250 |
| TT18104 | 1/18/2018 | Winding Machine | 2 | $ 5,250 |
| TT18105-1 | 1/26/2018 | R125 in 18000kg isotank | 36000kg | $ 250,200 |
| TT18105-2 | 1/18/2018 | R125 in 18000kg isotank | 36000kg | $ 250,200 |
| TT18106-1 | 2/2/2018 | R32 in 18000kg isotank | 36000kg | $ 111,600 |
| TT18106-2 | 1/18/2018 | R32 in 18000kg isotank | 36000kg | $ 111,600 |
| TT18112 | 1/18/2018 | R125 in 18000kg isotank | 36000kg | $ 250,200 |
| TT18113 | 1/18/2018 | R32 in 18000kg isotank | 36000kg | $ 111,600 |
| TT18114 | 1/29/2018 | R125 in 18000kg isotank | 18000kg | $ 141,300 |
| TT18124 | 1/29/2018 | R125 in 18000kg isotank | 90000kg | $ 796,500 |
| TT18125 | 1/22/2018 | R32 in 18000kg isotank | 36000kg | $ 149,400 |
| TT18135 | 1/26/2018 | R125 in 18000kg isotank | 108000kg | $ 750,600 |
| TT18136 | 1/26/2018 | R32 in 18000kg isotank | 72000kg | $ 223,200 |

| Summary of Composite CI BMPUSA Binder |
|---|---|---|---|---|
| CI# | Date | Desc of goods | Quantity | Amount |
| TT18142 | 1/29/2018 | R125 in 18000kg isotank | 90000kg | $ 706,500 |
| TT18143 | 1/26/2018 | R32 in 18000kg isotank | 90000kg | $ 328,500 |
| TT18146 | 1/26/2018 | R125 in 18000kg isotank | 72000kg | $ 500,400 |
| TT18147 | 1/26/2018 | R32 in 18000kg isotank | 18000kg | $ 55,800 |
| TT18150-1 | 2/2/2018 | R125 in 18000kg isotank | 90000kg | $ 625,500 |
| TT18150-2 | 2/13/2018 | R125 in 18000kg isotank | 36000kg | $ 250,200 |
| TT18150-3 | 2/13/2018 | R125 in 18000kg isotank | 36000kg | $ 250,200 |
| TT18150-4 | 2/13/2018 | R125 in 18000kg isotank | 36000kg | $ 250,200 |
| TT18151-1 | 2/2/2018 | R32 in 18000kg isotank | 90000kg | $ 279,000 |
| TT18151-2 | 2/13/2018 | R32 in 18000kg isotank | 36000kg | $ 111,600 |
| TT18151-3 | 2/13/2018 | R32 in 18000kg isotank | 36000kg | $ 111,600 |
| TT18151-4 | 2/13/2018 | R32 in 18000kg isotank | 36000kg | $ 111,600 |
| TT18159-1 | 2/2/2018 | R32 in 18000kg isotank | 54000kg | $ 205,200 |
| TT18159-2 | 2/2/2018 | R32 in 18000kg isotank | 54000kg | $ 205,200 |
| TT18172-1 | 2/9/2018 | Empty Cylinders | 4200 | $ 35,700 |
| TT18172-2 | 2/28/2018 | Empty Cylinders | 6300 | $ 53,550 |
| TT18173 | 2/13/2018 | R125 in 18000kg isotank | 18000kg | $ 125,100 |
| TT18174 | 2/13/2018 | R32 in 18000kg isotank | 36000kg | $ 111,600 |
| TT18198 | 2/26/2018 | R125 in 18000kg isotank | 54000kg | $ 375,300 |
| TT18199 | 2/26/2018 | R32 in 18000kg isotank | 54000kg | $ 167,400 |
| TT18200 | 3/2/2018 | R125 in 18000kg isotank | 36000kg | $ 250,200 |
| TT18201 | 2/28/2018 | R32 in 18000kg isotank | 36000kg | $ 111,600 |
| TT18202 | 3/7/2018 | R32 in 18000kg isotank | 90000kg | $ 279,000 |
| TT18203 | 3/5/2018 | R125 in 18000kg isotank | 90000kg | $ 757,800 |
| TT18204 | 3/5/2018 | R32 in 18000kg isotank | 90000kg | $ 457,200 |
| TT18205 | 2/28/2018 | R125 in 18000kg isotank | 18000kg | $ 125,100 |
| TT18206 | 2/28/2018 | R32 in 18000kg isotank | 18000kg | $ 55,800 |
| TT18207 | 2/28/2018 | R125 in 18000kg isotank | 90000kg | $ 697,500 |
| TT18208 | 2/28/2018 | R32 in 18000kg isotank | 90000kg | $ 415,800 |
| TT18225 | 3/2/2018 | R125 in 18000kg isotank | 72000kg | $ 558,000 |
| TT18226 | 3/2/2018 | R32 in 18000kg isotank | 72000kg | $ 332,640 |
| TT18227 | 2/28/2018 | R125 in 18000kg isotank | 33000kg | $ 255,750 |
| TT18230 | 2/28/2018 | R125 in 18000kg isotank | 36000kg | $ 279,000 |
| TT18231 | 2/28/2018 | R32 in 18000kg isotank | 36000kg | $ 166,320 |
| TT18235 | 3/9/2018 | R125 in 18000kg isotank | 90000kg | $ 758,700 |
| TT18236 | 3/7/2018 | R32 in 18000kg isotank | 54000kg | $ 274,320 |
| TT18237 | 3/7/2018 | R125 in 18000kg isotank | 18000kg | $ 139,500 |
| TT18238 | 3/7/2018 | R32 in 18000kg isotank | 18000kg | $ 83,160 |
| TT18240 | 3/5/2018 | Empty Cylinders | 2100 | $ 13,650 |
| TT18254 | 3/7/2018 | Empty Cylinders | 1900 | $ 14,820 |
| TT18254 | 3/7/2018 | Dryer | 2 | $ 2,000 |
| TT18255 | 3/19/2018 | R125 in 18000kg isotank | 18000kg | $ 280,440 |
| TT18256 | 3/19/2018 | R32 in 18000kg isotank | 36000kg | $ 142,200 |
| TT18257 | 3/7/2018 | R125 in 18000kg isotank | 90000kg | $ 697,500 |
| TT18258 | 3/7/2018 | R32 in 18000kg isotank | 90000kg | $ 415,800 |

| Summary of Composite CI BMPUSA Binder | | | | |
|---|---|---|---|---|
| CI# | Date | Desc of goods | Quantity | Amount |
| TT18275 | 3/14/2018 | R125 in 18000kg isotank | 18000kg | $ 139,500 |
| TT18276 | 3/14/2018 | R32 in 18000kg isotank | 54000kg | $ 249,480 |
| TT18277 | 3/14/2018 | R125 in 18000kg isotank | 90000kg | $ 729,000 |
| TT18278 | 3/14/2018 | 4 isotank of R32 in 18000kg isotank | 69600kg | $ 320,160 |
| TT18278 | 3/14/2018 | 1 isotank of R32 in 18000kg isotank | 18000kg | $ 82,800 |
| TT18284 | 3/19/2018 | R125 in 18000kg isotank | 54000kg | $ 420,660 |
| TT18285 | 3/16/2018 | R32 in 18000kg isotank | 36000kg | $ 142,200 |
| TT18286 | 3/14/2018 | Empty Cylinders | 1380kg | $ 13,110 |
| TT18286 | 3/14/2018 | Gas mixing and filing equipment | 24 | $ 43,680 |
| TT18303 | 3/23/2018 | R125 in 18000kg isotank | 90000kg | $ 729,000 |
| TT18304 | 3/22/2018 | 5 isotank of R32 in 18000kg isotank | 90000kg | $ 414,000 |
| TT18316 | 4/4/2018 | Empty Storage Tank | 2 | $ 121,760 |
| TT18317 | 3/23/2018 | R125 in 18000kg isotank | 90000kg | $ 729,000 |
| TT18318 | 3/23/2018 | 2 isotank of R32 in 18000kg isotank | 35000kg | $ 161,000 |
| TT18318 | 3/23/2018 | 3 isotank of R32 in 18000kg isotank | 54000kg | $ 248,200 |
| TT18334 | 4/2/2018 | R125 in 18000kg isotank | 90000kg | $ 729,000 |
| TT18336 | 4/4/2018 | Buffer tank | 14 | $ 21,910 |
| TT18336 | 4/4/2018 | Dryer | 6 | $ 2,766 |
| TT18336 | 4/4/2018 | safety valve | 7 | $ 12,635 |
| TT18336 | 4/4/2018 | Gas mixing and filing equipment | 1 | $ 18,985 |
| TT18340 | 4/2/2018 | R143A in 18000kg isotank | 18000kg | $ 82,080 |
| TT18365 | 4/6/2018 | R143A in 18000kg isotank | 18000kg | $ 77,940 |
| TT18423 | 5/18/2018 | R22 in 30lb Disposable Cylinder | 2505 | $ 102,705 |
| TT18480 | 5/25/2018 | Pumps | 2 | $ 13,000 |
| TT18480 | 5/25/2018 | Gas mixing and filing equipment | 6 | $ 13,560 |
| TT18480 | 5/25/2018 | hydraulic motor | 8 | $ 2,032 |
| TT18480 | 5/25/2018 | molecular sieve | 100kg | $ 2,220 |
| TT18480 | 5/25/2018 | Transformer | 1 | $ 1,080 |
| TT18480 | 5/25/2018 | Dryer | 1 | $ 3,175 |
| TT18480 | 5/25/2018 | carton | 6000 | $ 7,200 |
| TT18480 | 5/25/2018 | R410A Empty Cylinder | 100 | $ 765 |
| TT18480 | 5/25/2018 | R404A Empty Cylinder | 300 | $ 2,115 |
| | | | Total: | $ 58,253,967 |